**Fill in this information to identify the case:**

Debtor name  North Philadelphia Health System

United States Bankruptcy Court for the: District of Eastern Pennsylvania
　　　　　　　　　　　　　　　　　　　　　　　　　　　　(State)

Case number (If known):  16-_____

☐ Check if this is an amended filing

Official Form 204

**Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest on a Consolidated Basis Unsecured Claims and Are Not Insiders**　　　　　　　　　　　　　　　　　　**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed[i] | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Independence Blue Cross<br>1901 Market Street<br>Philadelphia, PA 19103-1480 | | | | | | $10,872,000.00 |
| 2 | Medicare<br>7500 Security Blvd<br>Baltimore, MD 21244-1850 | | | D | | | $2,715,363.00 |
| 3 | Community Behavioral Health<br>801 Market Street, Suite 7000<br>Philadelphia, PA 19107 | | | | | | $1,800,000.00 |
| 4 | Pennsylvania Unemployment<br>651 Boas Street<br>Harrisburg, PA 17121 | | | | | | $2,090,841.00 |
| 5 | Pennsylvania Department of Human Services<br>Office of Medical Assistance Programs<br>625 Foster Street<br>Harrisburg, PA 17120 | | | D | | | $980,932.00 |
| 6 | Philadelphia Water Revenue<br>1401 John F. Kennedy Blvd<br>Philadelphia, PA 19102 | | | D | | | $699,352.00 |

119400679_1

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 7 | Cerner<br>51 Valley Stream Parkway<br>Malvern, PA 19355-1406 | | | D | | | $693,570.00 |
| 8 | PECO<br>Peco Bankruptcy Group<br>2301 Market Street, S4-2<br>Philadelphia, PA 19103 | | | D | | | $623,593.00 |
| 9 | Royal Bank America Leasing<br>550 Township Line Road, Suite 425<br>Blue Bell, PA 19422 | | | | | | $472,595.00 |
| 10 | AGFA Health<br>580 Gotham Parkway<br>Carlstadt, NJ 07072 | | | D | | | $432,000.00 |
| 11 | Access Systems Integration<br>1 Industrial Way W<br>Eatontown, NJ 07724 | | | D | | | $321,113.00 |
| 12 | Verizon<br>900 Race Street<br>Philadelphia, PA 19107 | | | D | | | $270,109.00 |
| 13 | Medhost<br>6550 Carothers Pkwy #160<br>Franklin, TN 37067 | | | D | | | $266,000.00 |
| 14 | Iron Mountain<br>1135 Thomas Busch Memorial Hwy<br>Pennsauken, NJ 08110 | | | | | | $248,457.00 |
| 15 | Bio-Medical Applications<br>10 Halstead Road<br>Mendham, NJ 07945 | | | D | | | $240,475.00 |
| 16 | 1199C Training Fund<br>1319 Locust Street<br>Philadelphia, PA 19107 | | | | | | $252,000.00 |
| 17 | Atlantic Diagnostics Laboratory<br>3520 Progress Drive<br>Bensalem, PA 19020 | | | D | | | $229,171.00 |
| 18 | Otis Elevator<br>30 Twosome Drive, Suite 4<br>Morrisville, NJ 08057 | | | D | | | $197,780.00 |
| 19 | Cardinal Health<br>7000 Cardinal Place<br>Dublin, OH 43017 | | | D | | | $152,503.00 |

119400679_1

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 20 | Southwest Consultants<br>2805 Dallas Parkway, Suite 620<br>Plano, TX 75093 | | | | | | $132,482.00 |
| 21 | Wanda Hall<br>c/o Robert A. Gelinas, Esq.<br>22 S 18th Street<br>Philadelphia, PA 19103 | | | | | | $130,000.00 |
| 22 | Canterbury Consultants<br>1919 Chestnut Street<br>Apt 2215<br>Philadelphia, PA 19103 | | | D | | | $154,000.00 |
| 23 | Wellsoft<br>27 World's Fair Drive<br>Somerset, NJ 08873 | | | D | | | $128,772.00 |
| 24 | Executive Health Resources<br>3797 Momentum Place<br>Chicago, IL 60689 | | | D | | | $114,888.00 |
| 25 | Keystone Quality Transport<br>1750 N. 49th Street<br>Philadelphia, PA 19131 | | | D | | | $105,680.00 |
| 26 | The Hospitals and Higher Education Facilities Authority<br>1800 John F. Kennedy Blvd.<br>Suite 1800<br>Philadelphia, PA 19103 | | | D | | | $104,871.00 |
| 27 | Arthrex<br>829 Lincoln Avenue, Suite C-1<br>West Chester, PA 19380 | | | D | | | $104,352.00 |
| 28 | Loeper Associates<br>604 North Third Street<br>Harrisburg, PA 17101 | | | D | | | $102,500.00 |
| 29 | Getinge Group<br>1265 Solutions Center<br>Chicago, IL 60677 | | | D | | | $88,894.00 |
| 30 | Beckman Coutler, Inc.<br>606 Elmwood Avenue<br>Sharron Hill, PA 19079 | | | D | | | $87,425.05 |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims**    page 2

---

[i] Debtor is continuing to review its records regarding the validity and amounts owed to each of these creditors.

119400679_1