**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Chapter 11 |
| North Philadelphia Health System, | Case No.: 16-18931 (MDC) |
| Debtor. | |

**NOTICE OF APPEARANCE AND
REQUEST FOR NOTICES**

      PLEASE TAKE NOTICE THAT, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned is appearing on behalf of the United States of America (United States). All notices and papers that are required to be served upon United States must be given to and served upon me, Rodney A. Morris, at the following address and phone number:

If served by regular mail:

>Rodney A. Morris
>Civil Division
>U.S. Department of Justice
>P.O. Box 875
>Ben Franklin Station
>Washington, D.C. 20044
>Tel: (202) 305-1759
>Fax: (202) 514-9163
>rodney.morris2@usdoj.gov

If served by hand delivery:

>Rodney A. Morris
>Civil Division
>U.S. Department of Justice
>1100 L Street, N.W., Room 10014
>Washington, D.C. 20005

Dated: January 19, 2017

Respectfully Submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

LOUIS D. LAPPEN
Acting United States Attorney

RICHARD BERNSTIEN
Assistant United States Attorney

/s/ Rodney A. Morris
RUTH A. HARVEY
J. TAYLOR McCONKIE
RODNEY A. MORRIS
Commercial Litigation Branch Civil Division
United States Department of Justice 1100 L Street, N.W.
Washington, D.C. 20530
Voice: (202) 305-1759
Fax: (202) 514-9163
E-mail: Rodney.Morris2@usdoj.gov