**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN THE MATTER OF:                                         Chapter 11

NORTH PHILADELPHIA                                        Case No.  16-18931 (MDC)
HEALTH SYSTEM                                             **AMENDED**
                                                          APPOINTMENT OF COMMITTEE
            Debtor(s).                                    OF UNSECURED CREDITORS
----------------------------------

    Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. Atlantic Diagnostic Laboratories, LLC., 3520 Progress Drive, Suite C, Bensalem, PA 19020; Attn: Jim McDevitt; Phone:  (267) 525-2470 Ext. 206; E-Mail: jmcdevitt@adllab.net;

2. Independence Blue Cross, LLC., 1900 Market Street, Philadelphia, PA 19103; Attn:  Michael Zipfel and Jessica Tamaccio; Phone: (215) 241-4908; Fax:  (215) 241-3824; E-Mail: michael.zipfel@ibx.com;  E-Mail: jessica.tamaccio@ibx.com;

3. PECO Energy Company, 300 Exelon Way, 2nd Floor, Kennett Square, PA 19348; Attn: Patrick J. Vogelei and Lynn Zack; Phone:  (610) 765-6655; E-Mail:  patrick.vogelei@exeloncorp.com; E-Mail: lynn.zack@exeloncorp.com;

4. Keystone Quality Transport Co., 1260 E. Woodland Avenue, Suite 200, Springfield, PA 19064; Attn:  Todd M. Strine; Phone:  (215) 432-6926; E-Mail: tstrine@gmail.com;

                                              Andrew R. Vara
                                              Acting United States Trustee
                                              Region 3

                                              *Kevin P. Callahan for*
                                              Frederic J. Baker
                                              Assistant United States Trustee

DATED:  January 25, 2017

Attorney assigned to this case:  Kevin P. Callahan (215) 597-4411

Created 01/18/12