**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **North Philadelphia Health System** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known) | **16-18931-mdc** |

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property 12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1** **Angela Deanes**
Creditor's Name

**2323 Redner Way**
**Philadelphia, PA 19121**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**October 5, 2016**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**All Real Property, excluding 1600-50 W. Girard Ave., 1301-15 N. 8th St. and 1330 N. Perth St.**

**Describe the lien**
**Consent Judgment Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

Amount: **$10,500.00**    Value: **$10,500.00**

---

**2.2** **City of Philadelphia**
Creditor's Name

**and School District of Philadelphia**
**1401 JFK Boulevard**
**5th Floor**
**Philadelphia, PA 19102**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**January 15, 2009**
Last 4 digits of account number

**Describe debtor's property that is subject to a lien**
**1600 W. Girard Avenue, Philadelphia PA 19130**

**Describe the lien**
**Judgment Lien Code Violation**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Amount: **$5,082.00**    Value: **$5,082.00**

---

| Debtor | **North Philadelphia Health System** | Case number (if know) | **16-18931-mdc** |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **City of Philadelphia** | **Describe debtor's property that is subject to a lien** | **$716,729.55** | **$716,729.55** |
|---|---|---|---|---|
| | Creditor's Name | **See Attachment Two** | | |

**Philadelphia Water Revenue Bureau**
**1401 JFK Boulevard, 5th Floor**
**Attn: Megan N. Harper, Dep. Solicitor**
**Philadelphia, PA 19102**
Creditor's mailing address

**Describe the lien**
**Municipal Judgment Liens; See Attachment Two**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2013 to 2016**
**Last 4 digits of account number**
**Attn: Megan N. Harper, Deputy**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.4 | **Commonwealth of Pennsylvania** | **Describe debtor's property that is subject to a lien** | **$1,554,441.41** | **$1,554,441.41** |
|---|---|---|---|---|
| | Creditor's Name | **Multiple Judgment Liens on NPHS Real and Personal Property; See Attachment One** | | |

**Department of Labor & Industries**
**Office of Unemployment Compensation Tax**
**651 Boas Street, 10th Floor**
**Harrisburg, PA 17121**
Creditor's mailing address

**Describe the lien**
**Statutory Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**Various Dates**
**Last 4 digits of account number**
**See Attachment One**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | **North Philadelphia Health System** | Case number (if know) | **16-18931-mdc** |
|---|---|---|---|
| | Name | | |

### 2.5 District 1199C Training Fund

Creditor's Name

**100 South Broad Street**
**10th Floor**
**Philadelphia, PA 19110**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**All Real Property**

**$276,223.25**      **$276,223.25**

**Describe the lien**
**Consent Judgment Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**November 8, 2016**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

### 2.6 Gemino Healthcare Finance

Creditor's Name

**1 International Plaza**
**Suite 220**
**Philadelphia, PA 19113**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**First Security Interest in all Debtor's Accounts, Payment Intangibles, etc. as set forth in UCC-1 Financing Statement.**

**$899,934.41**      **$3,091,897.00**

**Describe the lien**
**Non-Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

### 2.7 Philadelphia Gas Works

Creditor's Name

**800 Montgomery Avenue**
**Philadelphia, PA**
**19122-0050**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**1600 W. Girard Avenue, Philadelphia, PA 19130**

**$61,239.50**      **$61,239.50**

**Describe the lien**
**Municipal Judgment Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2015 and After**

| Debtor | **North Philadelphia Health System** | Case number (if know) | **16-18931-mdc** |
|---|---|---|---|
| | Name | | |

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.8 | **The Bank of New York Mellon Trust Co NA** | **Describe debtor's property that is subject to a lien** | $2,771,868.79 | $2,771,868.79 |
|---|---|---|---|---|

Creditor's Name

**(Trustee under 1997 Indenture of Trust)**
**500 Ross Street, 12th Floor**
**Pittsburgh, PA 15262**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**December 30, 1997**
**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**Debtor's Debt Service and Debt Service Reserve Accounts 1997 Bond Issue; See Attachment Three; Obligation is value of outstanding 1997 Bonds and accrued interest at December 30, 1997 less balance of FHA Mortgage**

**Describe the lien**
**FHA Mortgage Insurance**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

---

| 2.9 | **The Bank of New York Mellon Trust Co. NA** | **Describe debtor's property that is subject to a lien** | $10,484,167.70 | $10,484,167.70 |
|---|---|---|---|---|

Creditor's Name

**(FHA Mortgagee)**
**500 Ross Street, 12th Floor**
**Pittsburgh, PA 15262**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**December 30, 1997**
**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**All Debtor's Real and Personal Property with Subordinated Interest in Accounts and Payment Intangibles, etc.**
**Claim Amount is Unpaid Balance of Principal, interest has accrued since November 1, 2016.**

**Describe the lien**
**First Mortgage and Security Agreement**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

---

| Debtor | **North Philadelphia Health System** | Case number (if know) | **16-18931-mdc** |
|---|---|---|---|
| | Name | | |

| 2.10 | **U.S. Department of Housing and Urban Development Office of Hospital Facilities 451 Seventh Street SW Washington, DC 20410** | Describe debtor's property that is subject to a lien **Covenant Obligation which is connected with FHA Mortgage** | $0.00 | $0.00 |
| | Creditor's Name | | | |
| | Creditor's mailing address | Describe the lien **Regulatory Agreement, Section 242 Hospital Program** | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | Date debt was incurred **December 30, 1997** | ■ No | | |
| | Last 4 digits of account number | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ■ Disputed | | |

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $16,780,186.61 |

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Schedule D - Attachment One

Statutory Judgments
Commonwealth of Pennsylvania
Department of Labor & Industries:

| | |
|---|---:|
| Docket No. 160803451 | $652,792.44 |
| Docket No. 160903200 | $299,364.24 |
| Docket No. 160403198 | $146,410.39 |
| Docket No. 160701016 | <u>$455,874.34</u> |
| Total UC Judgments | <u>$1,554,441.41</u> |

City of Philadelphia, Water Revenue Bureau Liens
Schedule D, Attachment Two

Debtor: North Philadelphia Health System, Interest, and Penalties as of: 12/30/2016

City of Philadelphia
Pre-Petition Itemized Statement

Bankruptcy: 16-18931
Filing date: 12/30/2016

| ACCOUNT NUMBER | Water Usage Period | TAX PRINCIPAL | PENALTY | LIEN | TOTALS | COMMENTS |
|---|---|---|---|---|---|---|
| | SECURED CLAIMS: | | | | | |
| 025-87950-01201-001 | 02/07/2013 to 12/30/2016 | $ 86,941.06 | $ 12,286.08 | $ 50.00 | $ 99,277.14 | 1201 N 8th St 19122 |
| 420-87950-01201-002 | 11/30/2016 to 12/30/2016 | $ 90.34 | $ - | $ - | $ 90.34 | 1201 N 8th St 19122 |
| 025-87950-01300-001 | 11/30/2016 to 12/30/2016 | $ 1,872.20 | $ 47.04 | $ - | $ 1,919.24 | 1300 N 8th St 19122 |
| 025-87950-01301-002 | 11/30/2016 to 12/30/2016 | $ 485.64 | $ - | $ - | $ 485.64 | 1301 N 8th St 19122 |
| 025-77160-00778-001 | 05/07/2014 to 12/30/2016 | $ 128,656.89 | $ 16,199.98 | $ 50.00 | $ 144,906.87 | 778 W Thompson St 19122 |
| 025-77160-00778-002 | 10/07/2014 to 12/30/2016 | $ 287,370.31 | $ 37,517.90 | $ 40.00 | $ 324,928.21 | 778 W Thompson St 19122 |
| 420-37040-01600-006 | 11/30/2016 to 12/30/2016 | $ 90.34 | $ - | $ - | $ 90.34 | 1600 W Girard Ave 19130 |
| 025-37040-01600-007 | 05/07/2015 to 12/30/2016 | $ 128,815.92 | $ 15,288.09 | $ 30.00 | $ 144,134.01 | 1600 W Girard Ave 19130 |
| 912-37040-01600-008 | 12/20/2016 to 12/30/2016 | $ 853.51 | $ - | $ - | $ 853.51 | 1600 W Girard Ave 19130 |
| 025-64360-01330-002 | 10/31/2016 to 12/30/2016 | $ 43.55 | $ 0.70 | $ - | $ 44.25 | 1330 N Perth St 19122 |
| | SECURED WATER TOTALS | $ 635,219.76 | $ 81,339.79 | $ 170.00 | $ 716,729.55 | |

Schedule D - The Bank of New York Mellon, Trustee 1997 Bond Issue
<u>Attachment Three</u>

| | |
|---|---:|
| Bond Redemption January 1, 2017 | ($565,000.00) |
| Bond Redemption at Par Value Tranche 2 | ($920,000.00) |
| Bond Redemption at Par Value Tranche 3 | ($4,035,000.00) |
| Bond Redemption at Par Value Tranche 4 | <u>($7,390,000.00)</u> |
|   Bond Redemption at Par Value All Bonds | ($12,910,000.00) |
| | |
| Interest Due and Payable at January 1, 2017 | <u>($346,036.25)</u> |
| | |
| Total Outstanding Bonds and Earned Interest at December 30, 2016 | ($13,256,036.25) |
| | |
| Less Outstanding Principal Balance FHA Mortgage | <u>$10,484,167.70</u> |
| | |
| Net Obligation to BNYM | ($2,771,868.55) |