**Fill in this information to identify the case:**

Debtor name **North Philadelphia Health System**

United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known) **16-18931-mdc**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Alberto Millos, M.D.**<br>**7941 New Second Street**<br>**Elkins Park, PA 19027** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,002.10 | $3,002.10 |
|  | Date or dates debt was incurred<br>**April 2011** | Basis for the claim:<br>**Employee Claim** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Alex Jessly, C.R.N.P**<br>**6500 Tabor Avenue**<br>**Philadelphia, PA 19111-5332** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $838.00 | $838.00 |
|  | Date or dates debt was incurred<br>**September 2016** | Basis for the claim:<br>**Employee Expenses** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **North Philadelphia Health System** | Case number (if known) | **16-18931-mdc** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$873.00** | **$873.00** |
|---|---|---|---|---|

**Alvin Scott McNeal, D.O.**
**2014 Jesse Circle**
**Collegeville, PA 19426**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**September 2015**

Basis for the claim:
**Employment Services**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,029.38** | **$1,029.38** |
|---|---|---|---|---|

**Elena Y. Karzova, M.D.**
**2350 Tremont Street**
**Unit 303**
**Philadelphia, PA 19155**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Dceember 2016**

Basis for the claim:
**Employee Reimbursement**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,413.00** | **$1,413.00** |
|---|---|---|---|---|

**Girish J. Shah, M.D.**
**801 W. Girard Avenue**
**Philadelphia, PA 19122**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**October 2016**

Basis for the claim:
**Mcare Premium**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,154.00** | **$1,154.00** |
|---|---|---|---|---|

**Jasmine K. Gill, M.D.**
**561 Fairthorne Ave**
**Philadelphia, PA 19128**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**December 2016**

Basis for the claim:
**Employee Expenses**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **North Philadelphia Health System** | | Case number *(if known)* | **16-18931-mdc** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $769.00 | $769.00 |
|---|---|---|---|---|

**Joji Thomas, C.R.N.P.**
**9659 Sandanne Road**
**Philadelphia, PA 19115-2727**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**August 2016**

Basis for the claim:
**Employee Expenses**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $248.14 | $248.14 |
|---|---|---|---|---|

**Kenneth J. Martin, D.P.M.**
**788 Periwinkle Drive**
**Wynnewood, PA 19096**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**August 2015**

Basis for the claim:
**Employee Expenses**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $370.00 | $370.00 |
|---|---|---|---|---|

**Lisa D. Prybella, R.N.**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**June 2015**

Basis for the claim:
**Employee Expenses**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $817.80 | $817.80 |
|---|---|---|---|---|

**Lisa M. Maldonado, M.D.**
**628 W. Germantown Pike**
**Lafayette Hill, PA 19144**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**December 2016**

Basis for the claim:
**Employee Expenses**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **North Philadelphia Health System** | Case number (if known) | **16-18931-mdc** |
|---|---|---|---|
| | Name | | |

---

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $600.00 | $600.00 |

**Mao-Hsiung Chen, M.D**
**1724 Waterford Way**
**Maple Glen, PA 19002**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**April 2014**

Basis for the claim:
**Employee Expenses**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,250.00 | $1,250.00 |

**Mohammad Sayeed, M.D.**
**201 Foulke Lane**
**Springfield, PA 19064**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**December 2015**

Basis for the claim:
**Employee Expenses**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,944.17 | $1,944.17 |

**Monika T. Van Sant, D.O.**
**4324 Frankford Ave.**
**Philadelphia, PA 19124**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2014**

Basis for the claim:
**Employee Expenses**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.40 | $33.40 |

**Mr. Esteban Raspaldo**
**170 West Oxford Street**
**Philadelphia, PA 19122**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**May 2015**

Basis for the claim:
**Employee Expense**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **North Philadelphia Health System** | Case number (if known) | **16-18931-mdc** |
|---|---|---|---|
| | Name | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,426.00 | $1,426.00 |
|---|---|---|---|---|

**Mr. James Glendora**
**1406 E. Mt Pleasant Ave**
**Philadelphia, PA 19150-2004**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **April 2014** | **Employee Expense** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,500.00 | $1,500.00 |
|---|---|---|---|---|

**Mr. Jose Tirado**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **October 2016** | **Employee Expenses** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $477.65 | $477.65 |
|---|---|---|---|---|

**Mr. Tony Iero**
**801 W. Girard Avenue**
**Philadelphia, PA 19122**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **September 2016** | **Employee Expenses** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,500.00 | $1,500.00 |
|---|---|---|---|---|

**Ms. Ada Colon**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **August 2016** | **Employee Claim** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                             Best Case Bankruptcy

| Debtor | **North Philadelphia Health System** | Case number *(if known)* | **16-18931-mdc** |
|---|---|---|---|
| | Name | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $570.00 | $570.00 |
|---|---|---|---|---|

**Ms. Aisha Neal**
**6028 Cobbs Creek Parkway**
**Lansdowne, PA 19050-8214**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**December 2016**

Basis for the claim:
**Employee Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $342.70 | $342.70 |
|---|---|---|---|---|

**Ms. Catherine E. Kutzler**
**1416 Pepper Road**
**Rydal, PA 19046-2323**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**October 2015**

Basis for the claim:
**Employment Obligations**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,500.00 | $1,500.00 |
|---|---|---|---|---|

**Ms. Ella Gutman**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**May 2015**

Basis for the claim:
**Employee Expense**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $175.00 | $175.00 |
|---|---|---|---|---|

**Ms. Frieda Stewart**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**December 2016**

Basis for the claim:
**Employee Expense**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| | | |
|---|---|---|
| Debtor | **North Philadelphia Health System** | Case number (if known)   **16-18931-mdc** |
| | Name | |

| | | | |
|---|---|---|---|
| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $799.00   $799.00 |
| | **Ms. Jodi West-Brooks** | Check all that apply. | |
| | **119 Hilldale Road** | ☐ Contingent | |
| | **Lansdowne, PA 19050** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | **August 2016** | **Employee Expenses** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | |
| | | ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $458.00   $458.00 |
| | **Ms. Laura Boston-Jones** | Check all that apply. | |
| | **801 W. Girard Avenue** | ☐ Contingent | |
| | **Philadelphia, PA 19122** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | **November 2016** | **Employee Expenses** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | |
| | | ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $200.00   $200.00 |
| | **Ms. Leslie Sorg, R.N.** | Check all that apply. | |
| | | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | **March 2015** | **Employee Expenses** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | |
| | | ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,500.00   $1,500.00 |
| | **Ms. Linda Tucker** | Check all that apply. | |
| | | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | **April 2013** | **Employee Expenses** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | |
| | | ☐ Yes | |

| Debtor | **North Philadelphia Health System** | | Case number (if known) | **16-18931-mdc** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $170.00 | $170.00 |
|---|---|---|---|---|

**Ms. Marian Sidebotham**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**June 2015**

Basis for the claim:
**Employee Expenses**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,500.00 | $1,500.00 |
|---|---|---|---|---|

**Ms. Maribel Gonzalez**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**November 2016**

Basis for the claim:
**Employee Expenses**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,500.00 | $1,500.00 |
|---|---|---|---|---|

**Ms. Rony Sunjo**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date or dates debt was incurred
**October 2011**

Basis for the claim:
**Employee Expenses**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $16,898.74 | $12,850.00 |
|---|---|---|---|---|

**Steven Mill, M.D.**
**1600 Haggys Road**
**Apartment 10F**
**Narberth, PA 19072**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**November 2010**

Basis for the claim:
**Employee Reimbursements**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| Debtor | **North Philadelphia Health System** | Case number (if known) | **16-18931-mdc** |
|---|---|---|---|
| | Name | | |

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,500.00 | $1,500.00 |
|---|---|---|---|---|

**Trasi Lynn Crumrin, D.O.**
**Covenant Medical Group**
**3037 Silverwood Dr**
**Saginaw, MI 48603**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Expenses**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31,690.59 |
|---|---|---|---|

**3M Tech**
**PO Box 371227**
**Pittsburgh, PA 15250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **October 2016**

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $731.95 |
|---|---|---|---|

**A Helping Hand Healthmed**
**609 Abbey Court**
**Benicia, CA 94510-3733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **June 2016**

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,400.00 |
|---|---|---|---|

**A Plus Ultrasound Temps**
**900 W 49 St. 3 530**
**Hialeah, FL 33012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **March 2014**

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,350.00 |
|---|---|---|---|

**AACPM**
**15850 Cranes Branch Way**
**Suite 320**
**Rockwood, MD 20855**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **June 2015**

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $279.00 |
|---|---|---|---|

**Abbott Laboratories**
**PO Box 100997**
**Atlanta, GA 30384-0997**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **October 2016**

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **North Philadelphia Health System** | Case number *(if known)* | **16-18931-mdc** |
|---|---|---|---|
| | Name | | |

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,560.00** |
|---|---|---|---|

**Ability Network Inc**
**Dept Ch 16577**
**Palatine, IL 60055-6577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **November 2016**

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00** |
|---|---|---|---|

**Accent**
**PO Box 952366**
**Saint Louis, MO 63195**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **November 2016**

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$321,113.00** |
|---|---|---|---|

**Access Systems Integration**
**1 Industrial Way W**
**Attn: Andrew Benson, Project Manager**
**Eatontown, NJ 07724**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2014**

Basis for the claim:  **Lease Obligations**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00** |
|---|---|---|---|

**Accounts Recovery Bureau**
**P.O. Box 6768**
**Wyomissing, PA 19610-0786**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **February 2014**

Basis for the claim:  **Collection Agency**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$38,181.54** |
|---|---|---|---|

**ADP**
**PO Box 7247-0351**
**Philadelphia, PA 19170**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **September 2016**

Basis for the claim:  **Payroll Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,816.20** |
|---|---|---|---|

**Aelitho Offset Printers**
**450 Broad Street**
**PO Box 9000**
**Beverly, NJ 08010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **May 2016**

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,924.99** |
|---|---|---|---|

**Aesculap Inc.**
**PO Box 780426**
**Philadelphia, PA 19178-0426**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **April 2014**

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | North Philadelphia Health System | Case number (if known) | 16-18931-mdc |
| --- | --- | --- | --- |
| | Name | | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,208.00 |
| --- | --- | --- | --- |

**Aesynt Inc**
**PO Box 787521**
**Philadelphia, PA 19178-7521**

Date(s) debt was incurred  **August 2015**

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,474.02 |
| --- | --- | --- | --- |

**Aetna Life Insurance Co**
**Recovery Department**
**29406 Reliable Parkway**
**July 2013, IL 60686-0294**

Date(s) debt was incurred

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $432,000.00 |
| --- | --- | --- | --- |

**Agfa Healthcare Corp.**
**10 South Academy Street**
**Greenville, SC 29601**

Date(s) debt was incurred  **May 2015**

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,925.00 |
| --- | --- | --- | --- |

**Aiecycle**

Date(s) debt was incurred

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,000.00 |
| --- | --- | --- | --- |

**Akin Gump Strauss Hauer & Feld**
**2001 Market Street**
**Dept. 7247-6827**
**Philadelphia, PA 19103**

Date(s) debt was incurred  **February 2016**

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
| --- | --- | --- | --- |

**Albert Einstein Medical**
**PO Box 8500 -7135**
**Philadelphia, PA 19141**

Date(s) debt was incurred  **July 2014**

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,040.00 |
| --- | --- | --- | --- |

**Alere North America, Inc**
**PO Box 846153**
**Boston, MA 02284-6153**

Date(s) debt was incurred  **July 2014**

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **North Philadelphia Health System** | Case number (if known) | **16-18931-mdc** |
| | Name | | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$26,500.00** |

**Alert Plumbing & Heating**
**811 Stephen Road**
**Warminster, PA 18974**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **July 2015**

Basis for the claim:  **Trade debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$695.00** |

**Aleyamma Mathew, M.D.**
**5411 Old Frederick Rd**
**#9**
**Baltimore, MD 21229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **March 2015**

Basis for the claim:  **Services**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$781.00** |

**Ali Kadkhoda, D.O.**
**1601 W. Girard Avenue**
**Philadelphia, PA 19130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **November 2013**

Basis for the claim:  **Trade debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,526.80** |

**Alliqua Biomedical**
**PO Box 926496**
**Philadelphia, PA 19182-6496**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **March 2015**

Basis for the claim:  **Trade debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$640.10** |

**Ama Remittance Control**
**Classified Advertising**
**PO Box 75888**
**Chicago, IL 60675-5888**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **July 2015**

Basis for the claim:  **Trade debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,900.00** |

**American Arbitration Ass'n**
**230 South Broad Street**
**Philadelphia, PA 19102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **March 2012**

Basis for the claim:  **Trade debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,468.00** |

**American Osteopathic Association**
**142 E. Ontario Street**
**Chicago, IL 60611-2864**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **December 2014**

Basis for the claim:  **Trade debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **North Philadelphia Health System** | Case number (if known) | **16-18931-mdc** |
|---|---|---|---|
| | Name | | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,631.76 |
|---|---|---|---|

**American Red Cross**
PO Box 33093
Newark, NJ 07188-0093

Date(s) debt was incurred **February 2016**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,294.75 |
|---|---|---|---|

**Ameritas Life Insurance**
PO Box 56687
Lincoln, NE 68501

Date(s) debt was incurred **December 2016**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,493.00 |
|---|---|---|---|

**Amniox**
8305 NW 27th Street
Suite 101
Miami, FL 33122

Date(s) debt was incurred **October 2014**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $638.17 |
|---|---|---|---|

**Angiodynamics**
PO Box 1549
Albany, NY 12201-1549

Date(s) debt was incurred **August 2015**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |
|---|---|---|---|

**AODME**
142 E Ontario Street
Chicago, IL 60661

Date(s) debt was incurred **September 2015**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

**Apex Asset Management LLC**
PO Box 5907
Lancaster, PA 17606-5407

Date(s) debt was incurred **August 2013**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,243.45 |
|---|---|---|---|

**Ardus Biomedical**
PO Box 23128
Cincinnati, OH 45223-0128

Date(s) debt was incurred **January 2012**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | North Philadelphia Health System | Case number (if known) | 16-18931-mdc |
|---|---|---|---|
| | Name | | |

---

**3.34** | Nonpriority creditor's name and mailing address
**Aria Health**
10800 Knights Road
Philadelphia, PA 19114

Date(s) debt was incurred  **March 2010**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,500.00**

---

**3.35** | Nonpriority creditor's name and mailing address
**Arizant**
10351 West 7th Street
Eden Prairie, MN 55344

Date(s) debt was incurred  **September 2013**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$80.00**

---

**3.36** | Nonpriority creditor's name and mailing address
**Arjohuntleigh Inc.**
PO Box 644960
Pittsburgh, PA 15264

Date(s) debt was incurred  **April 2013**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$3,552.00**

---

**3.37** | Nonpriority creditor's name and mailing address
**Armstrong Medical Inc**
575 Knightsridge Pkwy
Lincolnshire, IL 60069

Date(s) debt was incurred  **September 2013**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$555.54**

---

**3.38** | Nonpriority creditor's name and mailing address
**Arthrex**
829 Lincoln Avenue, Suite C-1
Attn: Dave Evans, Capital Manager
West Chester, PA 19380

Date(s) debt was incurred  **2014**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$108,418.89**

---

**3.39** | Nonpriority creditor's name and mailing address
**ASD Healthcare**
PO Box 848104
Dallas, TX 75264-8104

Date(s) debt was incurred  **June 2014**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$5,943.45**

---

**3.40** | Nonpriority creditor's name and mailing address
**AT&T**
PO Box 5094
Carol Stream, IL 60197-5094

Date(s) debt was incurred  **December 2016**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,126.41**

---

Debtor   **North Philadelphia Health System**                    Case number (if known)   **16-18931-mdc**
_____
Name

| | | |
|---|---|---|
| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |

| 3.41 | | **$235,841.74** |

---

**3.41**

**Nonpriority creditor's name and mailing address**

**Atlantic Diagnostic Laboratories**
**3520 Progress Drive**
**Bensalem, PA 19020**

Date(s) debt was incurred  __July 2014__

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ☒ No ☐ Yes

**$235,841.74**

---

**3.42**

**Nonpriority creditor's name and mailing address**

**Axion LLC**
**1430 Broadway**
**New York, NY 10018**

Date(s) debt was incurred  __September 2016__

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ☒ No ☐ Yes

**$20,586.50**

---

**3.43**

**Nonpriority creditor's name and mailing address**

**B. Braun Interventional Systems**
**824 Twelfth Street**
**Bethlehem, PA 18018-3524**

Date(s) debt was incurred  __April 2015__

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ☒ No ☐ Yes

**$7,350.00**

---

**3.44**

**Nonpriority creditor's name and mailing address**

**Baker Healthcare**
**Attn. Karen K. Siders**
**4251 Reliable Parkway**
**Chicago, IL 60686-0042**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ☒ No ☐ Yes

**$836.00**

---

**3.45**

**Nonpriority creditor's name and mailing address**

**Beckman Coulter, Inc.**
**250 South Brea Boulevard**
**Brea, CA 92822-8000**

Date(s) debt was incurred  __November 2015__

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  __Trade debt05__

Is the claim subject to offset? ☒ No ☐ Yes

**$266,000.00**

---

**3.46**

**Nonpriority creditor's name and mailing address**

**Behavioral Safety Products**
**29A N. Main Street**
**Suite 3**
**Watkinsville, GA 30677**

Date(s) debt was incurred  __August 2016__

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ☒ No ☐ Yes

**$2,669.37**

---

**3.47**

**Nonpriority creditor's name and mailing address**

**Bell Medical Inc.**
**PO Box 771470**
**Saint Louis, MO 63177-9816**

Date(s) debt was incurred  __August 2013__

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ☒ No ☐ Yes

**$1,271.33**

---

| Debtor | **North Philadelphia Health System** | Case number *(if known)* | **16-18931-mdc** |
|---|---|---|---|
| | Name | | |

---

**3.48**

**Nonpriority creditor's name and mailing address**

**Bio Medical Products Corp**
**10 Halstead Road**
**Mendham, NJ 07945**

Date(s) debt was incurred **August 2015**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$409.90**

---

**3.49**

**Nonpriority creditor's name and mailing address**

**Bio-Medical Applications of PA, Inc.**
**Fresenius**
**630 W. Germantown Pike**
**Plymouth Meeting, PA 19462**

Date(s) debt was incurred **March 2015**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$240,475.00**

---

**3.50**

**Nonpriority creditor's name and mailing address**

**Bio-Rad Laboratories Inc.**
**Clinical Diagnostics Div.**
**PO Box 849740**
**Los Angeles, CA 90084**

Date(s) debt was incurred **September 2015**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$9,467.49**

---

**3.51**

**Nonpriority creditor's name and mailing address**

**Biomerieux Vitek, Inc.**
**100 Rodolfe Street**
**Durham, NC 27712**

Date(s) debt was incurred **December 2015**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$24,018.70**

---

**3.52**

**Nonpriority creditor's name and mailing address**

**Biomet Biologics**
**75 Remittance Drive**
**Suite 3283**
**Chicago, IL 60675-3283**

Date(s) debt was incurred **December 2014**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$12,797.69**

---

**3.53**

**Nonpriority creditor's name and mailing address**

**Bionix Development Corp**
**PO Box 935**
**Toledo, OH 43697**

Date(s) debt was incurred **November 2014**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$116.45**

---

**3.54**

**Nonpriority creditor's name and mailing address**

**Boxwood Technology Inc**
**11350 McCormick Road**
**Hunt Valley, MD 21031**

Date(s) debt was incurred **July 2013**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,100.00**

---

| Debtor | **North Philadelphia Health System** | Case number *(if known)* | **16-18931-mdc** |
|---|---|---|---|
| | Name | | |

---

**3.55** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,403.11**

**BP Business Solutions**
**PO Box 70995**
**Charlotte, NC 28272-0995**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **December 2016**

Basis for the claim:  **Trade debt**

Last 4 digits of account number ___

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.56** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$131.70**

**Brasseler USA Medical LLC**
**One Brasseler Blvd**
**Savannah, GA 31419**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **February 2016**

Basis for the claim:  **Trade debt**

Last 4 digits of account number ___

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.57** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,756.28**

**Brink's Incorporated**
**7373 Solutions Center**
**Chicago, IL 60677-7003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **October 2016**

Basis for the claim:  **Trade debt**

Last 4 digits of account number ___

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.58** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00**

**Bryn Mawr Hospital**
**Patient Payments**
**PO Box 8500-4950**
**Philadelphia, PA 19178-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **June 2015**

Basis for the claim:  **Trade debt**

Last 4 digits of account number ___

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.59** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,099.44**

**BSB Leasing Inc.**
**PO Box 3704**
**Seattle, WA 98124-3704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **December 2016**

Basis for the claim:  **Trade debt**

Last 4 digits of account number ___

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.60** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,216.72**

**Buzby & Kutzler**
**1416 Pepper Road**
**Rydal, PA 19046-2323**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **April 2014**

Basis for the claim:  **Legal Services**

Last 4 digits of account number ___

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.61** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$154,000.00**

**Canterbury Consultants**
**The William Penn House**
**Apt 2215**
**Philadelphia, PA 19103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **June 2014**

Basis for the claim:  **Consulting Fees**

Last 4 digits of account number ___

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **North Philadelphia Health System** | Case number (if known) | **16-18931-mdc** |
|---|---|---|---|
| | Name | | |

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$91,643.71** |
|---|---|---|---|

**Cardinal Health
Medical Products & Service
PO Box 70539
Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **December 2015**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$60,860.43** |
|---|---|---|---|

**Cardinal Health Nuclear Pharmacy Service
PO Box 70609
Chicago, IL 60673-0609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **August 2015**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$56,883.20** |
|---|---|---|---|

**Carefusion Alaris Products
25565 Network Place
Rocky Hill, CT 06067-3000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **September 2014**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$681.00** |
|---|---|---|---|

**Carefusion Solutions LLC
Pyxis Products
25082 Network Place
Chicago, IL 60673-1250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **October 2014**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,291.75** |
|---|---|---|---|

**Central Admixture Pharmacy
PO Box 512435
Philadelphia, PA 19175-2435**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **April 2016**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$17,990.28** |
|---|---|---|---|

**Centurion Medical Products
PO Box 842816
Boston, MA 02284-2816**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **July 2016**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$693,570.00** |
|---|---|---|---|

**Cerner
51 Valley Stream Parkway
Attn: Nick Kozlowski
Malvern, PA 19355-1406**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **North Philadelphia Health System** | Case number (if known) | **16-18931-mdc** |
|---|---|---|---|
| | Name | | |

---

**3.69**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$200.00** |
|---|---|---|
| **CHCA** | ☐ Contingent | |
| | ☐ Unliquidated | |
| Date(s) debt was incurred  **May 2015** | ☐ Disputed | |
| Last 4 digits of account number _ | **Basis for the claim:  Trade debt** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.70**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$88,894.00** |
|---|---|---|
| **CHG-Meridian USA Corp** | ☐ Contingent | |
| **260 N Charles Lindbergh Drive** | ☐ Unliquidated | |
| **NJ 08416** | ☐ Disputed | |
| Date(s) debt was incurred  **November 2016** | **Basis for the claim:  Trade debt** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.71**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,000.00** |
|---|---|---|
| **Children's Hospital of Philadelphia** | ☐ Contingent | |
| **Hospital Billing** | ☐ Unliquidated | |
| **3401 Civic Center Blvd,** | ☐ Disputed | |
| **Philadelphia, PA 19104** | | |
| Date(s) debt was incurred  **March 2013** | **Basis for the claim:  Trade debt** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.72**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,315.00** |
|---|---|---|
| **Christiana Care** | ☐ Contingent | |
| **PO Box 101926** | ☐ Unliquidated | |
| **Birmingham, AL 35210** | ☐ Disputed | |
| Date(s) debt was incurred  **December 2013** | **Basis for the claim:  Credit card purchases** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.73**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|
| **Christie & Young, Attorneys** | ☐ Contingent | |
| | ☐ Unliquidated | |
| Date(s) debt was incurred _ | ☐ Disputed | |
| Last 4 digits of account number _ | **Basis for the claim: _** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.74**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Christie & Young, Attorneys** | ☐ Contingent | |
| **1880 John F Kennedy Blvd,** | ☐ Unliquidated | |
| **10th Floor** | ☐ Disputed | |
| **Philadelphia, PA 19103** | | |
| Date(s) debt was incurred  **2015-2016** | **Basis for the claim: Legal Services for Self-Insured Liability Claims** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.75**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,292.96** |
|---|---|---|
| **Cintas Corporation** | ☐ Contingent | |
| **PO Box 630803** | ☐ Unliquidated | |
| **Cincinnati, OH 45263** | ☐ Disputed | |
| Date(s) debt was incurred  **February 2015** | **Basis for the claim:  Trade debt** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **North Philadelphia Health System** | Case number (*if known*) | **16-18931-mdc** |
|---|---|---|---|
| | Name | | |

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,831.00 |

**College Of American Pathologists**
PO Box 71698
Chicago, IL 60694-1698

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **January 2016**

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,148.79 |

**Colomy Painting & Decorating**
210 West Girard Ave
Philadelphia, PA 19123

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **November 2016**

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45.17 |

**Columbia Heating Supply**
PO Box 377
Pottstown, PA 19464

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **March 2014**

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $820,559.00 |

**Commonwealth of Pennsylvania**
**Department of Labor & Industries**
**Office of Unemployment Compensation Tax**
651 Boas Street, 10th Floor
Harrisburg, PA 17121

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim:  **UC Reimbursement Obligations**
**Subsequent to Docketed Judgments**

Date(s) debt was incurred  **July 2016**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,841.47 |

**Commonwealth of Pennsylvania**
**Department of Social Services**
2589 Interstate Drive
Harrisburg, PA 17110

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **April 2016**

Basis for the claim:  **Reimbursements**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $980,932.00 |

**Commonwealth of Pennsylvania**
**Department of Human Services**
**Office of Medical Assistance Programs**
625 Forster Street
Harrisburg, PA 17110

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Provider Advances**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,800,000.00 |

**Community Behavioral Health**
801 Market Street
7th Floor
Philadelphia, PA 19107

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Advances on Provider Billings**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | North Philadelphia Health System | Case number (if known) | 16-18931-mdc |
|---|---|---|---|
| | Name | | |

---

**3.83**

**Nonpriority creditor's name and mailing address**

**Complete Collection Service**
4833 N Dixie Hwy
Fort Lauderdale, FL 33334

Date(s) debt was incurred **March 2014**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** **Collection Agency**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,500.00**

---

**3.84**

**Nonpriority creditor's name and mailing address**

**Compugroup Medical**
10715 Red Run Blvd
Suite 101
Owings Mills, MD 21117

Date(s) debt was incurred **October 2015**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$10,032.00**

---

**3.85**

**Nonpriority creditor's name and mailing address**

**Conifer Health Solutions**
Hahnemann University Hospital
Broad and Vine Streets
Philadelphia, PA 19102

Date(s) debt was incurred **April 2013**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,500.00**

---

**3.86**

**Nonpriority creditor's name and mailing address**

**Cook Medical**
22988 Network Place
Chicago, IL 60673

Date(s) debt was incurred **My 2015**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$3,046.41**

---

**3.87**

**Nonpriority creditor's name and mailing address**

**Cooper University Hospital**
1 Cooper Plaza
Camden, NJ 08103

Date(s) debt was incurred **June 2013**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,500.00**

---

**3.88**

**Nonpriority creditor's name and mailing address**

**CortechUSA**
7500 Plaza Court
Willowbrook, IL 60527

Date(s) debt was incurred **June 2016**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$37,339.00**

---

**3.89**

**Nonpriority creditor's name and mailing address**

**CPI**
10850 W Park Place
Suite 600
Milwaukee, WI 53224

Date(s) debt was incurred **September 2014**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$729.50**

---

| Debtor | **North Philadelphia Health System** | Case number (if known) | **16-18931-mdc** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,500.00 |
| | **Crozer-Keystone Health System** | ☐ Contingent | |
| | **PO Box 8500-5205** | ☐ Unliquidated | |
| | **Philadelphia, PA 19178** | ☐ Disputed | |
| | Date(s) debt was incurred  **May 2015** | **Basis for the claim:  Trade debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,000.00 |
| | **D.N.E. LLC** | ☐ Contingent | |
| | **3570 Hamilton Blvd** | ☐ Unliquidated | |
| | **Allentown, PA 18103** | ☐ Disputed | |
| | Date(s) debt was incurred  **November 2014** | **Basis for the claim:  Trade debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6,250.00 |
| | **DCA Financial** | ☐ Contingent | |
| | **724 Davis Road** | ☐ Unliquidated | |
| | **Barrington, NJ 08007** | ☐ Disputed | |
| | Date(s) debt was incurred  **February 2015** | **Basis for the claim:  Consulting Services** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $930.00 |
| | **Delaware Valley Community Health** | ☐ Contingent | |
| | **1412 Fairmount Avenue** | ☐ Unliquidated | |
| | **2nd Floor** | ☐ Disputed | |
| | **Philadelphia, PA 19130** | | |
| | Date(s) debt was incurred  **January 2014** | **Basis for the claim:  Trade debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $165.99 |
| | **Depot International** | ☐ Contingent | |
| | **Dept Ch 17622** | ☐ Unliquidated | |
| | **Palatine, IL 60055-7522** | ☐ Disputed | |
| | Date(s) debt was incurred  **February 2013** | **Basis for the claim:  Trade debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $8,057.66 |
| | **Depuy Synthes Sales Inc** | ☐ Contingent | |
| | **PO Box 8538-662** | ☐ Unliquidated | |
| | **Philadelphia, PA 19171-0662** | ☐ Disputed | |
| | Date(s) debt was incurred  **October 2015** | **Basis for the claim:  Trade debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $8,510.75 |
| | **Dispute Resolution Institute** | ☐ Contingent | |
| | **Two Logan Square Suite 660** | ☐ Unliquidated | |
| | **Philadelphia, PA 19103** | ☐ Disputed | |
| | Date(s) debt was incurred  **June 2015** | **Basis for the claim:  Consulting Services** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **North Philadelphia Health System** | Case number (if known) | **16-18931-mdc** |
|---|---|---|---|
| | Name | | |

---

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $53,246.26 |

**District 1199C NUHHCE Group Legal Fund**
**Nicole Nicholas, Administrator**
**1319 Locust Street**
**Philadelphia, PA 19107**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **Various Times**

Basis for the claim:  **Union Contract**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $40,000.00 |

**District 1199C Training & Upgrading Fund**
**Cheryl Feldman, Executive Director**
**100 S. Broad Street,**
**Philadelphia, PA 19110**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **October 2016**

Basis for the claim:  **Union Contract**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $9,933.10 |

**Draeger Medical Inc.**
**PO Box 536432**
**Pittsburgh, PA 15253-5906**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **November 2015**

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $34,416.41 |

**Drexel University College of Medicine**
**1427 Vine Street**
**Rm 405**
**Philadelphia, PA 19102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **October 2015**

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,354.58 |

**Easton Chemical**
**PO Box 25915**
**Baltimore, MD 21224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **October 2014**

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,962.63 |

**Ecolab Pest Elimination Division**
**PO Box 905327**
**Charlotte, NC 28290-5327**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **March 2014**

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,591.00 |

**Emergency Systems Service Company**
**401 O'Neill Drive**
**Quakertown, PA 18981**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **October 2016**

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **North Philadelphia Health System** | Case number (*if known*) | **16-18931-mdc** |
|---|---|---|---|
| | Name | | |

---

| 3.104 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,110.00** |

**Empire Ambulance**
**1987 Pioneer Road**
**Huntingdon Valley, PA 19006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **November 2013**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$850.00** |

**Env Services**
**2880 Bergey Road**
**Suite K**
**Hatfield, PA 19440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **June 2015**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,630.00** |

**Environmental & Engineering Solutions In**
**25 Washington Lane**
**Wyncote, PA 19095**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **May 2016**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$96.19** |

**ESIS**
**PO Box 6566**
**Scranton, PA 18505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **June 2015**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$114,888.80** |

**Executive Health Resources, Inc.**
**3797 Momentum Place**
**Chicago, IL 60689**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **October 2015**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$473.12** |

**F C Haab Co. Inc.**
**2314 Market Street**
**Philadelphia, PA 19103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **September 2014**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$190.00** |

**Faraco Knife & Slicer Co**
**2260 E Buck Rd**
**Pennsburg, PA 18073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **August 2015**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **North Philadelphia Health System** | Case number (if known) | **16-18931-mdc** |
|---|---|---|---|
| | Name | | |

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,037.84 |
|---|---|---|---|

**FDR Services Corp**
**44 Newmans Court**
**Hempstead, NY 11550-4815**

Date(s) debt was incurred  **November 2016**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,607.50 |
|---|---|---|---|

**FNDC**
**1729 Wylie Street**
**Philadelphia, PA 19130**

Date(s) debt was incurred  **July 2013**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $378.95 |
|---|---|---|---|

**Ford Motor Credit Co**
**Box 220564**
**Pittsburgh, PA 15257-2564**

Date(s) debt was incurred  **December 2016**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lease**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

**Fox Chase Cancer Center**
**PO Box 827200**
**Philadelphia, PA 19182-7200**

Date(s) debt was incurred  **April 2012**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $216.00 |
|---|---|---|---|

**Fried Brothers**
**467 N. 7th Street**
**Philadelphia, PA 19123**

Date(s) debt was incurred  **December 2016**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

**Friends Behavioral**
**4641 Roosevelt Blvd.**
**Philadelphia, PA 19124**

Date(s) debt was incurred  **March 2014**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gateway Risk Services**
**1946 Menold Dr,**
**Allison Park, PA 15101**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NPHS Self-Insurance Plan Services**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **North Philadelphia Health System** | Case number (if known) | **16-18931-mdc** |
|---|---|---|---|
| | Name | | |

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,584.22 |
|---|---|---|---|

**GlaxoSmithKline Pharmaceuticals**
P.O. Box 740415
Atlanta, GA 30374-0415

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **October 2015**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $135.70 |
|---|---|---|---|

**Glenside Prescription Center**
7601 Castor Avenue
Philadelphia, PA 19152

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **October 2014**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,576.36 |
|---|---|---|---|

**Global Medical Devices, Inc.**
1215 Cuyamaca Street
El Cajon, CA 92020

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **September 2015**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $486.69 |
|---|---|---|---|

**Grainger**
Dept. 883187452
 IL 60036-0001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **August 2013**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,714.56 |
|---|---|---|---|

**Hahnemann University Hospital**
Broad and Vine Streets
Philadelphia, PA 19102

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **February 2011**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $49.90 |
|---|---|---|---|

**Hardy Diagnostics Inc.**
PO Box 715625
Columbus, OH 43271

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **March 2013**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,099.70 |
|---|---|---|---|

**Health Mats Company**
100 Pennell Street
Chester, PA 19013

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **December 2015**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **North Philadelphia Health System** | Case number (if known) | **16-18931-mdc** |
|---|---|---|---|
| | Name | | |

---

**3.125** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,883.50**

**Hill-Rom**
**PO Box 643592**
**Pittsburgh, PA 15264-3592**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **October 2015**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.126** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$188.37**

**Hobart Service**
**ITW Food Equip. Group LLC**
**Carol Stream, IL 60132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **September 2013**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.127** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,963.64**

**Hologic Inc.**
**24506 Network Place**
**Chicago, IL 60673-1245**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.128** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$167.45**

**Hubert Company**
**25401 Network Place**
**Chicago, IL 60673-1254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **December 2016**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.129** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,350.00**

**Human Capital Consulting**
**5 Neshaminy Interplex**
**Trevose, PA 19053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **October 2014**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.130** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,162.61**

**Imaging Services**
**15 Birmingham Court**
**Felton, DE 19943-3036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **August 2015**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.131** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,022.27**

**Immucor Inc**
**P.O. Box 102118**
**Atlanta, GA 30368-2118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **November 2015**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **North Philadelphia Health System** | Case number (*if known*) | **16-18931-mdc** |
|---|---|---|---|
| | Name | | |

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$301.65** |
|---|---|---|---|

**Improved Office Systems**
**1117 Wilde Ave**
**Drexel Hill, PA 19026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  December 2016

Basis for the claim:  **Trade debt**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,660,445.00** |
|---|---|---|---|

**Independence Blue Cross**
**Attn: Jessica Tamaccio, Director Premium**
**1901 Market Street**
**Philadelphia, PA 19103-1480**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:  **Employee Health Insurance Premiums**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$750.00** |
|---|---|---|---|

**Innovative Equity**
**PO Box 602**
**Montgomeryville, PA 18936**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2016

Basis for the claim:  **Trade debt**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00** |
|---|---|---|---|

**Inspira Medical Center**
**Billing Office**
**Woodbury, NJ 08096-1697**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  September 2013

Basis for the claim:  **Trade debt**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$71,630.06** |
|---|---|---|---|

**Integra Lifesciences Corp**
**PO Box 404129**
**Atlanta, GA 30384-4129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  September 2015

Basis for the claim:  **Trade debt**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$654.69** |
|---|---|---|---|

**International Union-SPFPA**
**Finance Department**
**25510 Kelly Road**
**Roseville, MI 48066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  October 2016

Basis for the claim:  **Union Contract**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$203.20** |
|---|---|---|---|

**Intoximeters, Inc**
**P.O. Box 798313**
**Saint Louis, MO 63179-8000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  August 2013

Basis for the claim:  **Trade debt**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **North Philadelphia Health System** | Case number *(if known)* | **16-18931-mdc** |
|---|---|---|---|
| | Name | | |

---

**3.139** | Nonpriority creditor's name and mailing address

**IOD Incorporated**
**P.O. Box 19025**
**Green Bay, WI 54307-9025**

Date(s) debt was incurred  **September 2011**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$3,646.38

---

**3.140** | Nonpriority creditor's name and mailing address

**Iron Mountain**
**1135 Thomas Busch Memorial Highway**
**Attn: Curt Winters**
**Pennsauken, NJ 08110**

Date(s) debt was incurred  **April 2014**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$257,757.65

---

**3.141** | Nonpriority creditor's name and mailing address

**Jackson Lewis, P.C.**
**44 South Broadway**
**14th Floor**
**White Plains, NY 10601**

Date(s) debt was incurred  **Various Times**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Legal Services**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.142** | Nonpriority creditor's name and mailing address

**Jeanes Hospital**
**7800 Central Avenue**
**Philadelphia, PA 19111**

Date(s) debt was incurred  **May 2014**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$3,350.00

---

**3.143** | Nonpriority creditor's name and mailing address

**Jeanes Radiology**
**101 Greenwood Ave**
**Suite 151**
**Jenkintown, PA 19046**

Date(s) debt was incurred  **May 2013**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$35.00

---

**3.144** | Nonpriority creditor's name and mailing address

**JobTarget LLC**
**225 State Street**
**Suite 300**
**New London, CT 06320**

Date(s) debt was incurred  **July 2013**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$395.00

---

**3.145** | Nonpriority creditor's name and mailing address

**John Cardullo & Sons**
**703 Christian Streets**
**Philadelphia, PA 19147**

Date(s) debt was incurred  **2016**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | **North Philadelphia Health System** | Case number *(if known)* | **16-18931-mdc** |
|---|---|---|---|
| | Name | | |

---

| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,635.69 |

**Johnson & Johnson**
**Health Care Systems, Inc.**
**5972 Collections Ctr. Dr.**
**Chicago, IL 60606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **June 2015**

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $18,212.51 |

**KCI**
**PO Box 301557**
**Dallas, TX 75303-1557**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **March 2015**

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.148 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $436,398.00 |

**Keystone First**
**200 Stevens Drive**
**Suite 300**
**Philadelphia, PA 19113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.149 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,861.97 |

**Keystone Mercy Health**
**200 Stevens Drive**
**Philadelphia, PA 19113-1570**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **February 2007**

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.150 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $105,680.85 |

**Keystone Quality Transport Co.**
**1260 E. Woodland Avenue**
**Suite 220**
**Springfield, PA 19064**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **January 2014**

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.151 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,150.00 |

**Kreg Corporation**
**101 Town Green**
**Wilton, CT 06897**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **August 2016**

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.152 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $26,655.00 |

**L-M Service Co.**
**a/k/a Lor Mar**
**6710-A Westfield Avenue**
**Pennsauken, NJ 08110**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **September 2011**

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **North Philadelphia Health System** | Case number (if known) | **16-18931-mdc** |
|---|---|---|---|
| | Name | | |

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $692.50 |
|---|---|---|---|

**Laboratory Corp. of America**
P.O. Box 12140
Burlington, NC 27216

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **March 2015**

Basis for the claim:  **Trade debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $709.35 |
|---|---|---|---|

**Lemaitre Vascular, Inc.**
P.O. Box 533177
Charlotte, NC 28290-3177

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **August 2015**

Basis for the claim:  **Trade debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,875.00 |
|---|---|---|---|

**Lions Eye Institute for**
**Transplant and Research, Inc.**
1410 N. 21st Street
Tampa, FL 33605

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **September 2010**

Basis for the claim:  **Trade debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

**Livengrin Foundations**
4833 Hulmeville Road
Bensalem, PA 19020

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **May 2014**

Basis for the claim:  **Trade debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $473.10 |
|---|---|---|---|

**Living Direct**
500 N. Capital of Texas Hwy
Austin, TX 78746

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **February 2014**

Basis for the claim:  **Trade debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,025.00 |
|---|---|---|---|

**Locumtenens.com**
P.O. Box 405547
Atlanta, GA 30384

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **August 2013**

Basis for the claim:  **Trade debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $102,500.00 |
|---|---|---|---|

**Loeper & Associates**
604 North Third Street
Harrisburg, PA 17101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **January 2015**

Basis for the claim:  **Consulting Services**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **North Philadelphia Health System**                    Case number (if known)    **16-18931-mdc**
_____
Name

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26.07 |
|---|---|---|---|

**Lundylaw**
**1635 Market Street**
**19th Floor**
**Philadelphia, PA 19103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **April 2015**

**Basis for the claim:  Trade debt**

Last 4 digits of account number  _ _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $131.88 |
|---|---|---|---|

**M&M Scrubs Dist. Inc.**
**4175 Alonzo Avenue**
**Encino, CA 91316**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **June 2014**

**Basis for the claim:  Trade debt**

Last 4 digits of account number  _ _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,498.97 |
|---|---|---|---|

**M*Modal Services, Ltd.**
**P.O. Box 538504**
**Atlanta, GA 30353-8504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **June 2015**

**Basis for the claim:  Trade debt**

Last 4 digits of account number  _ _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,337.40 |
|---|---|---|---|

**Madden Electric Assoc. Inc.**
**P.O. Box 10**
**Lansdowne, PA 19050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **March 2013**

**Basis for the claim:  Trade debt**

Last 4 digits of account number  _ _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $355.68 |
|---|---|---|---|

**Mainline Behavioral Health**
**101 South Bryn Mawr Avenue**
**Suite 370**
**Bryn Mawr, PA 19010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **December 2016**

**Basis for the claim:  Trade debt**

Last 4 digits of account number  _ _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,327.00 |
|---|---|---|---|

**Major Medical, Inc.**
**150 Cooper Rd**
**West Berlin, NJ 08091**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **January 2015**

**Basis for the claim:  Trade debt**

Last 4 digits of account number  _ _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,520.00 |
|---|---|---|---|

**Mallinckrodt, Inc.**
**P.O. Box 3542**
**Carol Stream, IL 60132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **December 2016**

**Basis for the claim:  Trade debt**

Last 4 digits of account number  _ _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **North Philadelphia Health System** | Case number (if known) | **16-18931-mdc** |
|---|---|---|---|
| | Name | | |

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$75,000.00** |

**Marcum LLP**
**1600 Market Street**
**32nd Floor**
**Philadelphia, PA 19103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **January 2016**

Basis for the claim:  **Accounting Services**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$83,589.12** |

**Marshall Dennehey Warner Coleman**
**2000 Market Street**
**Suite 2300**
**Philadelphia, PA 19103**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **January 2012**

Basis for the claim:  **Legal Services**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,438.70** |

**McKesson Automation**
**P.O. 642164**
**Pittsburgh, PA 15264-2164**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **March 2011**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$33,828.34** |

**McKesson Technologies Inc.**
**22423 Network Place**
**Chicago, IL 60673-1224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **June 2015**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$915.50** |

**McNees Wallace & Nurick LLC**
**P.O. Box 1166**
**Harrisburg, PA 17108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **January 2016**

Basis for the claim:  **Legal Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$31.92** |

**Med One Capital Inc.**
**P.O. Box 271128**
**Salt Lake City, UT 84127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **May 2015**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18,000.00** |

**Medassets Inc.**
**P.O. Box 405652**
**Atlanta, GA 30384-5652**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **May 2015**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **North Philadelphia Health System**                Case number (if known)    **16-18931-mdc**
_____
Name

| | | |
|---|---|---|
| 3.174 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$20,908.00** |
| | **Medco (Express Scripts)** | ☐ Contingent |
| | | ☐ Unliquidated |
| | **Date(s) debt was incurred** _ | ☑ Disputed |
| | **Last 4 digits of account number** _ | Basis for the claim:  **Trade debt** |
| | | Is the claim subject to offset? ☑ No  ☐ Yes |

| | | |
|---|---|---|
| 3.175 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$266,000.00** |
| | **Medhost** | ☐ Contingent |
| | **6550 Carothers Pkwy #160** | ☐ Unliquidated |
| | **Attn: Kenneth D. Misch, CFO** | ☐ Disputed |
| | **Franklin, TN 37067** | |
| | **Date(s) debt was incurred**  **2014** | Basis for the claim:  **Trade debt** |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No  ☐ Yes |

| | | |
|---|---|---|
| 3.176 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$23,396.72** |
| | **Medical Components, Inc.** | ☐ Contingent |
| | **1499 Delp Drive** | ☐ Unliquidated |
| | **Harleysville, PA 19438** | ☐ Disputed |
| | **Date(s) debt was incurred**  **December 2014** | Basis for the claim:  **Trade debt** |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No  ☐ Yes |

| | | |
|---|---|---|
| 3.177 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$2,715,363.00** |
| | **Medicare** | ☐ Contingent |
| | **Attn: John David Smith, Manager** | ☐ Unliquidated |
| | **7500 Security Blvd.** | ☑ Disputed |
| | **Baltimore, MD 21244-1850** | |
| | **Date(s) debt was incurred** _ | Basis for the claim:  **Hospital Cost Report Adjustments** |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No  ☐ Yes |

| | | |
|---|---|---|
| 3.178 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$84,029.00** |
| | **Medicare Part B** | ☐ Contingent |
| | **Medicare Premium Collection Center** | ☐ Unliquidated |
| | **P.O. Box 790355** | ☑ Disputed |
| | **Saint Louis, MO 63179-0355** | |
| | **Date(s) debt was incurred**  **June 2016** | Basis for the claim:  **Medicare Premiums** |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No  ☐ Yes |

| | | |
|---|---|---|
| 3.179 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$1,936.00** |
| | **Medicus Health** | ☐ Contingent |
| | **4767 Broadmoor Avenue SE** | ☐ Unliquidated |
| | **Suite 6** | ☐ Disputed |
| | **Grand Rapids, MI 49512** | |
| | **Date(s) debt was incurred**  **June 2013** | Basis for the claim:  **Trade debt** |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No  ☐ Yes |

| | | |
|---|---|---|
| 3.180 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$900.00** |
| | **Medimizer Inc.** | ☐ Contingent |
| | **1042 North Camino Real** | ☐ Unliquidated |
| | **Suite B423** | ☐ Disputed |
| | **Encinitas, CA 92024** | |
| | **Date(s) debt was incurred**  **December 2016** | Basis for the claim:  **Trade debt** |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No  ☐ Yes |

| Debtor | **North Philadelphia Health System** | Case number (*if known*) | **16-18931-mdc** |
|---|---|---|---|
| | Name | | |

---

**3.181** | Nonpriority creditor's name and mailing address

**Medivators Inc.**
**N.W. 9841**
**P.O. Box 1450**
**Minneapolis, MN 55485**

Date(s) debt was incurred  **November 2012**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$199.93**

---

**3.182** | Nonpriority creditor's name and mailing address

**Medline Industries Inc.**
**Box 382075**
**Harrisville, WV 26362-8075**

Date(s) debt was incurred  **August 2016**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$19,726.19**

---

**3.183** | Nonpriority creditor's name and mailing address

**Medtox Laboratories Inc.**
**P.O. Box 8107**
**Burlington, NC 27216-8107**

Date(s) debt was incurred  **November 2016**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$38.25**

---

**3.184** | Nonpriority creditor's name and mailing address

**Mentor Worldwide LLC**
**15600 Collections Center**
**Chicago, IL 60693**

Date(s) debt was incurred  **March 2014**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$687.00**

---

**3.185** | Nonpriority creditor's name and mailing address

**Mercy Life**
**1936 South Broad Street**
**Philadelphia, PA 19145**

Date(s) debt was incurred  **June 2010**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$11,679.62**

---

**3.186** | Nonpriority creditor's name and mailing address

**Mid-South Telecom, LLC**
**P.O. Box 2044**
**Dept. 4100**
**Memphis, TN 38101**

Date(s) debt was incurred  **August 2015**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$6,836.50**

---

**3.187** | Nonpriority creditor's name and mailing address

**Milestone Healthcare**
**275 W Campbell Rd Suite #300**
**Richardson, TX 75080**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$83,620.00**

---

| Debtor | **North Philadelphia Health System** | Case number (if known) | **16-18931-mdc** |
|---|---|---|---|
| | Name | | |

---

| 3.188 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$11,896.00** |
|---|---|---|---|

**Miller Bros.**
**301 Alan Wood Road**
**Conshohocken, PA 19428**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **August 2015**

**Basis for the claim:** **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$16,656.00** |
|---|---|---|---|

**Mimedx Group, Inc.**
**1775 West Oak Commons Ct Ne**
**Marietta, GA 30062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **July 2015**

**Basis for the claim:** **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$800.00** |
|---|---|---|---|

**Mohammad Sayeed, M.D.**
**201 Foulke Lane**
**Springfield, PA 19064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **December 2016**

**Basis for the claim:** **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$8,200.00** |
|---|---|---|---|

**Monet Medical, Inc.**
**255 West Central Avenue**
**Salt Lake City, UT 84107**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **September 2013**

**Basis for the claim:** **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,806.00** |
|---|---|---|---|

**Morris Systems**
**P.O. Box 6769**
**McKinney, TX 75071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **January 2016**

**Basis for the claim:** **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,000.00** |
|---|---|---|---|

**Morrisey Associates, Inc.**
**222 South Riverside Plaza**
**Chicago, IL 60606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **January 2013**

**Basis for the claim:** **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,673.35** |
|---|---|---|---|

**Mortara Instrument, Inc.**
**7865 North 86th Street**
**Milwaukee, WI 53224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **January 2013**

**Basis for the claim:** **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **North Philadelphia Health System** | Case number (if known) | **16-18931-mdc** |
|---|---|---|---|
| | Name | | |

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,797.46 |
|---|---|---|---|

**Mr. John Paone**
**801 W. Girard Avenue**
**New York, NY 10122**

Date(s) debt was incurred __January 2014__

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $370.00 |
|---|---|---|---|

**Mr. Russell Neugebauer**
**676 N 15th St**
**Philadelphia, PA 19130**

Date(s) debt was incurred __April 2015__

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,461.54 |
|---|---|---|---|

**Mr. Vincent D. Gordon**
**466 Brookfield Road**
**Drexel Hill, PA 19026**

Date(s) debt was incurred __November 2015__

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consulting Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $81,700.00 |
|---|---|---|---|

**Mt. Vernon Partnership**
**228 Leona Avenue**
**Huntingdon Valley, PA 19006**

Date(s) debt was incurred __September 2014__

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consulting Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,387.15 |
|---|---|---|---|

**Musculoskeletal Transplants**
**P.O. Box 415911**
**Boston, MA 02241**

Date(s) debt was incurred __June 2016__

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $519.57 |
|---|---|---|---|

**Musician's Friend Inc.**
**P.O. Box 7479**
**Westlake Village, CA 91359**

Date(s) debt was incurred __August 2016__

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,343.60 |
|---|---|---|---|

**National Union Ins. Co.**
**1319 Locust Street**
**Philadelphia, PA 19107**

Date(s) debt was incurred __November 2016__

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **North Philadelphia Health System** | Case number (*if known*) | **16-18931-mdc** |
|---|---|---|---|
| | Name | | |

---

**3.202** | Nonpriority creditor's name and mailing address

**National Union of Hospital & Healthcare Employees, 1199C**
**1319 Locust Street**
**Philadelphia, PA 19107**

Date(s) debt was incurred  **November 2016**

Last 4 digits of account number  _ _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Union Contract**

Is the claim subject to offset? ☑ No  ☐ Yes

**$5,279.80**

---

**3.203** | Nonpriority creditor's name and mailing address

**NCS Pearson, Inc.**
**13036 Collection Ctr. Dr.**
**Chicago, IL 60693**

Date(s) debt was incurred  **March 2014**

Last 4 digits of account number  _ _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No  ☐ Yes

**$2,574.82**

---

**3.204** | Nonpriority creditor's name and mailing address

**Nelbud Services Group**
**51 Koweba Lane**
**Indianapolis, IN 46201**

Date(s) debt was incurred  **November 2016**

Last 4 digits of account number  _ _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No  ☐ Yes

**$1,364.76**

---

**3.205** | Nonpriority creditor's name and mailing address

**Netsmart Technologies, Inc.**
**P.O. Box 823519**
**Philadelphia, PA 19182-3519**

Date(s) debt was incurred  **October 2015**

Last 4 digits of account number  _ _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No  ☐ Yes

**$52,624.46**

---

**3.206** | Nonpriority creditor's name and mailing address

**Northeast Fence & Iron Works**
**8451 Hegerman Street**
**Philadelphia, PA 19136**

Date(s) debt was incurred  **August 2015**

Last 4 digits of account number  _ _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No  ☐ Yes

**$6,227.00**

---

**3.207** | Nonpriority creditor's name and mailing address

**NPHS Money Purchase Pension Plan**
**801 W. Girard Avenue**
**Philadelphia, PA 19122**

Date(s) debt was incurred  **1990**

Last 4 digits of account number  _ _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Interest Obligations to Pension Plan Frozen in 1995**

Is the claim subject to offset? ☑ No  ☐ Yes

**$1,461,044.00**

---

**3.208** | Nonpriority creditor's name and mailing address

**NPHS Self Insurance Trust**
**801 W. Girard Avenue**
**Attn:  Chief Financial Officer**
**Philadelphia, PA 19122**

Date(s) debt was incurred  **Various Times**

Last 4 digits of account number  _ _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Obligations relating to self insured medical malpractice and general liability claims**

Is the claim subject to offset? ☑ No  ☐ Yes

**$1,650,048.00**

---

| Debtor | **North Philadelphia Health System** | | Case number (if known) | **16-18931-mdc** |
|---|---|---|---|---|
| | Name | | | |

---

**3.209** | Nonpriority creditor's name and mailing address
**Nthrive, Inc.**
P.O. Box 405652
Atlanta, GA 30384-5652

Date(s) debt was incurred  **August 2016**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,400.00**

---

**3.210** | Nonpriority creditor's name and mailing address
**Nutrition Management Services**
2071 Kimberton Rd,
Kimberton, PA 19442

Date(s) debt was incurred  **2015-2016**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Dietary and Environmental Services**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.211** | Nonpriority creditor's name and mailing address
**Office Basic Inc.**
P.O. Box 2230
Marcus Hook, PA 19061

Date(s) debt was incurred  **October 2016**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$10,325.62**

---

**3.212** | Nonpriority creditor's name and mailing address
**Olympus America, Inc.**
P.O. Box 120600
Dallas, TX 75312-0600

Date(s) debt was incurred  **July 2015**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$15,666.48**

---

**3.213** | Nonpriority creditor's name and mailing address
**Optum**
P.O. Box 88050
Chicago, IL 60680-1050

Date(s) debt was incurred  **December 2016**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$94.46**

---

**3.214** | Nonpriority creditor's name and mailing address
**Orkin**
100 Henderson Dr
Bay 103
Sharon Hill, PA 19079-1033

Date(s) debt was incurred  **November 2016**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,947.24**

---

**3.215** | Nonpriority creditor's name and mailing address
**Osiris Therapeutics, Inc.**
P.O. Box 37553
Baltimore, MD 21297-3553

Date(s) debt was incurred  **April 2014**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$16,250.00**

---

Debtor    **North Philadelphia Health System**                                    Case number (if known)    **16-18931-mdc**
_____Name_____

| | | |
|---|---|---|
| 3.216 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |

3.216  **Nonpriority creditor's name and mailing address**

**OT Medical**
**100 Springhouse Drive**
**Suite 108**
**Collegeville, PA 19426**

Date(s) debt was incurred  **March 2015**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.      **$4,775.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.217  **Nonpriority creditor's name and mailing address**

**Otis Elevator Company**
**P.O. Box 13716**
**Newark, NJ 07188-0716**

Date(s) debt was incurred  **May 2015**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.      **$206,084.73**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.218  **Nonpriority creditor's name and mailing address**

**Our Lady of Lourdes Medical Center**
**P.O. Box 822099**
**Philadelphia, PA 19182-2099**

Date(s) debt was incurred  **June 2012**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.      **$1,500.00**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.219  **Nonpriority creditor's name and mailing address**

**P.M. Associates**
**714 N. Bethlehem Place**
**Suite 302**
**Ambler, PA 19002**

Date(s) debt was incurred  **July 2013**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.      **$2,050.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.220  **Nonpriority creditor's name and mailing address**

**PAC Industries Inc**
**5341 Jaycee Avenue**
**Suite 200**
**Harrisburg, PA 17112**

Date(s) debt was incurred  **June 2016**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.      **$415.06**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.221  **Nonpriority creditor's name and mailing address**

**Pacific Telemanagement Service**
**2001 Crow Canyon Rd**
**Ste 200**
**San Ramon, CA 94583**

Date(s) debt was incurred  **December 2016**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.      **$144.24**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.222  **Nonpriority creditor's name and mailing address**

**Paetec**
**P.O. Box 9001111**
**Louisville, KY 40290-1111**

Date(s) debt was incurred  **December 2016**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.      **$877.05**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **North Philadelphia Health System**                  Case number (if known)   **16-18931-mdc**
         Name

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,955.00 |

Parts Source Inc.
P.O. Box 645186
Cincinnati, OH 45264-5185

Date(s) debt was incurred **August 2015**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $59,555.55 |

Paths LLC
9 Executive Campus
Cherry Hill, NJ 08002

Date(s) debt was incurred **January 2013**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $578.60 |

Patterson Medical
Sammons Preston
P.O. Box 93040
Chicago, IL 60673

Date(s) debt was incurred **September 2014**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $950.00 |

Paul Rabinowitz Glass Company
1401-15 N American St.
Philadelphia, PA 19122

Date(s) debt was incurred **December 2016**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $669,126.33 |

PECO
2301 Market Street
Attn: Romelle Johnson, Credit Specialist
Philadelphia, PA 19103

Date(s) debt was incurred **October 2015**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Electric Utility Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,500.00 |

Pennoni
P.O. Box 827328
Philadelphia, PA 19182

Date(s) debt was incurred **September 2015**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,715.00 |

Pennsylvania Osteopathic Association
1330 Eisenhower Blvd
Harrisburg, PA 17111-2319

Date(s) debt was incurred **March 2015**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Professional Association**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **North Philadelphia Health System** | Case number (if known) | **16-18931-mdc** |
|---|---|---|---|
| | Name | | |

---

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,460.00 |
|---|---|---|---|

**Pentec Health Inc.**
Attn:  Ms. Erma J. Lloyd
PO Box 673660
Detroit, MI 48267

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **January 2014**

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,722.82 |
|---|---|---|---|

**Pharmedium Services, LLC**
39797 Treasury Center
Chicago, IL 60694

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **February 2015**

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $800.00 |
|---|---|---|---|

**Phila Medical Billing Inc.**
PO Box 1628
Horsham, PA 19044-6628

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Philadelphia HFMA Paths, LLC**
9 Executive Campus
Cherry Hill, NJ 08002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **November 2013**

Basis for the claim:  **Professional Association**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $86,052.74 |
|---|---|---|---|

**Philips Healthcare**
PO Box 100355
Atlanta, GA 30384-0355

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **August 2015**

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,521.42 |
|---|---|---|---|

**Pitney Bowes Global Financial Services**
PO Box 371887
Pittsburgh, PA 15250

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **April 2014**

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**Podiatry Residence Resource Inc.**
445 Filmore Street
San Francisco, CA 94117

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **August 2015**

Basis for the claim:  **Professional Association**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **North Philadelphia Health System** | Case number (if known) | **16-18931-mdc** |
|---|---|---|---|
| | Name | | |

---

| 3.237 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,200.00** |

**Pogos H. Voskanian, M.D.**
**1889 Nicholas Drive**
**Huntingdon Valley, PA 19006**

Date(s) debt was incurred  **July 2016**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Professional Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,997.90** |

**Praxair Distribution Mid-Atlantic**
**PO Box 382000**
**Pittsburgh, PA 15250**

Date(s) debt was incurred  **November 2015**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,781.50** |

**Preferred Medical Transport**
**151 Discovery Drive**
**Suite 108**
**Colmar, PA 18915**

Date(s) debt was incurred  **September 2016**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$51,602.66** |

**Premier Healthcare**
**5882 Collections Center Drive**
**Chicago, IL 60693**

Date(s) debt was incurred  **March 2016**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,600.00** |

**Present Podiatry E-Learning Systems**
**Attn:  Michael Shore, DPM**
**5301 N. Federal Hwy.**
**Boca Raton, FL 33487**

Date(s) debt was incurred  **April 2014**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Professional Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$323.40** |

**PRS**
**PO Box 415000**
**Nashville, TN 37241**

Date(s) debt was incurred  **April 2015**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$550.00** |

**Psyc-Careers/Boxwood Tech**
**113500 McCormick Road**
**Executive Plaza III**
**Philadelphia, PA 19106**

Date(s) debt was incurred  **July 2013**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **North Philadelphia Health System** | Case number (if known) | **16-18931-mdc** |
|---|---|---|---|
| | Name | | |

---

**3.244** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$201.95**

**Purchase Power**
PO Box 371874
Pittsburgh, PA 15250-7874

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **December 2016**

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.245** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,791.70**

**Quantum, Inc.**
240 South 9th Street
Philadelphia, PA 19107

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **December 2014**

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.246** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$33,196.26**

**Quest Diagnostics**
PO Box 828669
Philadelphia, PA 19182-8669

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **January 2016**

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.247** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,288.00**

**R.A.M.M. Inc.**
15 Union Hill Road
Suite 100
Conshohocken, PA 19428

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **November 2016**

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.248** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,200.00**

**Ralph H. Colflesh, Jr., Esquire**
13 Michener Pl.
Marlton, NJ 08053

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **October 2013**

Basis for the claim:  **Arbitration Legal Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.249** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$229.00**

**RC Medical Inc.**
284 Merrow Road
PO Box 833
Tolland, CT 06084

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **May 2014**

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.250** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$526.80**

**Ready Refresh By Nestle**
PO Box 856192
Louisville, KY 40285

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **December 2016**

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **North Philadelphia Health System** | Case number (if known) | **16-18931-mdc** |
|---|---|---|---|
| | Name | | |

| 3.251 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,920.34** |
|---|---|---|---|

**Reclamere**
**905 Pennsylvania**
**Tyrone, PA 16686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **December 2015**

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30.00** |
|---|---|---|---|

**Relayhealth, Inc.**
**PO Box 403421**
**Atlanta, GA 30384-3421**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **February 2015**

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,608.50** |
|---|---|---|---|

**Research & Marking Strategies, Inc.**
**15 E. Genesee Street**
**Suite 210**
**Baldwinsville, NY 13027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **December 2015**

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Respitech Medical Inc.**
**250 Ranck Avenue**
**Lancaster, PA 17602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **April 2014**

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Retreat at Lancaster County**
**1170 South State Street**
**Ephrata, PA 17522**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **August 2016**

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,805.00** |
|---|---|---|---|

**Richard Weyler, M.D.**
**320 Walnut Street**
**Apt. G3**
**Philadelphia, PA 19106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **October 2016**

Basis for the claim:  **Professional Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$97,185.95** |
|---|---|---|---|

**Ricoh Americas Corp.**
**P.O. Box 827577**
**Philadelphia, PA 19182**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **March 2016**

Basis for the claim:  **Rental Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **North Philadelphia Health System**

Name

Case number (if known)    **16-18931-mdc**

| | | |
|---|---|---|
| 3.258 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$1,500.00** |

**Riddle Hospital**
P.O. Box 8500-1242
Philadelphia, PA 19178-1242

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **April 2015**

**Basis for the claim:**   **Trade debt**

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.259 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$147.00** |

**Riehs Florist**
1020 N. 5th Street
Philadelphia, PA 19123

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred   **March 2012**

**Basis for the claim:**   **Trade debt**

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.260 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$2,000.00** |

**Rittenhouse Imaging**
101 Greenwood Avenue
Jenkintown, PA 19046

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **February 2016**

**Basis for the claim:**   **Professional Services**

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.261 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$2,287.36** |

**Roche Diagnostics Corp.**
Mail Code 5508
P.O. Box 10546
Atlanta, GA 30348-5046

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **Octobeer 2016**

**Basis for the claim:**   **Trade debt**

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.262 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$558.18** |

**Roto-Rooter Services, Co.**
5272 Collections Center Drive
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **March 2015**

**Basis for the claim:**   **Trade debt**

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.263 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$472,595.00** |

**Royal Bank America Leasing L.P.**
550 Township Line Road, Suite 425
Attn: Keith A. Brinks, Managing Partner
Blue Bell, PA 19422

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred   **2015**

**Basis for the claim:**   **Lease Obligations**

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.264 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$758.20** |

**RR Donnelley**
P.O. Box 538602
Atlanta, GA 30353

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **January 2016**

**Basis for the claim:**   **Trade debt**

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **North Philadelphia Health System** | Case number (if known) | **16-18931-mdc** |
|---|---|---|---|
| | Name | | |

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,500.00** |
|---|---|---|---|

**S.R. Wojdak & Associates**
**200 South Broad Street**
**Suite 850**
**Philadelphia, PA 19102**

Date(s) debt was incurred **June 2015**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consulting Services**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,875.00** |
|---|---|---|---|

**Sage**
**506 Deanne Lane**
**Charleston, SC 29492**

Date(s) debt was incurred **December 2015**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$228.32** |
|---|---|---|---|

**School Specialty, Inc.**
**32656  Collection Center Drive**
**Chicago, IL 60693-0326**

Date(s) debt was incurred **November 2014**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,373.06** |
|---|---|---|---|

**Select Biomedical**
**7275 Bush Lake Road**
**Minneapolis, MN 55439**

Date(s) debt was incurred **June 2014**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,466.25** |
|---|---|---|---|

**Sepe Inc**
**245 Fisher Ave**
**C-4**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **October 2015**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,192.57** |
|---|---|---|---|

**Shamrock Scientific Specialty Systems, I**
**34 Davis Drive**
**P.O. Box 143**
**Bensenville, IL 60105**

Date(s) debt was incurred **January 2016**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,537.36** |
|---|---|---|---|

**Siemens Financial Service**
**P.O. Box 2083**
**Carol Stream, IL 60132**

Date(s) debt was incurred **February 2016**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **North Philadelphia Health System** | Case number (if known) | **16-18931-mdc** |
|---|---|---|---|
| | Name | | |

---

**3.272** | Nonpriority creditor's name and mailing address
**Siemens Industry, Inc.**
P.O. Box 2134
Carol Stream, IL 60132-2134

Date(s) debt was incurred  **December 2015**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

**$4,615.00**

---

**3.273** | Nonpriority creditor's name and mailing address
**Simplex Grinnell**
283 Gilbraltar Road
Horsham, PA 19044

Date(s) debt was incurred  **December 2014**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$63,135.98**

---

**3.274** | Nonpriority creditor's name and mailing address
**Sinclair Exterminating Inc.**
P.O. Box 1206
Chadds Ford, PA 19317

Date(s) debt was incurred  **September 2014**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,650.00**

---

**3.275** | Nonpriority creditor's name and mailing address
**Smith & Nephew**
Credit Dept
150 Minuteman Rd
Andover, MA 01810

Date(s) debt was incurred  **June 2015**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$5,355.21**

---

**3.276** | Nonpriority creditor's name and mailing address
**Southern Computer Warehouse**
P.O. Box 538035
Atlanta, GA 30353-8035

Date(s) debt was incurred  **May 2015**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

**$3,001.00**

---

**3.277** | Nonpriority creditor's name and mailing address
**Southwest Consulting Associates**
2805 Dallas Parkway
Suite 620
Plano, TX 75093

Date(s) debt was incurred  **August 2016**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Professional Services**

Is the claim subject to offset? ■ No ☐ Yes

**$132,482.00**

---

**3.278** | Nonpriority creditor's name and mailing address
**Spok, Inc.**
P.O. Box 660324
Dallas, TX 75266

Date(s) debt was incurred  **December 2016**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,399.38**

---

| Debtor | **North Philadelphia Health System** | Case number (if known) | **16-18931-mdc** |
| --- | --- | --- | --- |
| | Name | | |

| 3.279 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $879.54 |
| --- | --- | --- | --- |

**Sprint**
P.O. Box 4181
**Carol Stream, IL 60197**

Date(s) debt was incurred  **MARCH 2015**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.280 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,395.00 |
| --- | --- | --- | --- |

**St Jude Medical**
**22400 Network Place**
**Chicago, IL 60673-1224**

Date(s) debt was incurred  **August 2013**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.281 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,415.90 |
| --- | --- | --- | --- |

**Staff Care Inc.**
P.O. Box 281923
**Atlanta, GA 30384-1923**

Date(s) debt was incurred  **October 2015**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.282 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
| --- | --- | --- | --- |

**State Collections Service Inc**
**2509 S. Stoughton Road**
**Madison, WI 53716**

Date(s) debt was incurred  **October 2014**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Collection Agency**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.283 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,400.00 |
| --- | --- | --- | --- |

**Stellen Medical**
**1290 Hammond Road**
**Saint Paul, MN 55110**

Date(s) debt was incurred  **October 2014**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.284 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,207.01 |
| --- | --- | --- | --- |

**Stericycle**
**2850 100th Court NE**
**Carol Stream, IL 60197**

Date(s) debt was incurred  **November 2015**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.285 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,107.20 |
| --- | --- | --- | --- |

**Stericycle Specialty Waste Solution Inc.**
**2850 100th Court NE**
**Saginaw, MN 55779**

Date(s) debt was incurred  **March 2016**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **North Philadelphia Health System**
Name

Case number (if known)    **16-18931-mdc**

| 3.286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,561.79 |
|---|---|---|---|

**Steris Corp.**
P.O. Box 644063
Pittsburgh, PA 15264

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **October 2016**

Basis for the claim:  **Trade debt**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $320.00 |
|---|---|---|---|

**STFM**
11400 Tomahawk Creek Pkwy
Leawood, KS 66211

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **November 2013**

Basis for the claim:  **Trade debt**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,920.00 |
|---|---|---|---|

**Stryker Orthopedics**
P.O. Box 93213
Chicago, IL 60603

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **August 2015**

Basis for the claim:  **Trade debt**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,734.84 |
|---|---|---|---|

**Sysmex America Inc.**
39923 Treasury Center
Chicago, IL 60694-9900

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **September 2012**

Basis for the claim:  **Trade debt**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**Taffaro Marketing Group**
705 Hedrick Street
Salisbury, NC 28144

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **August 2013**

Basis for the claim:  **Trade debt**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,672.59 |
|---|---|---|---|

**TEI Medical**
Accts Rec Suite 4900
1000 Winter Street
Waltham, MA 02451

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **March 2015**

Basis for the claim:  **Trade debt**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80,449.09 |
|---|---|---|---|

**Temple University Hospital**
Broad & Ontario Sts.
Philadelphia, PA 19140

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **September 2014**

Basis for the claim:  **Trade debt**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **North Philadelphia Health System** | Case number (if known) | **16-18931-mdc** |
|---|---|---|---|
| | Name | | |

---

**3.293**

**Nonpriority creditor's name and mailing address**

**Temptime Corp**
**P.O. Box 28744**
**New York, NY 10087**

**Date(s) debt was incurred** __June 2015__

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

**Is the claim subject to offset?** ■ No  ☐ Yes

$315.59

---

**3.294**

**Nonpriority creditor's name and mailing address**

**The Automated Office**
**9 Executive Campus**
**Cherry Hill, NJ 08002**

**Date(s) debt was incurred** __October 2016__

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

**Is the claim subject to offset?** ■ No  ☐ Yes

$2,179.20

---

**3.295**

**Nonpriority creditor's name and mailing address**

**The Hospital & Healthsystem Association**
**P.O. Box 3344**
**Harrisburg, PA 17105-3344**

**Date(s) debt was incurred** __May 2014__

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __Trade Association__

**Is the claim subject to offset?** ■ No  ☐ Yes

Unknown

---

**3.296**

**Nonpriority creditor's name and mailing address**

**The Hospitals & Higher Education**
**Authority of Philadelphia**
**1800 John F. Kennedy Blvd, Suite 1800**
**Attn: James P. Baker, President**
**Philadelphia, PA 19103**

**Date(s) debt was incurred** __1997__

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __Bond Issuance Services__

**Is the claim subject to offset?** ■ No  ☐ Yes

$104,871.00

---

**3.297**

**Nonpriority creditor's name and mailing address**

**The Poison Control Center**
**34th Street & Civic Center Blvd.**
**Philadelphia, PA 19104-4399**

**Date(s) debt was incurred** __October 2015__

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

**Is the claim subject to offset?** ■ No  ☐ Yes

$2,100.00

---

**3.298**

**Nonpriority creditor's name and mailing address**

**The Veteran Journal, Inc.**
**11024 Balboa Blvd**
**Suite 417**
**Granada Hills, CA 91344**

**Date(s) debt was incurred** __October 2013__

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

**Is the claim subject to offset?** ■ No  ☐ Yes

$295.00

---

**3.299**

**Nonpriority creditor's name and mailing address**

**Thomas Jefferson University Hospital**
**129 South 9th Street**
**Philadelphia, PA 19107**

**Date(s) debt was incurred** __December 2013__

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

**Is the claim subject to offset?** ■ No  ☐ Yes

$3,750.00

---

| Debtor | **North Philadelphia Health System** | Case number (if known) | **16-18931-mdc** |
| --- | --- | --- | --- |
| | Name | | |

---

| 3.300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,830.00 |
| --- | --- | --- | --- |

**Time & Parking Controls**
**7716 West Chester Pike**
**Upper Darby, PA 19082**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **July 2011**

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $205.91 |
| --- | --- | --- | --- |

**TPS IV of PA LLC**
**230 N Broad Street**
**Philadelphia, PA 19102-1121**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **November 2011**

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,861.92 |
| --- | --- | --- | --- |

**United Healthcare Insurance Company**
**P.O. Box 101760**
**Atlanta, GA 30392**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **October 2016**

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,544.82 |
| --- | --- | --- | --- |

**United Rentals, Inc.**
**P.O. Box 100711**
**Atlanta, GA 30384-0711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **October 2016**

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,330.00 |
| --- | --- | --- | --- |

**Universal Hospital Services, Inc.**
**P.O. Box 851313**
**Minneapolis, MN 55485-1313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Mrch 2016**

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
| --- | --- | --- | --- |

**University of Pennsylvania Health System**
**HUP Patient Pay**
**P.O. Box 824336**
**Philadelphia, PA 19182**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **March 2016**

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,407.00 |
| --- | --- | --- | --- |

**UNUM**
**P.O. Box 406946**
**Atlanta, GA 30384-6946**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **November 2016**

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **North Philadelphia Health System** | Case number (if known) | **16-18931-mdc** |
|---|---|---|---|
| | Name | | |

| 3.307 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,000.00** |
|---|---|---|---|

**US Bank**
**CM-9690**
**Saint Paul, MN 55170-9690**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **July 2016**

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.308 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$252.08** |
|---|---|---|---|

**Verizon**
**P.O. Box 4832**
**Trenton, NJ 08650-4832**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **December 2016**

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.309 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$263,791.94** |
|---|---|---|---|

**Verizon I**
**P.O. Box 15124**
**Albany, NY 12212-5124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **May 2016**

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.310 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,604.10** |
|---|---|---|---|

**Verizon Wireless**
**PO Box 660108**
**Dallas, TX 75266-0108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **December 2016**

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.311 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,500.00** |
|---|---|---|---|

**Virtua Health**
**P.O. Box 8500-8267**
**Philadelphia, PA 19187-8267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **April 2015**

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.312 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,206.95** |
|---|---|---|---|

**Vorizon Labs**
**P.O. Box 362**
**Callicoon Center, NY 12724**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **September 2013**

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.313 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,845.43** |
|---|---|---|---|

**VWR International LLC**
**P.O. Box 640169**
**Pittsburgh, PA 15264**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred  **February 2014**

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

| Debtor | **North Philadelphia Health System** | Case number (if known) | **16-18931-mdc** |
|---|---|---|---|
| | Name | | |

---

**3.314**

**Nonpriority creditor's name and mailing address**

**W.L. Gore & Associates, Inc.**
**P.O. Box 751331**
**Charlotte, NC 28275**

Date(s) debt was incurred  **October 2013**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$575.00**

---

**3.315**

**Nonpriority creditor's name and mailing address**

**Walker Communications**
**7901 Henry Avenue**
**Apt. B505**
**Philadelphia, PA 19128**

Date(s) debt was incurred  **September 2016**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consulting Services**

Is the claim subject to offset? ■ No ☐ Yes

**$17,200.00**

---

**3.316**

**Nonpriority creditor's name and mailing address**

**Walter DeTreux, Esquire**
**P.O. Box 11567**
**Philadelphia, PA 19116**

Date(s) debt was incurred  **September 2015**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal Services Arbitration**

Is the claim subject to offset? ■ No ☐ Yes

**$1,850.00**

---

**3.317**

**Nonpriority creditor's name and mailing address**

**Wanda Hall**
**c/o  Robert A. Gelinas, Esquire**
**22 S 18th Street**
**Philadelphia, PA 19103**

Date(s) debt was incurred  **2014**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Premises Liability**

Is the claim subject to offset? ■ No ☐ Yes

**$130,000.00**

---

**3.318**

**Nonpriority creditor's name and mailing address**

**Wasserstrom Co.**
**477 S. Front Street**
**Columbus, OH 43215**

Date(s) debt was incurred  **February 2012**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$5,239.50**

---

**3.319**

**Nonpriority creditor's name and mailing address**

**Waste Management of Philadelphia-South**
**P.O. Box 13648**
**Philadelphia, PA 19101-3648**

Date(s) debt was incurred  **December 2016**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$4,963.09**

---

**3.320**

**Nonpriority creditor's name and mailing address**

**Wayman Fire Protection, Inc.**
**403 Meco Drive**
**Wilmington, DE 19804**

Date(s) debt was incurred  **October 2016**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$21,791.00**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **North Philadelphia Health System** | Case number (*if known*) | **16-18931-mdc** |
|---|---|---|---|
| | Name | | |

| 3.321 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$128,772.00** |
|---|---|---|---|

**Wellsoft**
**27 World's Fair Drive**
**Somerset, NJ 08873**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **February 2013**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.322 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,196.12** |
|---|---|---|---|

**Werfen USA LLC**
**P.O. Box 347934**
**Pittsburgh, PA 15251-4934**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **January 2016**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.323 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$305.64** |
|---|---|---|---|

**William Laboratories, Inc.**
**5 Anngina Drive**
**Unit B**
**Enfield, CT 06082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **July 2013**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.324 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,120.00** |
|---|---|---|---|

**Wright Medical Technology, Inc.**
**P.O. Box 503482**
**Saint Louis, MO 63150-3482**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **September 2015**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 46,359.08 |
| **5b. Total claims from Part 2** | 5b. + | $ 28,926,174.77 |
| **5c. Total of Parts 1 and 2**<br>    Lines 5a + 5b = 5c. | 5c. | $ 28,972,533.85 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy