**Fill in this information to identify the case:**

Debtor name  North Philadelphia Health System

United States Bankruptcy Court for the: Eastern District    District of Pennsylvania
(State)

Case number (If known): 16-18931 (MDC)

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                    12/15

### Part 1:  Summary of Assets

1. *Schedule A/B: Assets—Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B* ............................................................................................................  $ 37,507,000.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................................................  $ 12,295,137.61

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B* ............................................................................................................  $ 49,802,137.61

### Part 2:  Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ...............  $ 16,780,186.61

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................  $ 46,359.08

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* .............................  + $ 28,926,174.77

4. **Total liabilities**.................................................................................................................................  $ 28,972,533.85
    Lines 2 + 3a + 3b