**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **North Philadelphia Health System** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known) | **16-18931-mdc** |

☐ Check if this is an amended filing

Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases        12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement for NPHS Chief Medical Officer** | |
| | State the term remaining | **August 2017** | **A. Scott McNeal, D.O.**<br>**134 Spring Road**<br>**King of Prussia, PA 19406** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of security and surveillance systems at NPHS facilities** | |
| | State the term remaining | **Lease ending December 2019** | **Access Systems Integration**<br>**1 Industrial Way W**<br>**Attn: Andrew Benson, Project Manager**<br>**Eatontown, NJ 07724** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Payroll Services** | |
| | State the term remaining | **Month to Month** | **ADP**<br>**5800 Windard Parkway**<br>**Alpharetta, GA 30005** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Printing services** | |
| | State the term remaining | **Ending July 31, 2018** | **AE Litho**<br>**450 Broad St**<br>**Beverly, NJ 08010** |
| | List the contract number of any government contract | | |

| Debtor 1 | **North Philadelphia Health System** | | Case number *(if known)* | **16-18931-mdc** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of equipment and supplies for pharmaceutical dosing** | |
| | State the term remaining | **Lease ending March 2020** | **Aeysent Incorporated**<br>**500 Cranberry Woods**<br>**Cranberry Twp, PA 16066** |
| | List the contract number of any government contract | | |
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance brokerage and risk management services** | |
| | State the term remaining | **Contract ending July 1, 2018** | **Aon Risk Services**<br>**One Libert Place**<br>**1650 Market Street, Suite 100**<br>**Philadelphia, PA 19103** |
| | List the contract number of any government contract | | |
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Laboratory services for GMC behavioral programs** | |
| | State the term remaining | **Ending March 1, 2017** | **Atlantic Diagnostic Laboratories**<br>**3520 Progress Drive**<br>**Bensalem, PA 19020** |
| | List the contract number of any government contract | | |
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Staffing service for temporary behavioral program workers** | |
| | State the term remaining | **Month to Month** | **Axion LLC**<br>**1430 Broadway**<br>**New York, NY 10018** |
| | List the contract number of any government contract | | |
| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Laboratory reagent purchase and equipment lease for closed hospital operations** | |
| | State the term remaining | **Terminated** | **Beckman Coulter, Inc.**<br>**250 South Brea Boulevard**<br>**Brea, CA 92822-8000** |
| | List the contract number of any government contract | | |
| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Vehicle Leases** | |
| | State the term remaining | **Leases ending September 2018** | **Cab East, LLC**<br>**c/o Gershman Law Offices**<br>**610 York Road, Suite 200**<br>**Jenkintown, PA 19046** |

| Debtor 1 | North Philadelphia Health System | | Case number (*if known*) | 16-18931-mdc |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | List the contract number of any government contract | | |
|---|---|---|---|
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement for Separation of Employment, July 2015, former CEO of St. Joseph's Hospital; payments ceased at December 30, 2016** | |
|  | State the term remaining | **August 2017** | **Catherine E. Kutzler** |
|  | List the contract number of any government contract | | **1416 Pepper Road** |
|  |  |  | **Jenkintown, PA 19046** |
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of OR equipment at former St. Joseph's Hospital** | |
|  | State the term remaining | **Lease ending January 2019** | **CHG-Meridian USA Corp** |
|  | List the contract number of any government contract | | **260 N Charles Lindbergh Drive** |
|  |  |  | **NJ 08416** |
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of two floors at NPHS Tower Bldg to CATCH as tenant** | |
|  | State the term remaining | **Lease ending October 1, 2017** | **Citizens Acting Together Can Help, Inc.** |
|  |  |  | **CATCH** |
|  | List the contract number of any government contract | | **1409-11 Lombard St** |
|  |  |  | **Philadelphia, PA 19146** |
| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Various Provider Agreements for the GMC Behavioral Programs** | |
|  | State the term remaining | **Ending July 2017** | **City of Philadelphia** |
|  |  |  | **Dept. of Behavioral Health** |
|  | List the contract number of any government contract | | **110 Market Street, 10th Floor** |
|  |  |  | **Philadelphia, PA 19107** |
| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Provider agreement for behavioral medical services to medicaid beneficiaries** | |
|  | State the term remaining | **Contract ending January 1, 2018** | **Community Behavioral Health** |
|  |  |  | **801 Market Street** |
|  | List the contract number of any government contract | | **7th Floor** |
|  |  |  | **Philadelphia, PA 19107** |

| Debtor 1 | North Philadelphia Health System | | Case number (*if known*) | 16-18931-mdc |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Termination of Employment Status Agreement for NPHS incumbent Chairman at December 30, 2016; no payments have been made.** | |
|---|---|---|---|
| | State the term remaining | **January 2018** | **Dominic A. Sabatini**<br>**7710 Orpheus Place**<br>**Philadelphia, PA 19153** |
| | List the contract number of any government contract | | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **NPHS employs five psychiatrists under annual employment agreements** | |
|---|---|---|---|
| | State the term remaining | **Various Year to Year** | **Employed Psychiatrist Agreements**<br>**801 W. Girard Avenue**<br>**Philadelphia, PA 19122** |
| | List the contract number of any government contract | | |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **NPHS maintains agreements with Independence Blue Cross, Concordia United, UNUM and other providers and service companies for employee benefit plans** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **Employee Health Insurance Programs** |
| | List the contract number of any government contract | | |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Patient linens and staff scrubs provider/laundry service** | |
|---|---|---|---|
| | State the term remaining | **Ending January 2018** | **FDR Services Corp.**<br>**44 Newmans Court**<br>**Hempstead, NY 11550** |
| | List the contract number of any government contract | | |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Executive Employment and Severance Agreement for NPHS President & CEO** | |
|---|---|---|---|
| | State the term remaining | **Ending July 2018** | **George J. Walmsley III**<br>**29 South Long Point Lane**<br>**Rose Valley, PA 19063** |
| | List the contract number of any government contract | | |

| Debtor 1 | North Philadelphia Health System | | Case number *(if known)* | **16-18931-mdc** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement for Separation of Employment for NPHS Chief Financial Officer March 2019** | |
| | State the term remaining | | **Margaret A. Boemmel**<br>**14318 Bensworth Way**<br>**Glenelg, MD 21737** |
| | List the contract number of any government contract | | |
| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Billing services** | |
| | State the term remaining | **August to August annual term** | **Medassets Inc.**<br>**P.O. Box 405652**<br>**Atlanta, GA 30384-5652** |
| | List the contract number of any government contract | | |
| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Electronic Health Records and Integrated General Ledger Platform System** | |
| | State the term remaining | **May 2018** | **Medhost**<br>**6550 Carothers Pkwy #160**<br>**Attn: Kenneth D. Misch, CFO**<br>**Franklin, TN 37067** |
| | List the contract number of any government contract | | |
| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Mobile x-ray and ultrasound services** | |
| | State the term remaining | **Ending June 2018** | **MobilexUSA**<br>**101 Rock Road**<br>**Horsham, PA 19044** |
| | List the contract number of any government contract | | |
| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Behavioral software systems** | |
| | State the term remaining | **Month to Month** | **Netsmart Technologies, Inc.**<br>**P.O. Box 823519**<br>**Philadelphia, PA 19182-3519** |
| | List the contract number of any government contract | | |
| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Dietary and Housecleaning Services for GMC patients and facilities** | |
| | State the term remaining | **Ending July 2018** | **Nutrition Management Services**<br>**2071 Kimberton Road**<br>**Kimberton, PA** |
| | List the contract number of any | | |

| Debtor 1 | **North Philadelphia Health System** | | Case number (*if known*) | **16-18931-mdc** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| | | | |
|---|---|---|---|
| | government contract | | |
| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Leases for equipment at former St. Joseph's Hospital** | |
| | State the term remaining | **Ending January 2019** | **Olympus America, Inc.**<br>**P.O. Box 120600**<br>**Dallas, TX 75312-0600** |
| | List the contract number of any government contract | | |
| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement for City of Philadelphia payment for uninsured behavioral clients** | |
| | State the term remaining | **Ending July 2017** | **PMHCC, Inc.**<br>**123 S. Broad Street**<br>**23rd Floor**<br>**Philadelphia, PA 19109** |
| | List the contract number of any government contract | | |
| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Ambulance and van services to GMC behavioral programs** | |
| | State the term remaining | **Ending September 2017** | **Preferred Medical Transport**<br>**151 Discovery Drive**<br>**Suite 108**<br>**Colmar, PA 18915** |
| | List the contract number of any government contract | | |
| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of copiers/scanners** | |
| | State the term remaining | **Lease ending November 2019** | **Ricoh Americas Corp.**<br>**P.O. Box 827577**<br>**Philadelphia, PA 19182** |
| | List the contract number of any government contract | | |
| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Leases of computer equipment and software** | |
| | State the term remaining | **Lease ending March 2020** | **Royal Bank America Leasing L.P.**<br>**550 Township Line Road, Suite 425**<br>**Attn: Keith A. Brinks, Managing Partner**<br>**Blue Bell, PA 19422** |
| | List the contract number of any government contract | | |
| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Bio-waste disposal service agreement** | **Stericycle**<br>**2850 100th Court NE**<br>**Carol Stream, IL 60197** |

| Debtor 1 | **North Philadelphia Health System** | Case number *(if known)* | **16-18931-mdc** |
|---|---|---|---|
| | First Name     Middle Name     Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| | State the term remaining | **Ending October 2017** | |
| | List the contract number of any government contract | | |
| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Leases for NPHS facilities services pickup trucks, security guard vehicles, patient vans and other cars** | |
| | State the term remaining | **Various Terms** | |
| | List the contract number of any government contract | | **Vehicle Leases** |
| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Phone system services** | |
| | State the term remaining | **Ending October 2019** | **Verizon Business Network Systems, Inc. One Verizon Way Basking Ridge, NJ 07920** |
| | List the contract number of any government contract | | |
| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Fire protection system inspection and maintenance services** | |
| | State the term remaining | **Ending January 2020** | **Wayman Fire Protection, Inc. 403 Meco Drive Wilmington, DE 19804** |
| | List the contract number of any government contract | | |