**Fill in this information to identify the case:**

Debtor name      **North Philadelphia Health System**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)    **16-18931-mdc**

☐ Check if this is an amended filing

# Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy      **04/16**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**    Income

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **7/01/2016** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $21,731,703.00 |
| **For prior year:**<br>From  **7/01/2015** to  **6/30/2016** | ■ Operating a business<br>☐ Other _____ | $88,686,399.00 |
| **For year before that:**<br>From  **7/01/2014** to  **6/30/2015** | ■ Operating a business<br>☐ Other _____ | $105,588,104.00 |

2.  **Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **7/01/2016** to **Filing Date** | **Rents and Charitable Endowment Income** | $381,024.00 |
| **For prior year:**<br>From  **7/01/2015** to  **6/30/2016** | **Rents and Charitable Endowment Income** | $956,774.00 |
| **For year before that:**<br>From  **7/01/2014** to  **6/30/2015** | **Rents and Charitable Endowment Income** | $956,774.00 |

**Part 2:**    List Certain Transfers Made Before Filing for Bankruptcy

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

| Debtor | **North Philadelphia Health System** | Case number *(if known)* | **16-18931-mdc** |
|---|---|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.    **See Check Registers - Attachment One** | | **$0.00** | ■ Secured debt<br>■ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>■ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**

   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None.

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.    **See Attachment Two Schedules of Litigation in Federal, Philadelphia County and Other Jurisdictions.** | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**

| Debtor | **North Philadelphia Health System** | Case number *(if known)* | **16-18931-mdc** |
|---|---|---|---|

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Dilworth Paxson, LLP**<br>**1500 Market Street**<br>**Suite 3500E**<br>**Philadelphia, PA 19102** | **Retainer** | **December 2016** | **$50,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include

Debtor    **North Philadelphia Health System**                    Case number *(if known)* **16-18931-mdc**

both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **1524 W. Girard Avenue Philadelphia, PA 19130** | **September 1997 to July 2015** |

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ☐ No. Go to Part 9.
   ■ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | **Girard Medical Center 801 W. Girard Avenue Philadelphia, PA 19122** | **Behavioral Medical Facilities** | **Approximately 1,000 inpatients/outpatients per day** |
| | | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. **Same** | **How are records kept?** *Check all that apply:* ■ Electronically ☐ Paper |

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ☐ No.
   ■ Yes. State the nature of the information collected and retained.

   **Patient healthcare information and patient names, addresses, social security numbers and telephone numbers**

   Does the debtor have a privacy policy about that information?
   ☐ No
   ■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ☐ No. Go to Part 10.
   ■ Yes. Does the debtor serve as plan administrator?

| Debtor | North Philadelphia Health System | Case number *(if known)* | 16-18931-mdc |

☐ No Go to Part 10.

■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
| North Philadelphia Health System 403(b) Sponsored Plan | EIN: None |

Has the plan been terminated?

■ No

☐ Yes

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **North Philadelphia Health System**                    Case number *(if known)* **16-18931-mdc**

---

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☐ No.
☒ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| **PA DEP Underground Storage Tank Insurance Fund (USTIF) Claim and Remediation**<br>**USTIF Claim No. 1994-044** | | **The State insured an underground oil tank which leaked in 1994.**<br>**The State has since that time conducted, and paid for, all necessary remediation which continues to date.** | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

---

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☐ No.
☒ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| **See Answer to Question 22.** | | | |

---

**Part 13:** Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Marcum LLP**<br>**1600 Market Street**<br>**32nd Floor**<br>**Philadelphia, PA 19103** | **All relevant periods.** |
| 26a.2. | **Margaret A. Boemmel, NPHS CFO**<br>**801 W. Girard Avenue**<br>**Philadelphia, PA 19122** | **All relevant periods.** |

---

| Debtor | **North Philadelphia Health System** | Case number *(if known)* **16-18931-mdc** |
|--------|--------------------------------------|-------------------------------------------|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|------------------|-------------------------|
| 26b.1. **Marcum LLP** **1600 Market Street** **32nd Floor** **Philadelphia, PA 19103** | **All relevant periods.** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|------------------|------------------------------------------------------------------|
| 26c.1. **Marcum LLP** **1600 Market Street** **32nd Floor** **Philadelphia, PA 19103** | |
| 26c.2. **Margaret A. Boemmel, NPHS CFO** **801 W. Girard Avenue** **Philadelphia, PA 19122** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|------------------|
| 26d.1. **NPHS Secured Creditors** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---------------------------------------------------------------|-------------------|------------------------------------------------------------------------------|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| **See January 2017 Board of Director List** | | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

Debtor   **North Philadelphia Health System**                        Case number *(if known)*  **16-18931-mdc**

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **See January 2016 Director List** | | | |

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ☐  No
   ■  Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **George J. Walmsley III 801 W. Girard Avenue Philadelphia, PA 19122** | **Salary of $459,503.62, plus $ 41,355.45, pension contribution, car allowance and health and other benefit plans.** | **December 31, 2015 through December 30, 2016.** | **Compensation for employment services.** |
| | Relationship to debtor **President & Chief Executive Officer** | | | |
| 30.2. | **Margaret A. Boemmel 801 W. Girard Avenue Philadelphia, PA 19122** | **Salary of $262,318.37, plus $150,000.00 one time retention bonus, car allowance and and certain benefit plans.** | **December 31, 2015 through December 30, 2016.** | **Compensation for employment services.** |
| | Relationship to debtor **Elected Corporate Vice President and Chief Financial Officer** | | | |
| 30.3. | **Dominic A. Sabatini 801 W. Girard Avenue Philadelphia, PA 19122** | **Salary of $189,000.71, plus car allowance and certain other benefit plans.** | **December 31, 2015 through December 30, 2016. Mr. Sabatini's employment ended December 30, 2016.** | **Compensation for employment services.** |
| | Relationship to debtor **Chairman of the Board of Directors** | | | |
| 30.4. | **Kathleen McNally-Lalli 801 W. Girard Avenue Philadelphia, PA 19122** | **Salary of $184,999.98, plus health and other benefit plans.** | **December 31, 2015 through December 30, 2016.** | **Compensation for employment services.  Ms. McNally-Lalli's active employment ended October 1, 2016.** |
| | Relationship to debtor **Vice President and Chief Patient Services Officer** | | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                              Best Case Bankruptcy

Debtor    **North Philadelphia Health System**    Case number (if known) **16-18931-mdc**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.5. | **Laura Boston-Jones**<br>**801 W. Girard Avenue**<br>**Philadelphia, PA 19122** | **Salary of $149,991.30, plus health and other benefit plans.** | **December 31, 2015 through December 30, 2016.** | **Compensation for employment services.** |
| | Relationship to debtor<br>**Vice President for Behavioral Medicine Programs** | | | |
| 30.6. | **Sharita Barnett**<br>**801 W. Girard Avenue**<br>**Philadelphia, PA 19122** | **Salary of $114,736.75, plus health and other benefit plans.** | **December 31, 2015 through December 30, 2016.** | |
| | Relationship to debtor<br>**Vice President Human Resources** | | | |
| 30.7. | **A. Scott McNeal, D.O.**<br>**801 W. Girard Avenue**<br>**Philadelphia, PA 19122** | **Salary of $144,812.88, and certain benefit plans.** | **December 31, 2015 through December 30, 2016.** | **Compensation for employment services. Dr. McNeal is a part-time employee providing ten (10) hours of service per week.** |
| | Relationship to debtor<br>**Senior Vice President and Chief Medical Officer** | | | |
| 30.8. | **Gerri H. Walker**<br>**454 W. Clapier Street**<br>**Philadelphia, PA 19144** | **Fees of $34,900 to the Director's marketing services company, Walker Communications International, Inc.** | **December 31, 2015 to December 30. 2016** | **Marketing services to the Debtor** |
| | Relationship to debtor<br>**Corporate Director** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **NPHS Purchase Money Pension Plan (Frozen 1995)** | **EIN:    n/a** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **North Philadelphia Health System** | Case number *(if known)* | **16-18931-mdc** |
|---|---|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 14, 2017**

/s/ George J. Walmsley III                                    George J. Walmsley III
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President & CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

ATTACHMENT ONE

CHECK REGISTERS

OCTOBER-DECEMBER 2016

APMONTH
HOSPITAL: 0310
USER: NPHTORLAN

NORTH PHILADELPHIA HEALTH SYSTEM
Month End Check Register
CITIZENS BANK
For Month Ended 10/31/16

PAGE:        1
DATE: 11/04/16
TIME: 15:29:35

| DATE PAID | PAYEE | GROSS AMOUNT | DISCOUNT | W/H TAXES | NET AMOUNT | DISC LOST | CHECK | STATUS |
|---|---|---|---|---|---|---|---|---|
| 10/03/16 | ABBOTT LABORATORIES | 139.50 | .00 | .00 | 139.50 | .00 | 3136 | REGULAR |
| 10/03/16 | APPLIANCE & TV | 85.00 | .00 | .00 | 85.00 | .00 | 3137 | REGULAR |
| 10/03/16 | AXION | 1,520.00 | .00 | .00 | 1,520.00 | .00 | 3138 | REGULAR |
| 10/03/16 | AXION | 1,520.00 | .00 | .00 | 1,520.00 | .00 | 3138 | REGULAR |
| 10/03/16 | AXION | 3,040.00 | .00 | .00 | 3,040.00 | .00 | 3138 | REGULAR |
| 10/03/16 | AXION | 1,178.00 | .00 | .00 | 1,178.00 | .00 | 3138 | REGULAR |
| 10/03/16 | AXION | 1,216.00 | .00 | .00 | 1,216.00 | .00 | 3138 | REGULAR |
| 10/03/16 | AXION | 1,216.00 | .00 | .00 | 1,216.00 | .00 | 3138 | REGULAR |
| 10/03/16 | CITIZENS BANK | 500.00 | .00 | .00 | 500.00 | .00 | 3139 | REGULAR |
| 10/03/16 | COLLEGE BOUND FUND | 112.00 | .00 | .00 | 112.00 | .00 | 3140 | REGULAR |
| 10/03/16 | ESOTERIX GENETIC | 2,293.98 | .00 | .00 | 2,293.98 | .00 | 3141 | REGULAR |
| 10/03/16 | MID ATLANTIC TRUST CO. | 22,374.11 | .00 | .00 | 22,374.11 | .00 | 3142 | REGULAR |
| 10/03/16 | MIDLAND LIFE INSURANCE | 64.42 | .00 | .00 | 64.42 | .00 | 3143 | REGULAR |
| 10/03/16 | NATIONAL UNION | 9,791.93 | .00 | .00 | 9,791.93 | .00 | 3144 | REGULAR |
| 10/03/16 | NATIONAL UNION OF HOSPITAL & H | 2,718.00 | .00 | .00 | 2,718.00 | .00 | 3145 | REGULAR |
| 10/03/16 | UNION CENTRAL LIFE INS. C | 47.49 | .00 | .00 | 47.49 | .00 | 3146 | REGULAR |
| 10/03/16 | WASTE MANAGEMENT | 235.75 | .00 | .00 | 235.75 | .00 | 3147 | REGULAR |
| 10/03/16 | WASTE MANAGEMENT | 235.75 | .00 | .00 | 235.75 | .00 | 3147 | REGULAR |
| 10/03/16 | WASTE MANAGEMENT | 230.00 | .00 | .00 | 230.00 | .00 | 3147 | REGULAR |
| 10/06/16 | ADP | 9,638.52 | .00 | .00 | 9,638.52 | .00 | 3148 | REGULAR |
| 10/06/16 | ADP | 521.61 | .00 | .00 | 521.61 | .00 | 3148 | REGULAR |
| 10/06/16 | BUNZL INDUSTRIES | 881.44 | .00 | .00 | 881.44 | .00 | 3149 | REGULAR |
| 10/06/16 | BUNZL INDUSTRIES | 2,289.68 | .00 | .00 | 2,289.68 | .00 | 3149 | REGULAR |
| 10/06/16 | BUNZL INDUSTRIES | 994.08 | .00 | .00 | 994.08 | .00 | 3149 | REGULAR |
| 10/06/16 | BUSINESS CARD | 3,000.00 | .00 | .00 | 3,000.00 | .00 | 3150 | REGULAR |
| 10/06/16 | FEDEX | 87.10 | .00 | .00 | 87.10 | .00 | 3151 | REGULAR |
| 10/06/16 | INTOXIMETERS, INC. | 146.25 | .00 | .00 | 146.25 | .00 | 3152 | REGULAR |
| 10/06/16 | KANSAS CITY LIFE INSURANC | 1,733.00 | .00 | .00 | 1,733.00 | .00 | 3153 | REGULAR |
| 10/06/16 | MAINLINE BEHAVIORAL HLTH | 355.68 | .00 | .00 | 355.68 | .00 | 3154 | REGULAR |
| 10/06/16 | PAETEC | 877.10 | .00 | .00 | 877.10 | .00 | 3155 | REGULAR |
| 10/06/16 | READY REFRESH BY NESTLE | 526.80 | .00 | .00 | 526.80 | .00 | 3156 | REGULAR |
| 10/06/16 | S.E.P.T.A. | 360.00 | .00 | .00 | 360.00 | .00 | 3157 | REGULAR |
| 10/06/16 | THE PLAN B CO. INC. | 43.84 | .00 | .00 | 43.84 | .00 | 3158 | REGULAR |
| 10/06/16 | WASTE MANAGEMENT | 757.97 | .00 | .00 | 757.97 | .00 | 3159 | REGULAR |
| 10/06/16 | CORTECHUSA | 12,500.00 | .00 | .00 | 12,500.00 | .00 | 3160 | REGULAR |
| 10/06/16 | RICOH AMERICAS CORP | 1,137.75 | .00 | .00 | 1,137.75 | .00 | 3161 | REGULAR |
| 10/06/16 | RICOH AMERICAS CORP | 696.42 | .00 | .00 | 696.42 | .00 | 3161 | REGULAR |
| 10/06/16 | RICOH AMERICAS CORP | 5,936.35 | .00 | .00 | 5,936.35 | .00 | 3161 | REGULAR |
| 10/06/16 | RICOH AMERICAS CORP | 5,981.31 | .00 | .00 | 5,981.31 | .00 | 3161 | REGULAR |
| 10/06/16 | RICOH AMERICAS CORP | 1,880.01 | .00 | .00 | 1,880.01 | .00 | 3161 | REGULAR |
| 10/06/16 | RICOH AMERICAS CORP | 4,635.71 | .00 | .00 | 4,635.71 | .00 | 3161 | REGULAR |
| 10/10/16 | ALAN HOFFMANN | 6,000.00 | .00 | .00 | 6,000.00 | .00 | 3162 | REGULAR |
| 10/10/16 | BOSTON MUTUAL LIFE | 3,999.58 | .00 | .00 | 3,999.58 | .00 | 3163 | REGULAR |
| 10/10/16 | CITIZENS BANK | 500.00 | .00 | .00 | 500.00 | .00 | 3164 | REGULAR |
| 10/10/16 | COLLEGE BOUND FUND | 112.00 | .00 | .00 | 112.00 | .00 | 3165 | REGULAR |
| 10/10/16 | COLLEGE OF AMERICAN | 293.91 | .00 | .00 | 293.91 | .00 | 3166 | REGULAR |
| 10/10/16 | GIRISH J. SHAH | 9,622.00 | .00 | .00 | 9,622.00 | .00 | 3167 | REGULAR |
| 10/10/16 | INTERNATIONAL UNION-SPFPA | 658.31 | .00 | .00 | 658.31 | .00 | 3168 | REGULAR |
| 10/10/16 | INTERNATIONAL UNION-SPFPA | 34.79CR | .00 | .00 | 34.79CR | .00 | 3168 | REGULAR |
| 10/10/16 | KANSAS CITY LIFE INSURANC | 3,118.14 | .00 | .00 | 3,118.14 | .00 | 3169 | REGULAR |
| 10/10/16 | MID ATLANTIC TRUST CO. | 20,874.11 | .00 | .00 | 20,874.11 | .00 | 3170 | REGULAR |
| 10/10/16 | MID ATLANTIC TRUST CO. | 50.00CR | .00 | .00 | 50.00CR | .00 | 3170 | REGULAR |
| 10/10/16 | MIDLAND LIFE INSURANCE | 64.42 | .00 | .00 | 64.42 | .00 | 3171 | REGULAR |

APMONTH
HOSPITAL: 0310
USER: NPHTORLAN

NORTH PHILADELPHIA HEALTH SYSTEM
Month End Check Register
CITIZENS BANK
For Month Ended 10/31/16

PAGE:    2.
DATE: 11/04/16
TIME: 15:29:35

| DATE PAID | PAYEE | GROSS AMOUNT | DISCOUNT | W/H TAXES | NET AMOUNT | DISC LOST | CHECK | STATUS |
|-----------|-------|--------------|----------|-----------|------------|-----------|-------|--------|
| 10/10/16 | MIMEDX GROUP, INC. | 3,250.00 | .00 | .00 | 3,250.00 | .00 | 3172 | REGULAR |
| 10/10/16 | MOHAMMAD SAYEED | 900.00 | .00 | .00 | 900.00 | .00 | 3173 | REGULAR |
| 10/10/16 | PECO | 41.58 | .00 | .00 | 41.58 | .00 | 3174 | REGULAR |
| 10/10/16 | PECO | 28.66 | .00 | .00 | 28.66 | .00 | 3174 | REGULAR |
| 10/10/16 | PITNEY BOWES GLOBAL FINANCIAL | 1,785.00 | .00 | .00 | 1,785.00 | .00 | 3175 | REGULAR |
| 10/10/16 | PROVIDENT LIFE & ACCIDENT | 667.32 | .00 | .00 | 667.32 | .00 | 3176 | REGULAR |
| 10/10/16 | PROVIDENT LIFE & ACCIDENT | 1,858.52 | .00 | .00 | 1,858.52 | .00 | 3176 | REGULAR |
| 10/10/16 | PROVIDENT LIFE & ACCIDENT | 1,515.30 | .00 | .00 | 1,515.30 | .00 | 3176 | REGULAR |
| 10/10/16 | POGOS H VOSKANIAN MD | 15,400.00 | .00 | .00 | 15,400.00 | .00 | 3177 | REGULAR |
| 10/10/16 | UNITED STATES POSTAL SERV | 1,500.00 | .00 | .00 | 1,500.00 | .00 | 3178 | REGULAR |
| 10/10/16 | WASTE MANAGEMENT | 1,351.84 | .00 | .00 | 1,351.84 | .00 | 3179 | REGULAR |
| 10/10/16 | WASTE MANAGEMENT | 232.92 | .00 | .00 | 232.92 | .00 | 3179 | REGULAR |
| 10/10/16 | WATER REVENUE BUREAU | 1,004.44 | .00 | .00 | 1,004.44 | .00 | 3180 | REGULAR |
| 10/10/16 | WATER REVENUE BUREAU | 46.33 | .00 | .00 | 46.33 | .00 | 3180 | REGULAR |
| 10/10/16 | WATER REVENUE BUREAU | 46.33 | .00 | .00 | 46.33 | .00 | 3180 | REGULAR |
| 10/10/16 | ZAMIR-UL-HASSAN | 840.00 | .00 | .00 | 840.00 | .00 | 3181 | REGULAR |
| 10/10/16 | NATIONAL UNION | 10,222.69 | .00 | .00 | 10,222.69 | .00 | 3182 | REGULAR |
| 10/10/16 | NATIONAL UNION OF HOSPITAL & H | 2,718.00 | .00 | .00 | 2,718.00 | .00 | 3182 | REGULAR |
| 10/11/16 | PETTY CASH | 2,117.14 | .00 | .00 | 2,117.14 | .00 | 3183 | REGULAR |
| 10/13/16 | BAXTER HEALTHCARE CORP | 855.36 | .00 | .00 | 855.36 | .00 | 3184 | REGULAR |
| 10/13/16 | BAXTER HEALTHCARE CORP | 126.14 | .00 | .00 | 126.14 | .00 | 3186 | REGULAR |
| 10/13/16 | BAXTER HEALTHCARE CORP | 577.19 | .00 | .00 | 577.19 | .00 | 3186 | REGULAR |
| 10/13/16 | BAXTER HEALTHCARE CORP | 1,124.49 | .00 | .00 | 1,124.49 | .00 | 3186 | REGULAR |
| 10/13/16 | BAXTER HEALTHCARE CORP | 885.41 | .00 | .00 | 885.41 | .00 | 3186 | REGULAR |
| 10/13/16 | BAXTER HEALTHCARE CORP | 1,069.20 | .00 | .00 | 1,069.20 | .00 | 3186 | REGULAR |
| 10/13/16 | BAXTER HEALTHCARE CORP | 1,856.45 | .00 | .00 | 1,856.45 | .00 | 3186 | REGULAR |
| 10/13/16 | BAXTER HEALTHCARE CORP | 161.30 | .00 | .00 | 161.30 | .00 | 3186 | REGULAR |
| 10/13/16 | BAXTER HEALTHCARE CORP | 698.93 | .00 | .00 | 698.93 | .00 | 3186 | REGULAR |
| 10/13/16 | BAXTER HEALTHCARE CORP | 502.64 | .00 | .00 | 502.64 | .00 | 3186 | REGULAR |
| 10/13/16 | BAXTER HEALTHCARE CORP | 880.18 | .00 | .00 | 880.18 | .00 | 3186 | REGULAR |
| 10/13/16 | BAXTER HEALTHCARE CORP | 186.75 | .00 | .00 | 186.75 | .00 | 3186 | REGULAR |
| 10/13/16 | BAXTER HEALTHCARE CORP | 369.95 | .00 | .00 | 369.95 | .00 | 3186 | REGULAR |
| 10/13/16 | BUNZL INDUSTRIES | 1,740.29 | .00 | .00 | 1,740.29 | .00 | 3187 | REGULAR |
| 10/13/16 | DION & GOLDBERGER, ATTORNEYS A | 5,000.00 | .00 | .00 | 5,000.00 | .00 | 3188 | REGULAR |
| 10/13/16 | FEDEX | 35.26 | .00 | .00 | 35.26 | .00 | 3189 | REGULAR |
| 10/13/16 | FEDEX | 172.28 | .00 | .00 | 172.28 | .00 | 3189 | REGULAR |
| 10/13/16 | FEDEX | 43.79 | .00 | .00 | 43.79 | .00 | 3189 | REGULAR |
| 10/13/16 | HEAVEN SENT WORLDWIDE | 10.68 | .00 | .00 | 10.68 | .00 | 3190 | REGULAR |
| 10/13/16 | ILIA NIKHINSON MD | 3,937.00 | .00 | .00 | 3,937.00 | .00 | 3191 | REGULAR |
| 10/13/16 | MEDICARE PART B | 25.55 | .00 | .00 | 25.55 | .00 | 3192 | REGULAR |
| 10/13/16 | MEDICARE PART B | 845.31 | .00 | .00 | 845.31 | .00 | 3192 | REGULAR |
| 10/13/16 | MEDLINE INDUSTRIES INC. | 6,957.02 | .00 | .00 | 6,957.02 | .00 | 3193 | REGULAR |
| 10/13/16 | N.H.E.C. | 145.00 | .00 | .00 | 145.00 | .00 | 3194 | REGULAR |
| 10/13/16 | ORKIN | 973.62 | .00 | .00 | 973.62 | .00 | 3195 | REGULAR |
| 10/13/16 | ORKIN | 973.62 | .00 | .00 | 973.62 | .00 | 3195 | REGULAR |
| 10/13/16 | OTIS ELEVATOR COMPANY | 2,728.61 | .00 | .00 | 2,728.61 | .00 | 3197 | REGULAR |
| 10/13/16 | OTIS ELEVATOR COMPANY | 2,728.61 | .00 | .00 | 2,728.61 | .00 | 3197 | REGULAR |
| 10/13/16 | OTIS ELEVATOR COMPANY | 2,728.61 | .00 | .00 | 2,728.61 | .00 | 3197 | REGULAR |
| 10/13/16 | OTIS ELEVATOR COMPANY | 632.26 | .00 | .00 | 632.26 | .00 | 3197 | REGULAR |
| 10/13/16 | OTIS ELEVATOR COMPANY | 964.86 | .00 | .00 | 964.86 | .00 | 3197 | REGULAR |
| 10/13/16 | OTIS ELEVATOR COMPANY | 512.87 | .00 | .00 | 512.87 | .00 | 3197 | REGULAR |
| 10/13/16 | OTIS ELEVATOR COMPANY | 393.48 | .00 | .00 | 393.48 | .00 | 3197 | REGULAR |
| 10/13/16 | OTIS ELEVATOR COMPANY | 333.78 | .00 | .00 | 333.78 | .00 | 3197 | REGULAR |

APMONTH
HOSPITAL: 0310
USER: NPHTORLAN

NORTH PHILADELPHIA HEALTH SYSTEM
Month End Check Register
CITIZENS BANK
For Month Ended 10/31/16

PAGE:        3
DATE: 11/04/16
TIME: 15:29:35

| DATE PAID | PAYEE | GROSS AMOUNT | DISCOUNT | W/H TAXES | NET AMOUNT | DISC LOST | CHECK | STATUS |
|-----------|-------|--------------|----------|-----------|------------|-----------|-------|--------|
| 10/13/16 | OTIS ELEVATOR COMPANY | 847.14 | .00 | .00 | 847.14 | .00 | 3197 | REGULAR |
| 10/13/16 | OTIS ELEVATOR COMPANY | 621.68 | .00 | .00 | 621.68 | .00 | 3197 | REGULAR |
| 10/13/16 | OTIS ELEVATOR COMPANY | 1,173.48 | .00 | .00 | 1,173.48 | .00 | 3197 | REGULAR |
| 10/13/16 | OTIS ELEVATOR COMPANY | 811.35 | .00 | .00 | 811.35 | .00 | 3197 | REGULAR |
| 10/13/16 | OTIS ELEVATOR COMPANY | 572.57 | .00 | .00 | 572.57 | .00 | 3197 | REGULAR |
| 10/13/16 | PACIFIC TELEMANAGEMENT | 213.23 | .00 | .00 | 213.23 | .00 | 3198 | REGULAR |
| 10/13/16 | PECO | 48.02 | .00 | .00 | 48.02 | .00 | 3199 | REGULAR |
| 10/13/16 | PENNSYLVANIA STATE POLICE | 152.00 | .00 | .00 | 152.00 | .00 | 3200 | REGULAR |
| 10/13/16 | PREFERRED MEDICAL TRANSPORT | 3,914.00 | .00 | .00 | 3,914.00 | .00 | 3201 | REGULAR |
| 10/13/16 | STERICYCLE | 284.34 | .00 | .00 | 284.34 | .00 | 3202 | REGULAR |
| 10/13/16 | STERICYCLE | 265.16 | .00 | .00 | 265.16 | .00 | 3202 | REGULAR |
| 10/13/16 | STERICYCLE | 288.61 | .00 | .00 | 288.61 | .00 | 3202 | REGULAR |
| 10/13/16 | STERICYCLE | 233.88 | .00 | .00 | 233.88 | .00 | 3202 | REGULAR |
| 10/13/16 | STERICYCLE | 276.23 | .00 | .00 | 276.23 | .00 | 3202 | REGULAR |
| 10/13/16 | STERICYCLE | 186.04 | .00 | .00 | 186.04 | .00 | 3202 | REGULAR |
| 10/13/16 | STERICYCLE | 294.02 | .00 | .00 | 294.02 | .00 | 3202 | REGULAR |
| 10/13/16 | STERICYCLE | 171.54 | .00 | .00 | 171.54 | .00 | 3202 | REGULAR |
| 10/13/16 | STERICYCLE | 289.66 | .00 | .00 | 289.66 | .00 | 3202 | REGULAR |
| 10/13/16 | TELEHEALTH SERVICES | 489.79 | .00 | .00 | 489.79 | .00 | 3203 | REGULAR |
| 10/13/16 | TELEHEALTH SERVICES | 418.25 | .00 | .00 | 418.25 | .00 | 3203 | REGULAR |
| 10/13/16 | UNITED PARCEL SERVICE | 250.00 | .00 | .00 | 250.00 | .00 | 3204 | REGULAR |
| 10/13/16 | VERIZON | 252.08 | .00 | .00 | 252.08 | .00 | 3205 | REGULAR |
| 10/13/16 | VERIFY COMPLY | 479.40 | .00 | .00 | 479.40 | .00 | 3206 | REGULAR |
| 10/13/16 | WATER REVENUE BUREAU | 14.79 | .00 | .00 | 14.79 | .00 | 3207 | REGULAR |
| 10/13/16 | UNUM | 4,298.00 | .00 | .00 | 4,298.00 | .00 | 3208 | REGULAR |
| 10/17/16 | AMERICAN CANCER SOCIETY | 55.28 | .00 | .00 | 55.28 | .00 | 3209 | REGULAR |
| 10/17/16 | AXION | 1,045.00 | .00 | .00 | 1,045.00 | .00 | 3210 | REGULAR |
| 10/17/16 | AXION | 1,520.00 | .00 | .00 | 1,520.00 | .00 | 3210 | REGULAR |
| 10/17/16 | AXION | 1,520.00 | .00 | .00 | 1,520.00 | .00 | 3210 | REGULAR |
| 10/17/16 | AXION | 1,520.00 | .00 | .00 | 1,520.00 | .00 | 3210 | REGULAR |
| 10/17/16 | BP BUSINESS SOLUTIONS | 149.30 | .00 | .00 | 149.30 | .00 | 3211 | REGULAR |
| 10/17/16 | CITIZENS BANK | 500.00 | .00 | .00 | 500.00 | .00 | 3212 | REGULAR |
| 10/17/16 | COLLEGE BOUND FUND | 112.00 | .00 | .00 | 112.00 | .00 | 3213 | REGULAR |
| 10/17/16 | DREXEL BUSINESS MACHINES INC | 71.89 | .00 | .00 | 71.59 | .00 | 3214 | REGULAR |
| 10/17/16 | MID ATLANTIC TRUST CO. | 19,965.11 | .00 | .00 | 19,965.11 | .00 | 3215 | REGULAR |
| 10/17/16 | MIDLAND LIFE INSURANCE | 64.42 | .00 | .00 | 64.42 | .00 | 3216 | REGULAR |
| 10/17/16 | NATIONAL UNION | 9,997.37 | .00 | .00 | 9,997.37 | .00 | 3217 | REGULAR |
| 10/17/16 | NATIONAL UNION OF HOSPITAL & H | 2,476.40 | .00 | .00 | 2,476.40 | .00 | 3218 | REGULAR |
| 10/17/16 | PECO | 107.78 | .00 | .00 | 107.78 | .00 | 3219 | REGULAR |
| 10/17/16 | PECO | 548.46 | .00 | .00 | 548.46 | .00 | 3219 | REGULAR |
| 10/17/16 | PECO | 53.29 | .00 | .00 | 53.29 | .00 | 3219 | REGULAR |
| 10/17/16 | RICHARD WEYLER MD | 6,895.00 | .00 | .00 | 6,895.00 | .00 | 3220 | REGULAR |
| 10/17/16 | S.E.P.T.A. | 360.00 | .00 | .00 | 360.00 | .00 | 3221 | REGULAR |
| 10/17/16 | STERIS CORP. | 386.39 | .00 | .00 | 386.39 | .00 | 3222 | REGULAR |
| 10/17/16 | UNION CENTRAL LIFE INS. C | 47.49 | .00 | .00 | 47.49 | .00 | 3223 | REGULAR |
| 10/17/16 | WASTE MANAGEMENT | 1,875.94 | .00 | .00 | 1,875.94 | .00 | 3224 | REGULAR |
| 10/17/16 | WASTE MANAGEMENT | 496.96 | .00 | .00 | 496.96 | .00 | 3224 | REGULAR |
| 10/17/16 | WASTE MANAGEMENT | 232.92 | .00 | .00 | 232.92 | .00 | 3224 | REGULAR |
| 10/17/16 | WASTE MANAGEMENT | 912.45 | .00 | .00 | 912.45 | .00 | 3224 | REGULAR |
| 10/17/16 | AT & T | 799.35 | .00 | .00 | 799.35 | .00 | 3225 | REGULAR |
| 10/20/16 | BOSTON MUTUAL LIFE | 22.20 | .00 | .00 | 22.20 | .00 | 3226 | REGULAR |
| 10/20/16 | FEDEX | 88.11 | .00 | .00 | 88.11 | .00 | 3227 | REGULAR |
| 10/20/16 | LINCOLN AUTOMOTIVE | 1,123.12 | .00 | .00 | 1,123.12 | .00 | 3228 | REGULAR |

```
APMONTH                                      NORTH PHILADELPHIA HEALTH SYSTEM                              PAGE:        4
HOSPITAL: 0310                                   Month End Check Register                                 DATE: 11/04/16
USER: NPHTORLAN                                         CITIZENS BANK                                     TIME: 15:29:35
                                                  For Month Ended 10/31/16
```

| DATE PAID | PAYEE | GROSS AMOUNT | DISCOUNT | W/H TAXES | NET AMOUNT | DISC LOST | CHECK | STATUS |
|---|---|---|---|---|---|---|---|---|
| 10/20/16 | LASHIELD MYERS AND THE LAW OFF | 9,149.50 | .00 | .00 | 9,149.50 | .00 | 3229 | VOID |
| 10/20/16 | MEDTOX LABORATORIES, INC | 229.50 | .00 | .00 | 229.50 | .00 | 3230 | REGULAR |
| 10/20/16 | NELBUD SERVICES GROUP | 864.96 | .00 | .00 | 864.96 | .00 | 3231 | REGULAR |
| 10/20/16 | OTIS ELEVATOR COMPANY | 6,625.01 | .00 | .00 | 6,625.01 | .00 | 3232 | REGULAR |
| 10/20/16 | OTIS ELEVATOR COMPANY | 290.80 | .00 | .00 | 290.80 | .00 | 3232 | REGULAR |
| 10/20/16 | OTIS ELEVATOR COMPANY | 1,118.36 | .00 | .00 | 1,118.36 | .00 | 3232 | REGULAR |
| 10/20/16 | OTIS ELEVATOR COMPANY | 2,141.72 | .00 | .00 | 2,141.72 | .00 | 3232 | REGULAR |
| 10/20/16 | OTIS ELEVATOR COMPANY | 4,968.24 | .00 | .00 | 4,968.24 | .00 | 3232 | REGULAR |
| 10/20/16 | PECO | 2,911.25 | .00 | .00 | 2,911.25 | .00 | 3233 | REGULAR |
| 10/20/16 | PENNSYLVANIA PSYCHOLOGICAL ASS | 60.00 | .00 | .00 | 60.00 | .00 | 3234 | REGULAR |
| 10/20/16 | S.E.P.T.A. | 108.00 | .00 | .00 | 108.00 | .00 | 3235 | REGULAR |
| 10/20/16 | UNITED CONCORDIA | 15,595.43 | .00 | .00 | 15,595.43 | .00 | 3236 | REGULAR |
| 10/20/16 | UNUM | 4,167.00 | .00 | .00 | 4,167.00 | .00 | 3237 | REGULAR |
| 10/20/16 | VERIZON 1 | 40,562.83 | .00 | .00 | 40,562.83 | .00 | 3238 | REGULAR |
| 10/20/16 | WALKER COMMUNICATIONS | 4,300.00 | .00 | .00 | 4,300.00 | .00 | 3239 | REGULAR |
| 10/20/16 | WEX BANK | 1,489.84 | .00 | .00 | 1,489.84 | .00 | 3240 | REGULAR |
| 10/20/16 | WAYMAN FIRE PROTECTION, INC. | 1,912.50 | .00 | .00 | 1,912.50 | .00 | 3241 | REGULAR |
| 10/20/16 | WAYMAN FIRE PROTECTION, INC. | 1,465.83 | .00 | .00 | 1,465.83 | .00 | 3241 | REGULAR |
| 10/20/16 | WAYMAN FIRE PROTECTION, INC. | 2,433.25 | .00 | .00 | 2,433.25 | .00 | 3241 | REGULAR |
| 10/20/16 | LASHIELD MYERS AND THE LAW OFF | 9,149.50 | .00 | .00 | 9,149.50 | .00 | 3242 | REGULAR |
| 10/24/16 | AMERITAS LIFE INSURANC3 | 4,294.75 | .00 | .00 | 4,294.75 | .00 | 3243 | REGULAR |
| 10/24/16 | BOSTON MUTUAL LIFE | 3,852.24 | .00 | .00 | 3,852.24 | .00 | 3244 | REGULAR |
| 10/24/16 | BURAL INDUSTRIES | 2,204.16 | .00 | .00 | 2,204.16 | .00 | 3245 | REGULAR |
| 10/24/16 | BUSINESS CARD | 20.00 | .00 | .00 | 20.00 | .00 | 3246 | REGULAR |
| 10/24/16 | BUSINESS CARD | 264.02 | .00 | .00 | 264.02 | .00 | 3246 | REGULAR |
| 10/24/16 | CABLES AND SENSORS | 218.00 | .00 | .00 | 218.00 | .00 | 3247 | REGULAR |
| 10/24/16 | CITIZENS BANK | 500.00 | .00 | .00 | 500.00 | .00 | 3248 | REGULAR |
| 10/24/16 | COLLEGE BOUND FUND | 112.00 | .00 | .00 | 112.00 | .00 | 3249 | REGULAR |
| 10/24/16 | COMCAST CABLEVISION | 268.46 | .00 | .00 | 268.46 | .00 | 3250 | REGULAR |
| 10/24/16 | DURHAM SCHOOL SERVICES | 324.00 | .00 | .00 | 324.00 | .00 | 3251 | REGULAR |
| 10/24/16 | HUBERT COMPANY | 424.07 | .00 | .00 | 424.07 | .00 | 3252 | REGULAR |
| 10/24/16 | MEDICARE PART B | 46.83 | .00 | .00 | 46.83 | .00 | 3253 | REGULAR |
| 10/24/16 | MID ATLANTIC TRUST CO. | 19,199.11 | .00 | .00 | 19,199.11 | .00 | 3254 | REGULAR |
| 10/24/16 | MIDLAND LIFE INSURANCE | 64.42 | .00 | .00 | 64.42 | .00 | 3255 | REGULAR |
| 10/24/16 | MOHAMMAD SAYEED | 1,100.00 | .00 | .00 | 1,100.00 | .00 | 3256 | REGULAR |
| 10/24/16 | METAFILE INFORMATION SYSTEMS I | 1,500.00 | .00 | .00 | 1,500.00 | .00 | 3257 | REGULAR |
| 10/24/16 | NATIONAL UNION | 9,948.09 | .00 | .00 | 9,948.09 | .00 | 3258 | REGULAR |
| 10/24/16 | NATIONAL UNION OF HOSPITAL & H | 2,657.60 | .00 | .00 | 2,657.60 | .00 | 3259 | REGULAR |
| 10/24/16 | OSIRIS THERAPEUTICS, INC. | 2,650.00 | .00 | .00 | 2,650.00 | .00 | 3260 | REGULAR |
| 10/24/16 | PECO | 100.54 | .00 | .00 | 100.54 | .00 | 3261 | REGULAR |
| 10/24/16 | PENNA SOCIAL SERVICES | 1,503.19 | .00 | .00 | 1,503.19 | .00 | 3262 | REGULAR |
| 10/24/16 | PROVIDENT LIFE & ACCIDENT | 638.46 | .00 | .00 | 638.46 | .00 | 3263 | REGULAR |
| 10/24/16 | PROVIDENT LIFE & ACCIDENT | 1,800.34 | .00 | .00 | 1,800.34 | .00 | 3263 | REGULAR |
| 10/24/16 | PROVIDENT LIFE & ACCIDENT | 1,431.79 | .00 | .00 | 1,431.79 | .00 | 3263 | REGULAR |
| 10/24/16 | PFH MANUFACTURING | 70.00 | .00 | .00 | 70.00 | .00 | 3264 | REGULAR |
| 10/24/16 | RICOH AMERICAS CORP | 20,000.00 | .00 | .00 | 20,000.00 | .00 | 3265 | REGULAR |
| 10/24/16 | READY REFRESH BY NESTLE | 526.80 | .00 | .00 | 526.80 | .00 | 3266 | REGULAR |
| 10/24/16 | SPIRAL Q PUPPET THEATER | 3,650.00 | .00 | .00 | 3,650.00 | .00 | 3267 | REGULAR |
| 10/24/16 | TELEHEALTH SERVICES | 489.79 | .00 | .00 | 489.79 | .00 | 3268 | REGULAR |
| 10/24/16 | TELEHEALTH SERVICES | 418.25 | .00 | .00 | 418.25 | .00 | 3268 | REGULAR |
| 10/24/16 | WATER REVENUE BUREAU | 921.31 | .00 | .00 | 921.31 | .00 | 3269 | REGULAR |
| 10/24/16 | ZAMIR-UL-HASSAN | 4,200.00 | .00 | .00 | 4,200.00 | .00 | 3270 | REGULAR |
| 10/24/16 | AISHA NEAL | 370.00 | .00 | .00 | 370.00 | .00 | 3271 | REGULAR |

```
APMANTH                         NORTH PHILADELPHIA HEALTH SYSTEM                        PAGE:      5
HOSPITAL: 0310                     Month End Check Register                            DATE: 11/04/16
USER: NPHTORLAN                          CITIZENS BANK                                 TIME: 15:29:35
                                    For Month Ended 10/31/16
```

| DATE PAID | PAYEE | GROSS AMOUNT | DISCOUNT | W/H TAXES | NET AMOUNT | DISC LOST | CHECK | STATUS |
|---|---|---|---|---|---|---|---|---|
| 10/24/16 | AISHA NEAL | 550.00 | .00 | .00 | 550.00 | .00 | 3271 | REGULAR |
| 10/27/16 | COVERYS | 9,513.00 | .00 | .00 | 9,513.00 | .00 | 3272 | REGULAR |
| 10/27/16 | INTOXIMETERS, INC. | 146.25 | .00 | .00 | 146.25 | .00 | 3273 | REGULAR |
| 10/27/16 | MEDLINE INDUSTRIES INC. | 875.79 | .00 | .00 | 875.79 | .00 | 3274 | REGULAR |
| 10/27/16 | MEDLINE INDUSTRIES INC. | 260.55 | .00 | .00 | 260.55 | .00 | 3274 | REGULAR |
| 10/27/16 | MEDLINE INDUSTRIES INC. | 592.48 | .00 | .00 | 592.48 | .00 | 3274 | REGULAR |
| 10/27/16 | MEDLINE INDUSTRIES INC. | 175.41 | .00 | .00 | 175.41 | .00 | 3274 | REGULAR |
| 10/27/16 | MEDLINE INDUSTRIES INC. | 378.15 | .00 | .00 | 378.15 | .00 | 3274 | REGULAR |
| 10/27/16 | MEDLINE INDUSTRIES INC. | 136.82 | .00 | .00 | 136.82 | .00 | 3274 | REGULAR |
| 10/27/16 | MEDLINE INDUSTRIES INC. | 99.08 | .00 | .00 | 99.08 | .00 | 3274 | REGULAR |
| 10/27/16 | MEDLINE INDUSTRIES INC. | 155.07 | .00 | .00 | 155.07 | .00 | 3274 | REGULAR |
| 10/27/16 | MEDLINE INDUSTRIES INC. | 25.74 | .00 | .00 | 25.74 | .00 | 3274 | REGULAR |
| 10/27/16 | MEDLINE INDUSTRIES INC. | 222.03 | .00 | .00 | 222.03 | .00 | 3274 | REGULAR |
| 10/27/16 | MEDLINE INDUSTRIES INC. | 351.27 | .00 | .00 | 351.27 | .00 | 3274 | RNGULAR |
| 10/27/16 | MEDLINE INDUSTRIES INC. | 252.39 | .00 | .00 | 252.39 | .00 | 3274 | REGULAR |
| 10/27/16 | METAFILE INFORMATION SYSTEMS I | 1,500.00 | .00 | .00 | 1,500.00 | .00 | 3275 | REGULAR |
| 10/27/16 | FDR SERVICES CORP. | 2,062.89 | .00 | .00 | 2,062.89 | .00 | 3276 | REGULAR |
| 10/27/16 | FDR SERVICES CORP. | 2,145.52 | .00 | .00 | 2,145.52 | .00 | 3276 | REGULAR |
| 10/27/16 | FDR SERVICES CORP. | 1,953.09 | .00 | .00 | 1,953.09 | .00 | 3276 | REGULAR |
| 10/27/16 | FDR SERVICES CORP. | 4,089.00 | .00 | .00 | 4,089.00 | .00 | 3277 | REGULAR |
| 10/31/16 | BUNZL INDUSTRIES | 867.33 | .00 | .00 | 867.33 | .00 | 3278 | REGULAR |
| 10/31/16 | BUNZL INDUSTRIES | 785.16 | .00 | .00 | 785.16 | .00 | 3278 | REGULAR |
| 10/31/16 | GLAXOSMITHKLINE | 4,007.25 | .00 | .00 | 4,007.25 | .00 | 3279 | REGULAR |
| 10/31/16 | INTERNATIONAL UNION-SPFPA | 638.29 | .00 | .00 | 638.29 | .00 | 3280 | REGULAR |
| 10/31/16 | PENNA SOCIAL SERVICES | 1,581.88 | .00 | .00 | 1,581.88 | .00 | 3281 | REGULAR |
| 10/31/16 | RSIS | 988.95 | .00 | .00 | 988.95 | .00 | 3282 | REGULAR |
| 10/31/16 | STRATUS | 331.50 | .00 | .00 | 331.50 | .00 | 3283 | REGULAR |
| 10/31/16 | UNION CENTRAL LIFE INS. C | 47.49 | .00 | .00 | 47.49 | .00 | 3284 | REGULAR |
| 10/31/16 | VERIZON WIRELESS | 3,046.52 | .00 | .00 | 3,046.52 | .00 | 3285 | REGULAR |

| BANK | GROSS TOTAL | DISC TAKEN | W/H TAXES | NET TOTAL | DISC. NOT TAKEN |
|---|---|---|---|---|---|
| VOID | 9,149.50 | .00 | .00 | 9,149.50 | .00 |
| MANUAL | .00 | .00 | .00 | .00 | .00 |
| REGULAR | 529,091.12 | .00 | .00 | 529,091.12 | .00 |
| ELECTRONIC | .00 | .00 | .00 | .00 | .00 |
| DEMAND | .00 | .00 | .00 | .00 | .00 |
| TOTAL | 538,240.62 | .00 | .00 | 538,240.62 | .00 |

```
TOTAL # OF VOID CHECKS:         1
TOTAL # OF MANUAL CHECKS:       0
TOTAL # OF REGULAR CHECKS:    147
TOTAL # OF ELECTRONIC CHECKS:   0
TOTAL # OF DEMAND CHECKS:       0
TOTAL # OF CHECKS:            148
```

```
APMONTH                                    NORTH PHILADELPHIA HEALTH SYSTEM                              PAGE:        6
HOSPITAL: 0310                                  Month End Check Register                                 DATE: 11/04/16
USER:  NPHTORLAN                                                                                         TIME: 15:29:35

                                              For Month Ended 10/31/16

DATE PAID  PAYEE                          GROSS AMOUNT         DISCOUNT          W/H TAXES        NET AMOUNT     DISC LOST    CHECK      STATUS
---------  ----------------------------   ------------------   ----------------  ------------------  ------------------  -----------  ------     ------------
           HOSPITAL        GROSS TOTAL     DISC TAKEN           W/H TAXES         NET TOTAL       DISC. NOT TAKEN
           VOID               9,149.50           .00                .00             9,149.50             .00
           MANUAL                  .00           .00                .00                  .00             .00
           REGULAR          529,091.12           .00                .00           529,091.12             .00
           ELECTRONIC             .00            .00                .00                  .00             .00
           DEMAND                 .00            .00                .00                  .00             .00
           TOTAL           538,240.62           .00                .00           538,240.62             .00

           TOTAL # OF VOID CHECKS:             1
           TOTAL # OF MANUAL CHECKS:           0
           TOTAL # OF REGULAR CHECKS:        147
           TOTAL # OF ELECTRONIC CHECKS:       0
           TOTAL # OF DEMAND CHECKS:           0
           TOTAL # OF CHECKS:                148
```

```
APM2NTH                                                                                          PAGE:        7
USER:  NPETORLAN                                  Month End Check Register                        DATE: 11/04/16
                                                                                                 TIME: 15:29:35
                                                 For Month Ended 10/31/16
```

| DATE PAID | PAYEE | GROSS AMOUNT | DISCOUNT | W/H TAXES | NET AMOUNT | DISC LOST | CHECK | STATUS |
|-----------|-------|--------------|----------|-----------|------------|-----------|-------|--------|

| | GRAND TOTAL | GROSS TOTAL | DISC TAKEN | W/H TAXES | NET TOTAL | DISC. NOT TAKEN | | |
|---|---|---|---|---|---|---|---|---|
| | VOID | 9,149.50 | .00 | .00 | 9,149.50 | .00 | | |
| | MANUAL | .00 | .00 | .00 | .00 | .00 | | |
| | REGULAR | 529,091.12 | .00 | .00 | 529,091.12 | .00 | | |
| | ELECTRONIC | .00 | .00 | .00 | .00 | .00 | | |
| | DEMAND | .00 | .00 | .00 | .00 | .00 | | |
| | TOTAL | 538,240.62 | .00 | .00 | 538,240.62 | .00 | | |

```
TOTAL # OF VOID CHECKS:            1
TOTAL # OF MANUAL CHECKS:          0
TOTAL # OF REGULAR CHECKS:       147
TOTAL # OF ELECTRONIC CHECKS:      0
TOTAL # OF DEMAND CHECKS:          0
TOTAL # OF CHECKS:               148
```

AP0P75                                          MONITOR A/P MONTH END CLOSE                          PAGE:              1
                                                                                                    DATE:    11/04/16
USER:   NPHTORLAN                                                                                   TIME:    15:29:29

| HOSPITAL | POST RECURRING ENTRIES | CLOSING MONTH END DATE | NEXT MONTH END CLOSE DATE |
|----------|------------------------|------------------------|---------------------------|
| 0310     | N                      | 10/31/16               | 11/30/16                  |

*** E N D   O F   R E P O R T ***

APMONTH
. HOSPITAL? 0310
USER: NEWTORLAN

NORTH PHILADELPHIA HEALTH SYSTEM
Month End Check Register
CITIZENS BANK
For Month Ended 11/30/16

PAGE:       1
DATE: 12/06/16
TIME: 15:30:33

| DATE PAID | PAYEE | GROSS AMOUNT | DISCOUNT | W/H TAXES | NET AMOUNT | DISC LOST | CHECK | STATUS |
|-----------|-------|--------------|----------|-----------|------------|-----------|-------|--------|
| 11/01/16 | DION,SOLOMON & SHAPIRO, L.L.C | 7,500.00 | .00 | .00 | 7,500.00 | .00 | 3286 | REGULAR |
| 11/03/16 | ALERT PLUMBING & HEATING | 7,800.00 | .00 | .00 | 7,800.00 | .00 | 3287 | REGULAR |
| 11/03/16 | AMERICAN CANCER SOCIETY | 55.28 | .00 | .00 | 55.28 | .00 | 3288 | REGULAR |
| 11/03/16 | AXION | 2,128.00 | .00 | .00 | 2,128.00 | .00 | 3289 | REGULAR |
| 11/03/16 | AXION | 3,040.00 | .00 | .00 | 3,040.00 | .00 | 3289 | REGULAR |
| 11/03/16 | BAYER HEALTHCARE | 4,735.00 | .00 | .00 | 4,735.00 | .00 | 3290 | REGULAR |
| 11/03/16 | BSB LEASING INC | 916.20 | .00 | .00 | 916.20 | .00 | 3291 | REGULAR |
| 11/03/16 | BSB LEASING INC | 274.86 | .00 | .00 | 274.86 | .00 | 3291 | REGULAR |
| 11/03/16 | BUELL INDUSTRIES | 2,618.76 | .00 | .00 | 2,618.76 | .00 | 3292 | REGULAR |
| 11/03/16 | BUSINESS CARD | 87.60 | .00 | .00 | 87.60 | .00 | 3293 | REGULAR |
| 11/03/16 | CITIZENS BANK | 500.00 | .00 | .00 | 500.00 | .00 | 3294 | REGULAR |
| 11/03/16 | COLLEGE BOUND FUND | 112.00 | .00 | .00 | 112.00 | .00 | 3295 | REGULAR |
| 11/03/16 | ELENA KARZOVA MD | 1,029.38 | .00 | .00 | 1,029.38 | .00 | 3296 | REGULAR |
| 11/03/16 | FEDEX | 62.69 | .00 | .00 | 62.69 | .00 | 3297 | REGULAR |
| 11/03/16 | FEDEX | 50.38 | .00 | .00 | 50.38 | .00 | 3297 | REGULAR |
| 11/03/16 | FORD MOTOR CREDIT CO | 378.95 | .00 | .00 | 378.95 | .00 | 3298 | REGULAR |
| 11/03/16 | GAUDELIA A TICZON | 1,500.00 | .00 | .00 | 1,500.00 | .00 | 3299 | REGULAR |
| 11/03/16 | HEAVEN SENT WORLDWIDE | 10.68 | .00 | .00 | 10.68 | .00 | 3300 | REGULAR |
| 11/03/16 | ILIA NIKHINSON MD | 1,180.65 | .00 | .00 | 1,180.65 | .00 | 3301 | REGULAR |
| 11/03/16 | ILIA NIKHINSON MD | 1,180.65 | .00 | .00 | 1,180.65 | .00 | 3301 | REGULAR |
| 11/03/16 | JASMINE GILL | 1,154.00 | .00 | .00 | 1,154.00 | .00 | 3302 | REGULAR |
| 11/03/16 | KOLS CONTAINER INC. | 133.21 | .00 | .00 | 133.21 | .00 | 3303 | REGULAR |
| 11/03/16 | LISA M MALDONADO MD | 817.80 | .00 | .00 | 817.80 | .00 | 3304 | REGULAR |
| 11/03/16 | MALLINCKRODT, INC | 8,520.00 | .00 | .00 | 8,520.00 | .00 | 3305 | REGULAR |
| 11/03/16 | MID ATLANTIC TRUST CO. | 19,444.11 | .00 | .00 | 19,444.11 | .00 | 3306 | REGULAR |
| 11/03/16 | MIDLAND LIFE INSURANCE | 64.42 | .00 | .00 | 64.42 | .00 | 3307 | REGULAR |
| 11/03/16 | OFFICE BASICS,INC. | 9.95 | .00 | .00 | 9.95 | .00 | 3311 | REGULAR |
| 11/03/16 | OFFICE BASICS,INC. | 195.36 | .00 | .00 | 195.36 | .00 | 3311 | REGULAR |
| 11/03/16 | OFFICE BASICS,INC. | 45.71 | .00 | .00 | 45.71 | .00 | 3311 | REGULAR |
| 11/03/16 | OFFICE BASICS,INC. | 104.04 | .00 | .00 | 104.04 | .00 | 3311 | REGULAR |
| 11/03/16 | OFFICE BASICS,INC. | 27.29 | .00 | .00 | 27.29 | .00 | 3311 | REGULAR |
| 11/03/16 | OFFICE BASICS,INC. | 137.61 | .00 | .00 | 137.61 | .00 | 3311 | REGULAR |
| 11/03/16 | OFFICE BASICS,INC. | 189.00 | .00 | .00 | 189.00 | .00 | 3311 | REGULAR |
| 11/03/16 | OFFICE BASICS,INC. | 19.06 | .00 | .00 | 19.06 | .00 | 3311 | REGULAR |
| 11/03/16 | OFFICE BASICS,INC. | 267.27 | .00 | .00 | 267.27 | .00 | 3311 | REGULAR |
| 11/03/16 | OFFICE BASICS,INC. | 130.05 | .00 | .00 | 130.05 | .00 | 3311 | REGULAR |
| 11/03/16 | OFFICE BASICS,INC. | 183.07 | .00 | .00 | 183.07 | .00 | 3311 | REGULAR |
| 11/03/16 | OFFICE BASICS,INC. | 11.97 | .00 | .00 | 11.97 | .00 | 3311 | REGULAR |
| 11/03/16 | OFFICE BASICS,INC. | 5.99 | .00 | .00 | 5.99 | .00 | 3311 | REGULAR |
| 11/03/16 | OFFICE BASICS,INC. | 42.52 | .00 | .00 | 42.52 | .00 | 3311 | REGULAR |
| 11/03/16 | OFFICE BASICS,INC. | 16.99 | .00 | .00 | 16.99 | .00 | 3311 | REGULAR |
| 11/03/16 | OFFICE BASICS,INC. | 130.05 | .00 | .00 | 130.05 | .00 | 3311 | REGULAR |
| 11/03/16 | OFFICE BASICS,INC. | 5.51 | .00 | .00 | 5.51 | .00 | 3311 | REGULAR |
| 11/03/16 | OFFICE BASICS,INC. | 63.00 | .00 | .00 | 63.00 | .00 | 3311 | REGULAR |
| 11/03/16 | OFFICE BASICS,INC. | 36.47 | .00 | .00 | 36.47 | .00 | 3311 | REGULAR |
| 11/03/16 | OFFICE BASICS,INC. | 10.70 | .00 | .00 | 10.70 | .00 | 3311 | REGULAR |
| 11/03/16 | OFFICE BASICS,INC. | 20.89 | .00 | .00 | 20.89 | .00 | 3311 | REGULAR |
| 11/03/16 | OFFICE BASICS,INC. | 5.10 | .00 | .00 | 5.10 | .00 | 3311 | REGULAR |
| 11/03/16 | OFFICE BASICS,INC. | 1,180.00 | .00 | .00 | 1,180.00 | .00 | 3311 | REGULAR |
| 11/03/16 | OFFICE BASICS,INC. | 285.12 | .00 | .00 | 285.12 | .00 | 3311 | REGULAR |
| 11/03/16 | OFFICE BASICS,INC. | 36.47 | .00 | .00 | 36.47 | .00 | 3311 | REGULAR |
| 11/03/16 | OFFICE BASICS,INC. | 50.99 | .00 | .00 | 50.99 | .00 | 3311 | REGULAR |
| 11/03/16 | OFFICE BASICS,INC. | 63.11 | .00 | .00 | 63.11 | .00 | 3311 | REGULAR |

```
APMONTH                                    NORTH PHILADELPHIA HEALTH SYSTEM                          PAGE:        2
HOSPITAL: 0310                                 Month End Check Register                             DATE: 12/06/16
USER: NPHTORLAN                                     CITIZENS BANK                                    TIME: 15:30:33
                                              For Month Ended 11/30/16
```

| DATE PAID | PAYEE | GROSS AMOUNT | DISCOUNT | W/H TAXES | NET AMOUNT | DISC LOST | CHECK | STATUS |
|---|---|---|---|---|---|---|---|---|
| 11/03/16 | OFFICE BASICS, INC. | 8.23 | .00 | .00 | 8.23 | .00 | 3311 | REGULAR |
| 11/03/16 | OFFICE BASICS, INC. | 297.00 | .00 | .00 | 297.00 | .00 | 3311 | REGULAR |
| 11/03/16 | OFFICE BASICS, INC. | 3.44 | .00 | .00 | 3.44 | .00 | 3311 | REGULAR |
| 11/03/16 | OFFICE BASICS, INC. | 2.86 | .00 | .00 | 2.86 | .00 | 3311 | REGULAR |
| 11/03/16 | OFFICE BASICS, INC. | 9.16 | .00 | .00 | 9.16 | .00 | 3311 | REGULAR |
| 11/03/16 | OFFICE BASICS, INC. | 30.29 | .00 | .00 | 30.29 | .00 | 3311 | REGULAR |
| 11/03/16 | OFFICE BASICS, INC. | 2.33 | .00 | .00 | 2.33 | .00 | 3311 | REGULAR |
| 11/03/16 | OFFICE BASICS, INC. | 82.28 | .00 | .00 | 82.28 | .00 | 3311 | REGULAR |
| 11/03/16 | OFFICE BASICS, INC. | 6.64 | .00 | .00 | 6.64 | .00 | 3311 | REGULAR |
| 11/03/16 | OFFICE BASICS, INC. | 4.59 | .00 | .00 | 4.59 | .00 | 3311 | REGULAR |
| 11/03/16 | OFFICE BASICS, INC. | 2.80 | .00 | .00 | 2.80 | .00 | 3311 | REGULAR |
| 11/03/16 | OFFICE BASICS, INC. | 31.22 | .00 | .00 | 31.22 | .00 | 3311 | REGULAR |
| 11/03/16 | OFFICE BASICS, INC. | 11.47 | .00 | .00 | 11.47 | .00 | 3311 | REGULAR |
| 11/03/16 | PREFERRED MEDICAL TRANSPORT | 4,223.00 | .00 | .00 | 4,223.00 | .00 | 3312 | REGULAR |
| 11/03/16 | S.E.P.T.A. | 360.00 | .00 | .00 | 360.00 | .00 | 3313 | REGULAR |
| 11/03/16 | UNION CENTRAL LIFE INS. C | 47.49 | .00 | .00 | 47.49 | .00 | 3314 | REGULAR |
| 11/03/16 | MEDICARE PART B | 7,000.00 | .00 | .00 | 7,000.00 | .00 | 3315 | REGULAR |
| 11/03/16 | SOUTHERN COMPUTER | 3,000.00 | .00 | .00 | 3,000.00 | .00 | 3316 | REGULAR |
| 11/07/16 | HEAVEN SENT WORLDWIDE | 10.68 | .00 | .00 | 10.68 | .00 | 3317 | REGULAR |
| 11/07/16 | HEAVEN SENT WORLDWIDE | 21.36 | .00 | .00 | 21.36 | .00 | 3317 | REGULAR |
| 11/07/16 | KOLS CONTAINER INC. | 363.01 | .00 | .00 | 363.01 | .00 | 3318 | REGULAR |
| 11/07/16 | MEDICARE PART B | 1,437.71 | .00 | .00 | 1,437.71 | .00 | 3319 | REGULAR |
| 11/07/16 | PAETEC | 877.05 | .00 | .00 | 877.05 | .00 | 3320 | REGULAR |
| 11/07/16 | PURCHASE POWER | 19.80 | .00 | .00 | 19.80 | .00 | 3321 | REGULAR |
| 11/07/16 | S.E.P.T.A. | 360.00 | .00 | .00 | 360.00 | .00 | 3322 | REGULAR |
| 11/07/16 | WASTE MANAGEMENT | 1,455.22 | .00 | .00 | 1,455.22 | .00 | 3323 | REGULAR |
| 11/07/16 | WASTE MANAGEMENT | 232.92 | .00 | .00 | 232.92 | .00 | 3323 | REGULAR |
| 11/07/16 | WASTE MANAGEMENT | 219.25 | .00 | .00 | 219.25 | .00 | 3323 | REGULAR |
| 11/07/16 | WASTE MANAGEMENT | 230.00 | .00 | .00 | 230.00 | .00 | 3323 | REGULAR |
| 11/07/16 | ZAMIR-UL-HASSAN | 1,015.00 | .00 | .00 | 1,015.00 | .00 | 3324 | REGULAR |
| 11/07/16 | AISHA NEAL | 600.00 | .00 | .00 | 600.00 | .00 | 3325 | REGULAR |
| 11/10/16 | BUNZL INDUSTRIES | 2,378.62 | .00 | .00 | 2,378.62 | .00 | 3326 | REGULAR |
| 11/10/16 | BUNZL INDUSTRIES | 1,593.84 | .00 | .00 | 1,593.84 | .00 | 3326 | REGULAR |
| 11/10/16 | HEALTH CARE LOGISTICS INC | 413.40 | .00 | .00 | 413.40 | .00 | 3327 | REGULAR |
| 11/10/16 | MEDTOX LABORATORIES, INC | 109.00 | .00 | .00 | 109.00 | .00 | 3328 | REGULAR |
| 11/10/16 | PECO | 48.87 | .00 | .00 | 48.87 | .00 | 3329 | REGULAR |
| 11/10/16 | PECO | 41.95 | .00 | .00 | 41.95 | .00 | 3329 | REGULAR |
| 11/10/16 | PECO | 28.64 | .00 | .00 | 28.64 | .00 | 3329 | REGULAR |
| 11/10/16 | PENNSYLVANIA STATE POLICE | 248.00 | .00 | .00 | 248.00 | .00 | 3330 | REGULAR |
| 11/10/16 | PHILIPS HEALTHCARE | 3,225.00 | .00 | .00 | 3,225.00 | .00 | 3331 | REGULAR |
| 11/10/16 | PHILIPS HEALTHCARE | 3,434.00 | .00 | .00 | 3,434.00 | .00 | 3331 | REGULAR |
| 11/10/16 | PEARSON CLINICAL . | 92.50 | .00 | .00 | 92.50 | .00 | 3332 | REGULAR |
| 11/10/16 | ROCHESTER MIDLAND CORPORATION | 4,332.18 | .00 | .00 | 4,332.18 | .00 | 3333 | REGULAR |
| 11/10/16 | UNITED ELECTRIC SUPPLY CO | 3,255.53 | .00 | .00 | 3,255.53 | .00 | 3334 | REGULAR |
| 11/14/16 | BUSINESS CARD | 3,000.00 | .00 | .00 | 3,000.00 | .00 | 3335 | REGULAR |
| 11/14/16 | DION & GOLDBERGER, ATTORNEYS A | 4,600.00 | .00 | .00 | 4,600.00 | .00 | 3336 | REGULAR |
| 11/14/16 | HUBERT COMPANY | 139.79 | .00 | .00 | 139.79 | .00 | 3337 | REGULAR |
| 11/14/16 | OPTUM | 93.46 | .00 | .00 | 93.46 | .00 | 3338 | REGULAR |
| 11/14/16 | OPTUM | 86.21 | .00 | .00 | 86.21 | .00 | 3338 | REGULAR |
| 11/14/16 | ORKIN | 973.62 | .00 | .00 | 973.62 | .00 | 3339 | REGULAR |
| 11/14/16 | PACIFIC TELEMANAGEMENT | 211.23 | .00 | .00 | 211.23 | .00 | 3340 | REGULAR |
| 11/14/16 | PECO | 1,624.13 | .00 | .00 | 1,624.13 | .00 | 3341 | REGULAR |
| 11/14/16 | THE PLAN B CO. INC. | 29.42 | .00 | .00 | 29.42 | .00 | 3342 | REGULAR |

APMONTH
. HOSPITAL: 0310
USER: NPHTORLAN

NORTH PHILADELPHIA HEALTH SYSTEM
Month End Check Register
CITIZENS BANK
For Month Ended 11/30/16

PAGE:    3
DATE: 12/06/16
TIME: 15:30:33

| DATE PAID | PAYEE | GROSS AMOUNT | DISCOUNT | W/H TAXES | NET AMOUNT | DISC LOST | CHECK | STATUS |
|-----------|-------|-------------:|---------:|----------:|-----------:|----------:|-------|--------|
| 11/14/16 | VERIZON | 252.08 | .00 | .00 | 252.08 | .00 | 3343 | REGULAR |
| 11/17/16 | ADP | 1,231.36 | .00 | .00 | 1,231.36 | .00 | 3344 | REGULAR |
| 11/17/16 | ADP | 210.96 | .00 | .00 | 210.96 | .00 | 3344 | REGULAR |
| 11/17/16 | ADP | 6,276.98 | .00 | .00 | 6,276.98 | .00 | 3344 | REGULAR |
| 11/17/16 | ADP | 522.92 | .00 | .00 | 522.92 | .00 | 3344 | REGULAR |
| 11/17/16 | ADP | 1,272.99 | .00 | .00 | 1,272.99 | .00 | 3344 | REGULAR |
| 11/17/16 | ADP | 274.88 | .00 | .00 | 274.88 | .00 | 3344 | REGULAR |
| 11/17/16 | ALAN HOFFMANN | 6,000.00 | .00 | .00 | 6,000.00 | .00 | 3345 | REGULAR |
| 11/17/16 | AT & T | 820.12 | .00 | .00 | 820.12 | .00 | 3346 | REGULAR |
| 11/17/16 | BP BUSINESS SOLUTIONS | 780.84 | .00 | .00 | 780.84 | .00 | 3347 | REGULAR |
| 11/17/16 | BUNZL INDUSTRIES | 2,398.88 | .00 | .00 | 2,398.88 | .00 | 3348 | REGULAR |
| 11/17/16 | COVERYS | 8,750.75 | .00 | .00 | 8,750.75 | .00 | 3349 | REGULAR |
| 11/17/16 | ELENA KARZOVA MD | 1,029.38 | .00 | .00 | 1,029.38 | .00 | 3350 | REGULAR |
| 11/17/16 | FEDEX | 35.26 | .00 | .00 | 35.26 | .00 | 3351 | REGULAR |
| 11/17/16 | FEDEX | 19.49 | .00 | .00 | 19.49 | .00 | 3351 | REGULAR |
| 11/17/16 | FEDEX | 76.81 | .00 | .00 | 76.81 | .00 | 3351 | REGULAR |
| 11/17/16 | FIRST INSURANCE FUNDING | 3,817.40 | .00 | .00 | 3,817.40 | .00 | 3352 | REGULAR |
| 11/17/16 | GLAXOSMITHKINE | 4,085.20 | .00 | .00 | 4,085.20 | .00 | 3353 | REGULAR |
| 11/17/16 | HEAVEN SENT WORLDWIDE | 58.42 | .00 | .00 | 58.42 | .00 | 3354 | REGULAR |
| 11/17/16 | ILIA NIKHINSON MD | 1,180.65 | .00 | .00 | 1,180.65 | .00 | 3355 | REGULAR |
| 11/17/16 | ILIA NIKHINSON MD | 1,180.65 | .00 | .00 | 1,180.65 | .00 | 3355 | REGULAR |
| 11/17/16 | JASMINE GILL | 1,154.00 | .00 | .00 | 1,154.00 | .00 | 3356 | REGULAR |
| 11/17/16 | LINCOLN AUTOMATIVE | 1,173.12 | .00 | .00 | 1,173.12 | .00 | 3357 | REGULAR |
| 11/17/16 | LISA M MALDONADO MD | 817.80 | .00 | .00 | 817.80 | .00 | 3358 | REGULAR |
| 11/17/16 | PECO | 107.78 | .00 | .00 | 107.78 | .00 | 3359 | REGULAR |
| 11/17/16 | PECO | 548.46 | .00 | .00 | 548.46 | .00 | 3359 | REGULAR |
| 11/17/16 | STERIS CORP. | 442.57 | .00 | .00 | 442.57 | .00 | 3360 | REGULAR |
| 11/17/16 | SIGNATURE FINANCIAL | 391.00 | .00 | .00 | 391.00 | .00 | 3361 | REGULAR |
| 11/17/16 | TELEHEALTH SERVICES | 281.25 | .00 | .00 | 281.25 | .00 | 3362 | REGULAR |
| 11/17/16 | UNITED CONCORDIA | 15,092.73 | .00 | .00 | 15,092.73 | .00 | 3363 | REGULAR |
| 11/17/16 | UNUM | 4,401.00 | .00 | .00 | 4,401.00 | .00 | 3364 | REGULAR |
| 11/17/16 | WATER REVENUE BUREAU | 919.69 | .00 | .00 | 919.69 | .00 | 3365 | REGULAR |
| 11/17/16 | WATER REVENUE BUREAU | 16.35 | .00 | .00 | 16.35 | .00 | 3365 | REGULAR |
| 11/17/16 | WATER REVENUE BUREAU | 48.65 | .00 | .00 | 48.65 | .00 | 3365 | REGULAR |
| 11/21/16 | ABBOTT LABORATORIES | 93.00 | .00 | .00 | 93.00 | .00 | 3366 | REGULAR |
| 11/21/16 | BUSINESS CARD | 214.70 | .00 | .00 | 214.70 | .00 | 3367 | REGULAR |
| 11/21/16 | CITIZENS BANK | 500.00 | .00 | .00 | 500.00 | .00 | 3368 | REGULAR |
| 11/21/16 | COLLEGE BOUND FUND | 112.00 | .00 | .00 | 112.00 | .00 | 3369 | REGULAR |
| 11/21/16 | EMERGENCY SYSTEMS | 642.00 | .00 | .00 | 642.00 | .00 | 3370 | REGULAR |
| 11/21/16 | ENERGY PRODUCTS | 814.97 | .00 | .00 | 814.97 | .00 | 3371 | REGULAR |
| 11/21/16 | HOME DEPOT | 844.50 | .00 | .00 | 844.50 | .00 | 3372 | REGULAR |
| 11/21/16 | INTOXIMETERS, INC. | 494.50 | .00 | .00 | 494.50 | .00 | 3373 | REGULAR |
| 11/21/16 | INTERNATIONAL UNION-SPFPA | 638.29 | .00 | .00 | 638.29 | .00 | 3374 | REGULAR |
| 11/21/16 | MAINLINE BEHAVIORAL HLTH | 355.68 | .00 | .00 | 355.68 | .00 | 3375 | REGULAR |
| 11/21/16 | MID ATLANTIC TRUST CO. | 19,554.11 | .00 | .00 | 19,554.11 | .00 | 3376 | REGULAR |
| 11/21/16 | MIDLAND LIFE INSURANCE | 64.42 | .00 | .00 | 64.42 | .00 | 3377 | REGULAR |
| 11/21/16 | PECO | 102.05 | .00 | .00 | 102.05 | .00 | 3378 | REGULAR |
| 11/21/16 | PROVIDENT LIFE & ACCIDENT | 622.98 | .00 | .00 | 622.98 | .00 | 3379 | REGULAR |
| 11/21/16 | PROVIDENT LIFE & ACCIDENT | 1,740.52 | .00 | .00 | 1,740.52 | .00 | 3379 | REGULAR |
| 11/21/16 | PROVIDENT LIFE & ACCIDENT | 1,369.83 | .00 | .00 | 1,369.83 | .00 | 3379 | REGULAR |
| 11/21/16 | ROCHE DIAGNOSTICS CORP. | 728.96 | .00 | .00 | 728.96 | .00 | 3380 | REGULAR |
| 11/21/16 | TELEHEALTH SERVICES | 489.79 | .00 | .00 | 489.79 | .00 | 3381 | REGULAR |
| 11/21/16 | TELEHEALTH SERVICES | 418.25 | .00 | .00 | 418.25 | .00 | 3381 | REGULAR |

```
APMONTH                                                                                                           PAGE:      4
. HOSPITAL: 0310                              NORTH PHILADELPHIA HEALTH SYSTEM                                     DATE: 12/06/16
  USER: NPHTORLAN                                 Month End Check Register                                        TIME: 15:30:33
                                                       CITIZENS BANK
                                                  For Month Ended 11/30/16

DATE PAID  PAYEE                    GROSS AMOUNT        DISCOUNT        W/H TAXES         NET AMOUNT     DISC LOST   CHECK   STATUS
---------  -----                    ------------        --------        ---------         ----------     ---------   -----   ------
11/21/16   WASTE MANAGEMENT            1,787.88             .00              .00            1,767.88          .00   3382    REGULAR
11/21/16   WASTE MANAGEMENT              232.92             .00              .00              232.92          .00   3382    REGULAR
11/21/16   WATER REVENUE BUREAU          48.65             .00              .00               48.65          .00   3383    REGULAR
11/21/16   WATER REVENUE BUREAU         766.37             .00              .00              766.37          .00   3383    REGULAR
11/21/16   WFX BANK                   1,689.44             .00              .00            1,689.44          .00   3384    REGULAR
11/21/16   SAMIR-UL-HASSAN            1,600.00             .00              .00            1,600.00          .00   3385    VOID
11/21/16   AISHA NEAL                   680.00             .00              .00              680.00          .00   3386    REGULAR
11/21/16   AISHA NEAL                   680.00             .00              .00              680.00          .00   3386    REGULAR
11/21/16   BOSTON MUTUAL LIFE         3,838.71             .00              .00            3,838.71          .00   3387    REGULAR
11/21/16   SUNZI INDUSTRIES           3,435.73             .00              .00            3,435.73          .00   3388    REGULAR
11/21/16   MOHAMMAD SAYEED            1,600.00             .00              .00            1,600.00          .00   3389    REGULAR
11/23/16   A.C. FENCE AND IRONWORK    2,525.00             .00              .00            2,525.00          .00   3390    REGULAR
11/23/16   ECONOMY RESTAURANT & BAR   6,000.00             .00              .00            6,000.00          .00   3391    REGULAR
11/28/16   AMERICAN CANCER SOCIETY       55.28             .00              .00               55.28          .00   3392    REGULAR
11/28/16   BUSINESS CARD                 40.00             .00              .00               40.00          .00   3393    REGULAR
11/28/16   CITIZENS BANK               500.00             .00              .00              500.00          .00   3394    REGULAR
11/28/16   COLLEGE BOUND FUND          112.00             .00              .00              112.00          .00   3395    REGULAR
11/28/16   COMCAST CABLEVISION         277.96             .00              .00              277.96          .00   3396    REGULAR
11/28/16   DION,SOLOMON & SHAPIRO, L.L.C 3,500.00          .00              .00            3,500.00          .00   3397    REGULAR
11/28/16   ENVIRONMENTAL &            2,980.00             .00              .00            2,980.00          .00   3398    REGULAR
11/28/16   FEDEX                       108.77             .00              .00              108.77          .00   3399    REGULAR
11/28/16   FORD MOTOR CREDIT CO        378.95             .00              .00              378.95          .00   3400    REGULAR
11/28/16   KOLS CONTAINER INC.         133.19             .00              .00              133.19          .00   3401    REGULAR
11/28/16   MID ATLANTIC TRUST CO.    19,926.13             .00              .00           19,926.13          .00   3402    REGULAR
11/28/16   MIDLAND LIFE INSURANCE        64.42             .00              .00               64.42          .00   3403    REGULAR
11/28/16   NATIONAL UNION            9,802.67             .00              .00            9,802.67          .00   3404    REGULAR
11/28/16   NATIONAL UNION               53.50             .00              .00               53.50          .00   3404    REGULAR
11/28/16   NORTHEAST FENCE & IRON     2,271.00             .00              .00            2,271.00          .00   3405    REGULAR
11/28/16   NATIONAL UNION OF HOSPITAL & H 2,938.80         .00              .00            2,938.80          .00   3406    REGULAR
11/28/16   NATIONAL UNION OF HOSPITAL & H   85.40CR        .00              .00               85.40CR        .00   3406    REGULAR
11/28/16   PENNA SOCIAL SERVICES      1,580.06             .00              .00            1,580.06          .00   3407    REGULAR
11/28/16   UNION CENTRAL LIFE INS. C     47.49             .00              .00               47.49          .00   3408    REGULAR
11/28/16   VERIZON WIRELESS           3,187.06             .00              .00            3,187.06          .00   3409    REGULAR
11/28/16   WATER REVENUE BUREAU        982.17             .00              .00              982.17          .00   3410    REGULAR


BANK              GROSS TOTAL         DISC TAKEN         W/H TAXES          NET TOTAL       DISC. NOT TAKEN
VOID               1,600.00               .00              .00            1,600.00               .00
MANUAL                  .00               .00              .00                  .00               .00
REGULAR          288,101.82               .00              .00          288,101.82               .00
ELECTRONIC              .00               .00              .00                  .00               .00
DEMAND                  .00               .00              .00                  .00               .00
TOTAL            289,701.82               .00              .00          289,701.82               .00


TOTAL # OF VOID CHECKS:        1
TOTAL # OF MANUAL CHECKS:      0
TOTAL # OF REGULAR CHECKS:   121
TOTAL # OF ELECTRONIC CHECKS:  0
TOTAL # OF DEMAND CHECKS:      0
TOTAL # OF CHECKS:           122
```

APMONTH
HOSPITAL: 0310
USER:  NPHYORLAN

NORTH PHILADELPHIA HEALTH SYSTEM
Month End Check Register

For Month Ended 11/30/16

PAGE:        5
DATE: 12/06/16
TIME: 15:30:33

| DATE PAID PAYEE | | GROSS AMOUNT | DISCOUNT | W/H TAXES | NET AMOUNT | DISC LOST | CHECK | STATUS |
|---|---|---|---|---|---|---|---|---|
| HOSPITAL | GROSS TOTAL | DISC TAKEN | W/H TAXES | NET TOTAL | DISC. NOT TAKEN | | | |
| VOID | 1,600.00 | .00 | .00 | 1,600.00 | .00 | | | |
| MANUAL | .00 | .00 | .00 | .00 | .00 | | | |
| REGULAR | 288,101.82 | .00 | .00 | 288,101.82 | .00 | | | |
| ELECTRONIC | .00 | .00 | .00 | .00 | .00 | | | |
| DEMAND | .00 | .00 | .00 | .00 | .00 | | | |
| TOTAL | 289,701.82 | .00 | .00 | 289,701.82 | .00 | | | |

| | |
|---|---|
| TOTAL # OF VOID CHECKS: | 1 |
| TOTAL # OF MANUAL CHECKS: | 0 |
| TOTAL # OF REGULAR CHECKS: | 121 |
| TOTAL # OF ELECTRONIC CKECKS: | 0 |
| TOTAL # OF DEMAND CHECKS: | 0 |
| TOTAL # OF CHECKS: | 122 |

```
APMONTH

USER:  NPNTORLAN                                Month End Check Register                            PAGE:        6
                                                                                                   DATE: 12/06/16
                                                For Month Ended 11/30/16                            TIME: 15:30:33

DATE PAID  PAYEE                      GROSS AMOUNT      DISCOUNT       W/H TAXES      NET AMOUNT    DISC LOST   CHECK   STATUS
---------  ----------------------    ------------      --------       ---------      ----------    ---------   -----   ------------


           GRAND TOTAL    GROSS TOTAL    DISC TAKEN       W/H TAXES       NET TOTAL     DISC. NOT TAKEN
           VOID             1,600.00          .00             .00        1,600.00              .00
           MANUAL                .00          .00             .00              .00             .00
           REGULAR        288,101.82          .00             .00      288,101.82             .00
           ELECTRONIC           .00          .00             .00              .00             .00
           DEMAND               .00          .00             .00              .00             .00
           TOTAL          289,701.82          .00             .00      289,701.82             .00

           TOTAL # OF VOID CHECKS:           1
           TOTAL # OF MANUAL CHECKS:         0
           TOTAL # OF REGULAR CHECKS:      121
           TOTAL # OF ELECTRONIC CHECKS:     0
           TOTAL # OF DEMAND CHECKS:         0
           TOTAL # OF CHECKS:              122
```

```
AP0P75                                                                          PAGE:        1
                                                                                DATE:    12/06/16
USER:  NPHTORLAN                    MONITOR A/P MONTH END CLOSE                  TIME:    15:30:27


                              POST RECURRING       CLOSING        NEXT MONTH END
                HOSPITAL         ENTRIES        MONTH END DATE      CLOSE DATE
                --------     ---------------    --------------    ---------------

                  0310             N               11/30/16          12/31/16


                      *** E N D   O F   R E P O R T ***
```

APMONTH
HOSPITAL: 0310
USER: NPHTORLAN

NORTH PHILADELPHIA HEALTH SYSTEM
Month End Check Register
CITIZENS BANK
For Month Ended 12/31/16

PAGE:        1
DATE:  1/06/17
TIME:  15:13:01

| DATE PAID | PAYEE | GROSS AMOUNT | DISCOUNT | W/H TAXES | NET AMOUNT | DISC LOST | CHECK | STATUS |
|-----------|-------|-------------|----------|-----------|------------|-----------|-------|--------|
| 12/02/16 | NPP EXECUTIVE BENEFITS | 3,264.00 | .00 | .00 | 3,264.00 | .00 | 3411 | REGULAR |
| 12/05/16 | BUNZL INDUSTRIES | 2,249.68 | .00 | .00 | 2,249.68 | .00 | 3412 | REGULAR |
| 12/05/16 | FDR SERVICES CORP. | 1,859.15 | .00 | .00 | 1,859.15 | .00 | 3413 | REGULAR |
| 12/05/16 | JOHN CARDULLO & SONS INC. | 9,250.00 | .00 | .00 | 9,250.00 | .00 | 3414 | REGULAR |
| 12/05/16 | KANSAS CITY LIFE INSURANC | 2,015.93 | .00 | .00 | 2,015.93 | .00 | 3415 | REGULAR |
| 12/05/16 | MOHAMAD SAYEED | 400.00 | .00 | .00 | 400.00 | .00 | 3416 | REGULAR |
| 12/05/16 | RR DONNELLEY | 312.06 | .00 | .00 | 312.06 | .00 | 3417 | REGULAR |
| 12/05/16 | AISHA NEAL | 710.00 | .00 | .00 | 710.00 | .00 | 3418 | REGULAR |
| 12/06/16 | AXION | 1,216.00 | .00 | .00 | 1,216.00 | .00 | 3419 | REGULAR |
| 12/06/16 | AXION | 1,520.00 | .00 | .00 | 1,520.00 | .00 | 3419 | REGULAR |
| 12/06/16 | AXION | 3,040.00 | .00 | .00 | 3,040.00 | .00 | 3419 | REGULAR |
| 12/06/16 | AXION | 1,520.00 | .00 | .00 | 1,520.00 | .00 | 3419 | REGULAR |
| 12/06/16 | AXION | 1,520.00 | .00 | .00 | 1,520.00 | .00 | 3419 | REGULAR |
| 12/06/16 | AXION | 1,520.00 | .00 | .00 | 1,520.00 | .00 | 3419 | REGULAR |
| 12/06/16 | AXION | 1,520.00 | .00 | .00 | 1,520.00 | .00 | 3419 | REGULAR |
| 12/06/16 | BUNZL INDUSTRIES | 2,378.62 | .00 | .00 | 2,378.62 | .00 | 3420 | REGULAR |
| 12/06/16 | BUNZL INDUSTRIES | 1,593.84 | .00 | .00 | 1,593.84 | .00 | 3420 | REGULAR |
| 12/06/16 | FDR SERVICES CORP. | 1,880.09 | .00 | .00 | 1,880.09 | .00 | 3421 | REGULAR |
| 12/06/16 | FDR SERVICES CORP. | 2,080.43 | .00 | .00 | 2,080.43 | .00 | 3421 | REGULAR |
| 12/06/16 | FDR SERVICES CORP. | 1,616.92 | .00 | .00 | 1,616.92 | .00 | 3421 | REGULAR |
| 12/06/16 | FDR SERVICES CORP. | 1,933.85 | .00 | .00 | 1,933.85 | .00 | 3421 | REGULAR |
| 12/06/16 | FDR SERVICES CORP. | 1,040.22 | .00 | .00 | 1,040.22 | .00 | 3421 | REGULAR |
| 12/06/16 | FDR SERVICES CORP. | 1,511.09 | .00 | .00 | 1,511.09 | .00 | 3421 | REGULAR |
| 12/06/16 | S.E.P.T.A. | 360.00 | .00 | .00 | 360.00 | .00 | 3422 | REGULAR |
| 12/08/16 | CENTURION MEDICAL | 1,880.64 | .00 | .00 | 1,880.64 | .00 | 3423 | REGULAR |
| 12/08/16 | CENTURION MEDICAL | 358.90 | .00 | .00 | 358.90 | .00 | 3423 | REGULAR |
| 12/08/16 | CENTURION MEDICAL | 268.95 | .00 | .00 | 268.95 | .00 | 3423 | REGULAR |
| 12/08/16 | CENTURION MEDICAL | 1,078.50 | .00 | .00 | 1,078.50 | .00 | 3423 | REGULAR |
| 12/08/16 | CENTURION MEDICAL | 940.32 | .00 | .00 | 940.32 | .00 | 3423 | REGULAR |
| 12/08/16 | CENTURION MEDICAL | 3,330.00 | .00 | .00 | 3,330.00 | .00 | 3423 | REGULAR |
| 12/08/16 | CENTURION MEDICAL | 180.55 | .00 | .00 | 180.55 | .00 | 3423 | REGULAR |
| 12/08/16 | CENTURION MEDICAL | 714.90 | .00 | .00 | 714.90 | .00 | 3423 | REGULAR |
| 12/08/16 | CENTURION MEDICAL | 125.30CR | .00 | .00 | 125.30CR | .00 | 3423 | REGULAR |
| 12/08/16 | FEDEX | 35.35 | .00 | .00 | 35.35 | .00 | 3424 | REGULAR |
| 12/08/16 | FEDEX | 88.64 | .00 | .00 | 88.64 | .00 | 3424 | REGULAR |
| 12/08/16 | HEAVEN SENT WORLDWIDE | 26.80 | .00 | .00 | 26.80 | .00 | 3425 | REGULAR |
| 12/08/16 | KANSAS CITY LIFE INSURANC | 1,671.00 | .00 | .00 | 1,671.00 | .00 | 3426 | REGULAR |
| 12/08/16 | MEDLINE INDUSTRIES INC. | 2,260.58 | .00 | .00 | 2,260.58 | .00 | 3427 | REGULAR |
| 12/08/16 | MEDLINE INDUSTRIES INC. | 93.61 | .00 | .00 | 93.61 | .00 | 3427 | REGULAR |
| 12/08/16 | MEDLINE INDUSTRIES INC. | 503.03 | .00 | .00 | 503.03 | .00 | 3427 | REGULAR |
| 12/08/16 | MEDLINE INDUSTRIES INC. | 7,496.75 | .00 | .00 | 7,496.75 | .00 | 3427 | REGULAR |
| 12/08/16 | MEDLINE INDUSTRIES INC. | 97.52CR | .00 | .00 | 97.52CR | .00 | 3427 | REGULAR |
| 12/08/16 | MEDLINE INDUSTRIES INC. | 59.52CR | .00 | .00 | 59.52CR | .00 | 3427 | REGULAR |
| 12/08/16 | MARVIN WHITE | 165.50 | .00 | .00 | 165.50 | .00 | 3428 | REGULAR |
| 12/08/16 | PAETEC | 877.05 | .00 | .00 | 877.05 | .00 | 3429 | REGULAR |
| 12/08/16 | PECO | 57.14 | .00 | .00 | 57.14 | .00 | 3430 | REGULAR |
| 12/08/16 | PECO | 28.64 | .00 | .00 | 28.64 | .00 | 3430 | REGULAR |
| 12/08/16 | PURCHASE POWER | 131.32 | .00 | .00 | 131.32 | .00 | 3431 | REGULAR |
| 12/08/16 | WASTE MANAGEMENT | 230.00 | .00 | .00 | 230.00 | .00 | 3432 | REGULAR |
| 12/08/16 | WASTE MANAGEMENT | 230.00 | .00 | .00 | 230.00 | .00 | 3432 | REGULAR |
| 12/08/16 | WASTE MANAGEMENT | 675.12 | .00 | .00 | 675.12 | .00 | 3432 | REGULAR |
| 12/06/16 | BUNZL INDUSTRIES | 1,227.48 | .00 | .00 | 1,227.48 | .00 | 3433 | REGULAR |

| DATE PAID | PAYEE | GROSS AMOUNT | DISCOUNT | W/H TAXES | NET AMOUNT | DISC LOST | CHECK | STATUS |
|-----------|-------|-------------|----------|-----------|------------|-----------|-------|--------|
| 12/12/16 | MERION PUMP & EQUIPMENT | 381.24 | .00 | .00 | 381.24 | .00 | 3434 | REGULAR |
| 12/12/16 | MERION PUMP & EQUIPMENT | 246.60 | .00 | .00 | 246.60 | .00 | 3434 | REGULAR |
| 12/12/16 | RONALD TYREE | 500.00 | .00 | .00 | 500.00 | .00 | 3435 | REGULAR |
| 12/12/16 | S.E.P.T.A. | 360.00 | .00 | .00 | 360.00 | .00 | 3436 | REGULAR |
| 12/12/16 | VERIZON | 252.08 | .00 | .00 | 252.08 | .00 | 3437 | REGULAR |
| 12/12/16 | WASTE MANAGEMENT | 684.55 | .00 | .00 | 684.55 | .00 | 3438 | REGULAR |
| 12/15/16 | 3M | 20,948.20 | .00 | .00 | 20,948.20 | .00 | 3439 | REGULAR |
| 12/15/16 | 3M | 9,508.19 | .00 | .00 | 9,508.19 | .00 | 3439 | REGULAR |
| 12/15/16 | ABILITY NETWORK INC | 1,280.00 | .00 | .00 | 1,280.00 | .00 | 3440 | REGULAR |
| 12/15/16 | ABILITY NETWORK INC | 1,280.00 | .00 | .00 | 1,280.00 | .00 | 3440 | REGULAR |
| 12/15/16 | ABILITY NETWORK INC | 1,280.00 | .00 | .00 | 1,280.00 | .00 | 3440 | REGULAR |
| 12/15/16 | ADP | 6,852.75 | .00 | .00 | 6,852.75 | .00 | 3441 | REGULAR |
| 12/15/16 | ADP | 501.81 | .00 | .00 | 501.81 | .00 | 3441 | REGULAR |
| 12/15/16 | ADP | 1,272.99 | .00 | .00 | 1,272.99 | .00 | 3441 | REGULAR |
| 12/15/16 | ADP | 315.16 | .00 | .00 | 315.16 | .00 | 3441 | REGULAR |
| 12/15/16 | ADP | 417.54 | .00 | .00 | 417.54 | .00 | 3441 | REGULAR |
| 12/15/16 | ADP | 1,233.57 | .00 | .00 | 1,233.57 | .00 | 3441 | REGULAR |
| 12/15/16 | ALAN HOFFMANN | 6,000.00 | .00 | .00 | 6,000.00 | .00 | 3442 | REGULAR |
| 12/15/16 | BOSTON MUTUAL LIFE | 3,765.96 | .00 | .00 | 3,765.96 | .00 | 3443 | REGULAR |
| 12/15/16 | BRINK`S INCORPORATED | 585.43 | .00 | .00 | 585.43 | .00 | 3444 | REGULAR |
| 12/15/16 | BRINK`S INCORPORATED | 585.43 | .00 | .00 | 585.43 | .00 | 3444 | REGULAR |
| 12/15/16 | BRINK`S INCORPORATED | 585.43 | .00 | .00 | 585.43 | .00 | 3444 | REGULAR |
| 12/15/16 | BRINK`S INCORPORATED | 585.43 | .00 | .00 | 585.43 | .00 | 3444 | REGULAR |
| 12/15/16 | BRINK`S INCORPORATED | 585.43 | .00 | .00 | 585.43 | .00 | 3444 | REGULAR |
| 12/15/16 | BRINK`S INCORPORATED | 1,170.86 | .00 | .00 | 1,170.86 | .00 | 3444 | REGULAR |
| 12/15/16 | BUNZL INDUSTRIES | 998.61 | .00 | .00 | 998.61 | .00 | 3445 | REGULAR |
| 12/15/16 | BUSINESS CARD | 3,000.00 | .00 | .00 | 3,000.00 | .00 | 3446 | REGULAR |
| 12/15/16 | CHG-MERIDIAN USA CORP | 3,313.36 | .00 | .00 | 3,313.36 | .00 | 3447 | REGULAR |
| 12/15/16 | CHG-MERIDIAN USA CORP | 3,313.36 | .00 | .00 | 3,313.36 | .00 | 3447 | REGULAR |
| 12/15/16 | CHG-MERIDIAN USA CORP | 3,313.36 | .00 | .00 | 3,313.36 | .00 | 3447 | REGULAR |
| 12/15/16 | CITIZENS BANK | 500.00 | .00 | .00 | 500.00 | .00 | 3448 | REGULAR |
| 12/15/16 | COLLEGE BOUND FUND | 112.00 | .00 | .00 | 112.00 | .00 | 3449 | REGULAR |
| 12/15/16 | COVERYS | 5,804.88 | .00 | .00 | 5,804.88 | .00 | 3450 | REGULAR |
| 12/15/16 | DION & GOLDBERGER, ATTORNEYS A | 4,600.00 | .00 | .00 | 4,600.00 | .00 | 3451 | REGULAR |
| 12/15/16 | FIRST INSURANCE FUNDING | 1,730.38 | .00 | .00 | 1,730.38 | .00 | 3452 | REGULAR |
| 12/15/16 | GALLAGHER BENEFIT | 175.00 | .00 | .00 | 175.00 | .00 | 3453 | REGULAR |
| 12/15/16 | HEAVEN SENT WORLDWIDE | 10.68 | .00 | .00 | 10.68 | .00 | 3454 | REGULAR |
| 12/15/16 | MAINLINE BEHAVIORAL HLTH | 355.68 | .00 | .00 | 355.68 | .00 | 3455 | REGULAR |
| 12/15/16 | MID ATLANTIC TRUST CO. | 19,924.11 | .00 | .00 | 19,924.11 | .00 | 3456 | REGULAR |
| 12/15/16 | MIDLAND LIFE INSURANCE | 64.42 | .00 | .00 | 64.42 | .00 | 3458 | REGULAR |
| 12/15/16 | OFFICE BASICS, INC. | 57.96CR | .00 | .00 | 57.96CR | .00 | 3459 | REGULAR |
| 12/15/16 | OFFICE BASICS, INC. | 1,180.00 | .00 | .00 | 1,180.00 | .00 | 3459 | REGULAR |
| 12/15/16 | OFFICE BASICS, INC. | 5.99 | .00 | .00 | 5.99 | .00 | 3459 | REGULAR |
| 12/15/16 | OFFICE BASICS, INC. | 159.98 | .00 | .00 | 159.98 | .00 | 3459 | REGULAR |
| 12/15/16 | OFFICE BASICS, INC. | 25.49 | .00 | .00 | 25.49 | .00 | 3459 | REGULAR |
| 12/15/16 | OFFICE BASICS, INC. | 32.20 | .00 | .00 | 32.20 | .00 | 3459 | REGULAR |
| 12/15/16 | OFFICE BASICS, INC. | 26.22 | .00 | .00 | 26.22 | .00 | 3459 | REGULAR |
| 12/15/16 | OFFICE BASICS, INC. | 8.37 | .00 | .00 | 8.37 | .00 | 3459 | REGULAR |
| 12/15/16 | OFFICE BASICS, INC. | 3.95 | .00 | .00 | 3.95 | .00 | 3459 | REGULAR |
| 12/15/16 | OFFICE BASICS, INC. | 61.25 | .00 | .00 | 61.25 | .00 | 3459 | REGULAR |
| 12/15/16 | OFFICE BASICS, INC. | 112.13 | .00 | .00 | 112.13 | .00 | 3459 | REGULAR |
| 12/15/16 | OFFICE BASICS, INC. | 42.84 | .00 | .00 | 42.84 | .00 | 3459 | REGULAR |
| 12/15/16 | OFFICE BASICS, INC. | 55.75 | .00 | .00 | 55.75 | .00 | 3459 | REGULAR |

```
APMONTH                                         NORTH PHILADELPHIA HEALTH SYSTEM                        PAGE:      3
HOSPITAL: 0310.                                    Month End Check Register                            DATE:  1/06/17
USER: NPHTORLAN                                         CITIZENS BANK                                   TIME: 15:13:01
                                                   For Month Ended 12/31/16
```

| DATE PAID | PAYEE | GROSS AMOUNT | DISCOUNT | W/H TAXES | NET AMOUNT | DISC LOST | CHECK | STATUS |
|-----------|-------|-------------:|---------:|----------:|-----------:|----------:|-------|--------|
| 12/15/16 | OFFICE BASICS, INC. | 5.99 | .00 | .00 | 5.99 | .00 | 3459 | REGULAR |
| 12/15/16 | OFFICE BASICS, INC. | 2.55 | .00 | .00 | 2.55 | .00 | 3459 | REGULAR |
| 12/15/16 | OFFICE BASICS, INC. | 2.55 | .00 | .00 | 2.55 | .00 | 3459 | REGULAR |
| 12/15/16 | OFFICE BASICS, INC. | 33.10 | .00 | .00 | 33.10 | .00 | 3459 | REGULAR |
| 12/15/16 | OFFICE BASICS, INC. | 1,180.00 | .00 | .00 | 1,180.00 | .00 | 3459 | REGULAR |
| 12/15/16 | OFFICE BASICS, INC. | 9.18 | .00 | .00 | 9.18 | .00 | 3459 | REGULAR |
| 12/15/16 | OFFICE BASICS, INC. | 59.90 | .00 | .00 | 59.90 | .00 | 3459 | REGULAR |
| 12/15/16 | OFFICE BASICS, INC. | 79.99 | .00 | .00 | 79.99 | .00 | 3459 | REGULAR |
| 12/15/16 | OFFICE BASICS, INC. | 104.88 | .00 | .00 | 104.88 | .00 | 3459 | REGULAR |
| 12/15/16 | OFFICE BASICS, INC. | 50.98 | .00 | .00 | 50.98 | .00 | 3459 | REGULAR |
| 12/15/16 | PECO | 47.55 | .00 | .00 | 47.55 | .00 | 3460 | REGULAR |
| 12/15/16 | PENNSYLVANIA STATE POLICE | 240.00 | .00 | .00 | 240.00 | .00 | 3461 | REGULAR |
| 12/15/16 | PROVIDENT LIFE & ACCIDENT | 1,407.63 | .00 | .00 | 1,407.63 | .00 | 3462 | REGULAR |
| 12/15/16 | PROVIDENT LIFE & ACCIDENT | 619.95 | .00 | .00 | 619.95 | .00 | 3462 | REGULAR |
| 12/15/16 | PROVIDENT LIFE & ACCIDENT | 1,802.92 | .00 | .00 | 1,802.92 | .00 | 3462 | REGULAR |
| 12/15/16 | PREFERRRED MEDICAL TRANSPORT | 4,962.00 | .00 | .00 | 4,962.00 | .00 | 3463 | REGULAR |
| 12/15/16 | SIGNATURE FINANCIAL | 391.00 | .00 | .00 | 391.00 | .00 | 3464 | REGULAR |
| 12/15/16 | UNITED STATES DEPARTMENT OF TR | 207.20 | .00 | .00 | 207.20 | .00 | 3465 | REGULAR |
| 12/15/16 | UNITED STATES DEPARTMENT OF TR | 179.74 | .00 | .00 | 179.74 | .00 | 3465 | REGULAR |
| 12/15/16 | WASTE MANAGEMENT | 2,082.22 | .00 | .00 | 2,082.22 | .00 | 3466 | REGULAR |
| 12/15/16 | WASTE MANAGEMENT | 460.84 | .00 | .00 | 460.84 | .00 | 3466 | REGULAR |
| 12/15/16 | YOURMEMBERSHIP.COM | 337.50 | .00 | .00 | 337.50 | .00 | 3467 | REGULAR |
| 12/19/16 | ESOTERIX GENETIC | 3,930.39 | .00 | .00 | 3,930.39 | .00 | 3468 | REGULAR |
| 12/19/16 | HUBERT COMPANY | 73.65 | .00 | .00 | 73.65 | .00 | 3469 | REGULAR |
| 12/19/16 | KANSAS CITY LIFE INSURANC | 1,621.00 | .00 | .00 | 1,621.00 | .00 | 3470 | REGULAR |
| 12/19/16 | MOHAMMAD SAYEED | 400.00 | .00 | .00 | 400.00 | .00 | 3471 | REGULAR |
| 12/19/16 | METAFILE INFORMATION SYSTEMS I | 1,500.00 | .00 | .00 | 1,500.00 | .00 | 3472 | REGULAR |
| 12/19/16 | METAFILE INFORMATION SYSTEMS I | 1,500.00 | .00 | .00 | 1,500.00 | .00 | 3472 | REGULAR |
| 12/19/16 | PACIFIC TELEMANAGEMENT | 214.49 | .00 | .00 | 214.49 | .00 | 3473 | REGULAR |
| 12/19/16 | PECO | 108.20 | .00 | .00 | 108.20 | .00 | 3474 | REGULAR |
| 12/19/16 | PECO | 550.73 | .00 | .00 | 550.73 | .00 | 3474 | REGULAR |
| 12/19/16 | PECO | 1,595.80 | .00 | .00 | 1,595.80 | .00 | 3474 | REGULAR |
| 12/19/16 | SHRM | 199.00 | .00 | .00 | 199.00 | .00 | 3475 | REGULAR |
| 12/19/16 | WATER REVENUE BUREAU | 996.19 | .00 | .00 | 996.19 | .00 | 3476 | REGULAR |
| 12/19/16 | AISHA NEAL | 760.00 | .00 | .00 | 760.00 | .00 | 3477 | REGULAR |
| 12/22/16 | AMERITAS LIFE INSURANC3 | 4,294.75 | .00 | .00 | 4,294.75 | .00 | 3478 | REGULAR |
| 12/22/16 | BSB LEASING INC | 916.20 | .00 | .00 | 916.20 | .00 | 3479 | REGULAR |
| 12/22/16 | BSB LEASING INC | 916.20 | .00 | .00 | 916.20 | .00 | 3479 | REGULAR |
| 12/22/16 | BUNZL INDUSTRIES | 719.58 | .00 | .00 | 719.58 | .00 | 3480 | REGULAR |
| 12/22/16 | BUSINESS CARD | 39.00 | .00 | .00 | 39.00 | .00 | 3481 | REGULAR |
| 12/22/16 | FEDEX | 20.01 | .00 | .00 | 20.01 | .00 | 3482 | REGULAR |
| 12/22/16 | FEDEX | 180.67 | .00 | .00 | 180.67 | .00 | 3482 | REGULAR |
| 12/22/16 | HEAVEN SENT WORLDWIDE | 21.36 | .00 | .00 | 21.36 | .00 | 3483 | REGULAR |
| 12/22/16 | HEAVEN SENT WORLDWIDE | 21.36 | .00 | .00 | 21.36 | .00 | 3483 | REGULAR |
| 12/22/16 | KANSAS CITY LIFE INSURANC | 2,054.40 | .00 | .00 | 2,054.40 | .00 | 3484 | REGULAR |
| 12/22/16 | MALLINCKRODT, INC | 8,520.00 | .00 | .00 | 8,520.00 | .00 | 3485 | REGULAR |
| 12/22/16 | MEDLINE INDUSTRIES INC. | 439.06 | .00 | .00 | 439.06 | .00 | 3487 | REGULAR |
| 12/22/16 | MEDLINE INDUSTRIES INC. | 360.45 | .00 | .00 | 360.45 | .00 | 3487 | REGULAR |
| 12/22/16 | MEDLINE INDUSTRIES INC. | 254.55 | .00 | .00 | 254.55 | .00 | 3487 | REGULAR |
| 12/22/16 | MEDLINE INDUSTRIES INC. | 466.90 | .00 | .00 | 466.90 | .00 | 3487 | REGULAR |
| 12/22/16 | MEDLINE INDUSTRIES INC. | 951.91 | .00 | .00 | 951.91 | .00 | 3487 | REGULAR |
| 12/22/16 | MEDLINE INDUSTRIES INC. | 1,275.88 | .00 | .00 | 1,275.88 | .00 | 3487 | REGULAR |
| 12/22/16 | MEDLINE INDUSTRIES INC. | 1,088.57 | .00 | .00 | 1,088.57 | .00 | 3487 | REGULAR |

APMONTH
HOSPITAL: 0310
USER: NPHTORLAN

NORTH PHILADELPHIA HEALTH SYSTEM
Month End Check Register
CITIZENS BANK
For Month Ended 12/31/16

PAGE:        4
DATE:  1/06/17
TIME: 15:13:01

| DATE PAID | PAYEE | GROSS AMOUNT | DISCOUNT | W/H TAXES | NET AMOUNT | DISC LOST | CHECK | STATUS |
|-----------|-------|--------------|----------|-----------|------------|-----------|-------|--------|
| 12/22/16 | MEDLINE INDUSTRIES INC. | 440.70 | .00 | .00 | 440.70 | .00 | 3487 | REGULAR |
| 12/22/16 | MEDLINE INDUSTRIES INC. | 309.54 | .00 | .00 | 309.54 | .00 | 3487 | REGULAR |
| 12/22/16 | MEDLINE INDUSTRIES INC. | 2,034.10 | .00 | .00 | 2,034.10 | .00 | 3487 | REGULAR |
| 12/22/16 | MEDLINE INDUSTRIES INC. | 323.95 | .00 | .00 | 323.95 | .00 | 3487 | REGULAR |
| 12/22/16 | MEDLINE INDUSTRIES INC. | 311.54 | .00 | .00 | 311.54 | .00 | 3487 | REGULAR |
| 12/22/16 | MEDLINE INDUSTRIES INC. | 146.47 | .00 | .00 | 146.47 | .00 | 3487 | REGULAR |
| 12/22/16 | MEDLINE INDUSTRIES INC. | 602.14 | .00 | .00 | 602.14 | .00 | 3487 | REGULAR |
| 12/22/16 | MEDLINE INDUSTRIES INC. | 68.63 | .00 | .00 | 68.63 | .00 | 3487 | REGULAR |
| 12/22/16 | MEDLINE INDUSTRIES INC. | 352.53 | .00 | .00 | 352.53 | .00 | 3487 | REGULAR |
| 12/22/16 | MEDLINE INDUSTRIES INC. | 325.48 | .00 | .00 | 325.48 | .00 | 3487 | REGULAR |
| 12/22/16 | MEDLINE INDUSTRIES INC. | 176.31 | .00 | .00 | 176.31 | .00 | 3487 | REGULAR |
| 12/22/16 | MEDLINE INDUSTRIES INC. | 195.04 | .00 | .00 | 195.04 | .00 | 3487 | REGULAR |
| 12/22/16 | PECO | 102.36 | .00 | .00 | 102.36 | .00 | 3488 | REGULAR |
| 12/22/16 | RICHARD WEYLER MD | 7,490.00 | .00 | .00 | 7,490.00 | .00 | 3489 | REGULAR |
| 12/22/16 | RICOH AMERICAS CORP | 208.95 | .00 | .00 | 208.95 | .00 | 3494 | REGULAR |
| 12/22/16 | RICOH AMERICAS CORP | 208.95 | .00 | .00 | 208.95 | .00 | 3494 | REGULAR |
| 12/22/16 | RICOH AMERICAS CORP | 181.95 | .00 | .00 | 181.95 | .00 | 3494 | REGULAR |
| 12/22/16 | RICOH AMERICAS CORP | 181.95 | .00 | .00 | 181.95 | .00 | 3494 | REGULAR |
| 12/22/16 | RICOH AMERICAS CORP | 155.95 | .00 | .00 | 155.95 | .00 | 3494 | REGULAR |
| 12/22/16 | RICOH AMERICAS CORP | 254.95 | .00 | .00 | 254.95 | .00 | 3494 | REGULAR |
| 12/22/16 | RICOH AMERICAS CORP | 99.91 | .00 | .00 | 99.91 | .00 | 3494 | REGULAR |
| 12/22/16 | RICOH AMERICAS CORP | 208.95 | .00 | .00 | 208.95 | .00 | 3494 | REGULAR |
| 12/22/16 | RICOH AMERICAS CORP | 208.95 | .00 | .00 | 208.95 | .00 | 3494 | REGULAR |
| 12/22/16 | RICOH AMERICAS CORP | 254.95 | .00 | .00 | 254.95 | .00 | 3494 | REGULAR |
| 12/22/16 | RICOH AMERICAS CORP | 208.95 | .00 | .00 | 208.95 | .00 | 3494 | REGULAR |
| 12/22/16 | RICOH AMERICAS CORP | 208.95 | .00 | .00 | 208.95 | .00 | 3494 | REGULAR |
| 12/22/16 | RICOH AMERICAS CORP | 208.95 | .00 | .00 | 208.95 | .00 | 3494 | REGULAR |
| 12/22/16 | RICOH AMERICAS CORP | 188.70 | .00 | .00 | 188.70 | .00 | 3494 | REGULAR |
| 12/22/16 | RICOH AMERICAS CORP | 208.95 | .00 | .00 | 208.95 | .00 | 3494 | REGULAR |
| 12/22/16 | RICOH AMERICAS CORP | 220.20 | .00 | .00 | 220.20 | .00 | 3494 | REGULAR |
| 12/22/16 | RICOH AMERICAS CORP | 184.00 | .00 | .00 | 184.00 | .00 | 3494 | REGULAR |
| 12/22/16 | RICOH AMERICAS CORP | 181.95 | .00 | .00 | 181.95 | .00 | 3494 | REGULAR |
| 12/22/16 | RICOH AMERICAS CORP | 208.95 | .00 | .00 | 208.95 | .00 | 3494 | REGULAR |
| 12/22/16 | RICOH AMERICAS CORP | 169.45 | .00 | .00 | 169.45 | .00 | 3494 | REGULAR |
| 12/22/16 | RICOH AMERICAS CORP | 254.95 | .00 | .00 | 254.95 | .00 | 3494 | REGULAR |
| 12/22/16 | RICOH AMERICAS CORP | 188.70 | .00 | .00 | 188.70 | .00 | 3494 | REGULAR |
| 12/22/16 | RICOH AMERICAS CORP | 208.95 | .00 | .00 | 208.95 | .00 | 3494 | REGULAR |
| 12/22/16 | RICOH AMERICAS CORP | 181.95 | .00 | .00 | 181.95 | .00 | 3494 | REGULAR |
| 12/22/16 | RICOH AMERICAS CORP | 208.95 | .00 | .00 | 208.95 | .00 | 3494 | REGULAR |
| 12/22/16 | RICOH AMERICAS CORP | 155.95 | .00 | .00 | 155.95 | .00 | 3494 | REGULAR |
| 12/22/16 | RICOH AMERICAS CORP | 181.95 | .00 | .00 | 181.95 | .00 | 3494 | REGULAR |
| 12/22/16 | RICOH AMERICAS CORP | 208.95 | .00 | .00 | 208.95 | .00 | 3494 | REGULAR |
| 12/22/16 | RICOH AMERICAS CORP | 898.38 | .00 | .00 | 898.38 | .00 | 3494 | REGULAR |
| 12/22/16 | RICOH AMERICAS CORP | 241.05 | .00 | .00 | 241.05 | .00 | 3494 | REGULAR |
| 12/22/16 | RICOH AMERICAS CORP | 99.91 | .00 | .00 | 99.91 | .00 | 3494 | REGULAR |
| 12/22/16 | RICOH AMERICAS CORP | 112.99 | .00 | .00 | 112.99 | .00 | 3494 | REGULAR |
| 12/22/16 | RICOH AMERICAS CORP | 112.99 | .00 | .00 | 112.99 | .00 | 3494 | REGULAR |
| 12/22/16 | RICOH AMERICAS CORP | 939.15 | .00 | .00 | 939.15 | .00 | 3494 | REGULAR |
| 12/22/16 | RICOH AMERICAS CORP | 167.50 | .00 | .00 | 167.50 | .00 | 3494 | REGULAR |
| 12/22/16 | RICOH AMERICAS CORP | 711.85 | .00 | .00 | 711.85 | .00 | 3494 | REGULAR |
| 12/22/16 | RICOH AMERICAS CORP | 181.00 | .00 | .00 | 181.00 | .00 | 3494 | REGULAR |
| 12/22/16 | RICOH AMERICAS CORP | 155.95 | .00 | .00 | 155.95 | .00 | 3494 | REGULAR |
| 12/22/16 | RICOH AMERICAS CORP | 355.77 | .00 | .00 | 355.77 | .00 | 3494 | REGULAR |

```
APMONTH                                    NORTH PHILADELPHIA HEALTH SYSTEM                                         PAGE:        5
HOSPITAL: 0310                                  Month End Check Register                                           DATE:  1/06/17
USER: NPHTORLAN                                      CITIZENS BANK                                                 TIME: 15:13:01
                                                 For Month Ended 12/31/16
```

| DATE PAID | PAYEE | GROSS AMOUNT | DISCOUNT | W/H TAXES | NET AMOUNT | DISC LOST | CHECK | STATUS |
|---|---|---|---|---|---|---|---|---|
| 12/22/16 | RICOH AMERICAS CORP | 33.16 | .00 | .00 | 33.16 | .00 | 3494 | REGULAR |
| 12/22/16 | RICOH AMERICAS CORP | 87.94 | .00 | .00 | 87.94 | .00 | 3494 | REGULAR |
| 12/22/16 | RICOH AMERICAS CORP | 120.63 | .00 | .00 | 120.63 | .00 | 3494 | REGULAR |
| 12/22/16 | RICOH AMERICAS CORP | 155.95 | .00 | .00 | 155.95 | .00 | 3494 | REGULAR |
| 12/22/16 | RICOH AMERICAS CORP | 806.78 | .00 | .00 | 806.78 | .00 | 3494 | REGULAR |
| 12/22/16 | RICOH AMERICAS CORP | 155.95 | .00 | .00 | 155.95 | .00 | 3494 | REGULAR |
| 12/22/16 | RICOH AMERICAS CORP | 208.95 | .00 | .00 | 208.95 | .00 | 3494 | REGULAR |
| 12/22/16 | RICOH AMERICAS CORP | 157.95 | .00 | .00 | 157.95 | .00 | 3494 | REGULAR |
| 12/22/16 | RICOH AMERICAS CORP | 155.95 | .00 | .00 | 155.95 | .00 | 3494 | REGULAR |
| 12/22/16 | RICOH AMERICAS CORP | 87.94 | .00 | .00 | 87.94 | .00 | 3494 | REGULAR |
| 12/22/16 | RICOH AMERICAS CORP | 188.70 | .00 | .00 | 188.70 | .00 | 3494 | REGULAR |
| 12/22/16 | RICOH AMERICAS CORP | 170.95 | .00 | .00 | 170.95 | .00 | 3494 | REGULAR |
| 12/22/16 | RICOH AMERICAS CORP | 45.84 | .00 | .00 | 45.84 | .00 | 3494 | REGULAR |
| 12/22/16 | RICOH AMERICAS CORP | 181.95 | .00 | .00 | 181.95 | .00 | 3494 | REGULAR |
| 12/22/16 | RICOH AMERICAS CORP | 208.95 | .00 | .00 | 208.95 | .00 | 3494 | REGULAR |
| 12/22/16 | RICOH AMERICAS CORP | 87.94 | .00 | .00 | 87.94 | .00 | 3494 | REGULAR |
| 12/22/16 | RICOH AMERICAS CORP | 155.95 | .00 | .00 | 155.95 | .00 | 3494 | REGULAR |
| 12/22/16 | RICOH AMERICAS CORP | 208.95 | .00 | .00 | 208.95 | .00 | 3494 | REGULAR |
| 12/22/16 | RICOH AMERICAS CORP | 181.95 | .00 | .00 | 181.95 | .00 | 3494 | REGULAR |
| 12/22/16 | RICOH AMERICAS CORP | 155.95 | .00 | .00 | 155.95 | .00 | 3494 | REGULAR |
| 12/22/16 | ROCHESTER MIDLAND CORPORATION | 4,332.18 | .00 | .00 | 4,332.18 | .00 | 3495 | REGULAR |
| 12/22/16 | READY REFRESH BY NESTLE | 526.80 | .00 | .00 | 526.80 | .00 | 3496 | REGULAR |
| 12/22/16 | SPOK, INC. | 2,524.86 | .00 | .00 | 2,524.86 | .00 | 3497 | REGULAR |
| 12/22/16 | STRATUS | 126.10 | .00 | .00 | 126.10 | .00 | 3498 | REGULAR |
| 12/22/16 | UNITED CONCORDIA | 14,481.17 | .00 | .00 | 14,481.17 | .00 | 3499 | REGULAR |
| 12/22/16 | UNITED PARCEL SERVICE | 300.00 | .00 | .00 | 300.00 | .00 | 3500 | REGULAR |
| 12/22/16 | UNUM | 3,887.00 | .00 | .00 | 3,887.00 | .00 | 3501 | REGULAR |
| 12/22/16 | WEX BANK | 1,215.27 | .00 | .00 | 1,215.27 | .00 | 3502 | REGULAR |
| 12/22/16 | WAYMAN FIRE PROTECTION, INC. | 1,912.50 | .00 | .00 | 1,912.50 | .00 | 3503 | REGULAR |
| 12/22/16 | WAYMAN FIRE PROTECTION, INC. | 555.00 | .00 | .00 | 555.00 | .00 | 3503 | REGULAR |
| 12/22/16 | WAYMAN FIRE PROTECTION, INC. | 1,912.50 | .00 | .00 | 1,912.50 | .00 | 3503 | REGULAR |
| 12/22/16 | WAYMAN FIRE PROTECTION, INC. | 751.00 | .00 | .00 | 751.00 | .00 | 3503 | REGULAR |
| 12/22/16 | WAYMAN FIRE PROTECTION, INC. | 1,912.50 | .00 | .00 | 1,912.50 | .00 | 3503 | REGULAR |
| 12/22/16 | RICOH AMERICAS CORP | 7,000.00 | .00 | .00 | 7,000.00 | .00 | 3504 | REGULAR |
| 12/27/16 | AMERICAN CANCER SOCIETY | 55.28 | .00 | .00 | 55.28 | .00 | 3505 | REGULAR |
| 12/27/16 | BATTERY JACK | 1,645.00 | .00 | .00 | 1,645.00 | .00 | 3506 | REGULAR |
| 12/27/16 | CITIZENS BANK | 500.00 | .00 | .00 | 500.00 | .00 | 3507 | REGULAR |
| 12/27/16 | COLLEGE BOUND FUND | 112.00 | .00 | .00 | 112.00 | .00 | 3508 | REGULAR |
| 12/27/16 | COMCAST CABLEVISION | 277.96 | .00 | .00 | 277.96 | .00 | 3509 | REGULAR |
| 12/27/16 | LINCOLN AUTOMATIVE | 1,223.12 | .00 | .00 | 1,223.12 | .00 | 3510 | REGULAR |
| 12/27/16 | MID ATLANTIC TRUST CO. | 19,624.11 | .00 | .00 | 19,624.11 | .00 | 3511 | REGULAR |
| 12/27/16 | MIDLAND LIFE INSURANCE | 64.42 | .00 | .00 | 64.42 | .00 | 3512 | REGULAR |
| 12/27/16 | ORKIN | 973.62 | .00 | .00 | 973.62 | .00 | 3513 | REGULAR |
| 12/27/16 | PECO | 174.87 | .00 | .00 | 174.87 | .00 | 3514 | REGULAR |
| 12/27/16 | S.E.P.T.A. | 360.00 | .00 | .00 | 360.00 | .00 | 3515 | REGULAR |
| 12/27/16 | UNION CENTRAL LIFE INS. C | 47.49 | .00 | .00 | 47.49 | .00 | 3516 | REGULAR |
| 12/27/16 | WATER REVENUE BUREAU | 46.33 | .00 | .00 | 46.33 | .00 | 3517 | REGULAR |
| 12/27/16 | WATER REVENUE BUREAU | 14.79 | .00 | .00 | 14.79 | .00 | 3517 | REGULAR |
| 12/27/16 | WATER REVENUE BUREAU | 44.01 | .00 | .00 | 44.01 | .00 | 3517 | REGULAR |
| 12/29/16 | BUNZL INDUSTRIES | 521.90 | .00 | .00 | 521.90 | .00 | 3518 | REGULAR |
| 12/29/16 | CENTURION MEDICAL | 268.95 | .00 | .00 | 268.95 | .00 | 3520 | REGULAR |
| 12/29/16 | CENTURION MEDICAL | 225.42 | .00 | .00 | 225.42 | .00 | 3520 | REGULAR |
| 12/29/16 | CENTURION MEDICAL | 1,105.62 | .00 | .00 | 1,105.62 | .00 | 3520 | REGULAR |

```
APMONTH                                    NORTH PHILADELPHIA HEALTH SYSTEM                              PAGE:        6
HOSPITAL: 0310                                 Month End Check Register                                 DATE:  1/06/17
USER: NPHTORLAN                                     CITIZENS BANK                                        TIME: 15:13:01
                                             For Month Ended 12/31/16
```

| DATE PAID | PAYEE | GROSS AMOUNT | DISCOUNT | W/H TAXES | NET AMOUNT | DISC LOST | CHECK | STATUS |
|-----------|-------|-------------:|---------:|----------:|-----------:|----------:|-------|--------|
| 12/29/16 | CENTURION MEDICAL | 1,109.70 | .00 | .00 | 1,109.70 | .00 | 3520 | REGULAR |
| 12/29/16 | CENTURION MEDICAL | 639.96 | .00 | .00 | 639.96 | .00 | 3520 | REGULAR |
| 12/29/16 | CENTURION MEDICAL | 300.36 | .00 | .00 | 300.36 | .00 | 3520 | REGULAR |
| 12/29/16 | CENTURION MEDICAL | 203.10 | .00 | .00 | 203.10 | .00 | 3520 | REGULAR |
| 12/29/16 | CENTURION MEDICAL | 106.38 | .00 | .00 | 106.38 | .00 | 3520 | REGULAR |
| 12/29/16 | CENTURION MEDICAL | 248.22 | .00 | .00 | 248.22 | .00 | 3520 | REGULAR |
| 12/29/16 | CENTURION MEDICAL | 709.20 | .00 | .00 | 709.20 | .00 | 3520 | REGULAR |
| 12/29/16 | CENTURION MEDICAL | 712.71 | .00 | .00 | 712.71 | .00 | 3520 | REGULAR |
| 12/29/16 | CENTURION MEDICAL | 29.00 | .00 | .00 | 29.00 | .00 | 3520 | REGULAR |
| 12/29/16 | CENTURION MEDICAL | 260.80 | .00 | .00 | 260.80 | .00 | 3520 | REGULAR |
| 12/29/16 | CENTURION MEDICAL | 373.31 | .00 | .00 | 373.31 | .00 | 3520 | REGULAR |
| 12/29/16 | CENTURION MEDICAL | 242.35 | .00 | .00 | 242.35 | .00 | 3520 | REGULAR |
| 12/29/16 | CENTURION MEDICAL | 118.20 | .00 | .00 | 118.20 | .00 | 3520 | REGULAR |
| 12/29/16 | CENTURION MEDICAL | 54.78 | .00 | .00 | 54.78 | .00 | 3520 | REGULAR |
| 12/29/16 | CENTURION MEDICAL | 736.96 | .00 | .00 | 736.96 | .00 | 3520 | REGULAR |
| 12/29/16 | CENTURION MEDICAL | 203.10 | .00 | .00 | 203.10 | .00 | 3520 | REGULAR |
| 12/29/16 | CENTURION MEDICAL | 128.30 | .00 | .00 | 128.30 | .00 | 3520 | REGULAR |
| 12/29/16 | CENTURION MEDICAL | 736.96 | .00 | .00 | 736.96 | .00 | 3520 | REGULAR |
| 12/29/16 | CENTURION MEDICAL | 55.60CR | .00 | .00 | 55.60CR | .00 | 3520 | REGULAR |
| 12/29/16 | CENTURION MEDICAL | 639.96CR | .00 | .00 | 639.96CR | .00 | 3520 | REGULAR |
| 12/29/16 | CENTURION MEDICAL | 300.36 | .00 | .00 | 300.36 | .00 | 3520 | REGULAR |
| 12/29/16 | DION, SOLOMON & SHAPIRO, L.L.C | 3,500.00 | .00 | .00 | 3,500.00 | .00 | 3521 | REGULAR |
| 12/29/16 | HARRY LINDSAY | 600.00 | .00 | .00 | 600.00 | .00 | 3522 | REGULAR |
| 12/29/16 | HEAVEN SENT WORLDWIDE | 10.68 | .00 | .00 | 10.68 | .00 | 3523 | REGULAR |
| 12/29/16 | ILIA NIKHINSON MD | 1,180.65 | .00 | .00 | 1,180.65 | .00 | 3524 | REGULAR |
| 12/29/16 | IMPROVED OFFICE SYSTEMS | 297.98 | .00 | .00 | 297.98 | .00 | 3525 | REGULAR |
| 12/29/16 | INTOXIMETERS, INC. | 146.25 | .00 | .00 | 146.25 | .00 | 3526 | REGULAR |
| 12/29/16 | JOHN CARDULLO & SONS INC. | 9,285.52 | .00 | .00 | 9,285.52 | .00 | 3527 | REGULAR |
| 12/29/16 | STERIS CORP. | 246.26 | .00 | .00 | 246.26 | .00 | 3528 | REGULAR |
| 12/29/16 | STERIS CORP. | 246.26 | .00 | .00 | 246.26 | .00 | 3528 | REGULAR |
| 12/29/16 | STERIS CORP. | 48.62CR | .00 | .00 | 48.62CR | .00 | 3528 | REGULAR |
| 12/29/16 | TELEHEALTH SERVICES | 489.79 | .00 | .00 | 489.79 | .00 | 3529 | REGULAR |
| 12/29/16 | TELEHEALTH SERVICES | 418.25 | .00 | .00 | 418.25 | .00 | 3529 | REGULAR |
| 12/29/16 | VERIZON 1 | 39,141.68 | .00 | .00 | 39,141.68 | .00 | 3530 | REGULAR |

| BANK | GROSS TOTAL | DISC TAKEN | W/H TAXES | NET TOTAL | DISC. NOT TAKEN |
|------|------------:|-----------:|----------:|----------:|----------------:|
| VOID | .00 | .00 | .00 | .00 | .00 |
| MANUAL | .00 | .00 | .00 | .00 | .00 |
| REGULAR | 389,122.16 | .00 | .00 | 389,122.16 | .00 |
| ELECTRONIC | .00 | .00 | .00 | .00 | .00 |
| DEMAND | .00 | .00 | .00 | .00 | .00 |
| TOTAL | 389,122.16 | .00 | .00 | 389,122.16 | .00 |

```
TOTAL # OF VOID CHECKS:          0
TOTAL # OF MANUAL CHECKS:        0
TOTAL # OF REGULAR CHECKS:     113
TOTAL # OF ELECTRONIC CHECKS:    0
TOTAL # OF DEMAND CHECKS:        0
TOTAL # OF CHECKS:             113
```

APMONTH
HOSPITAL: 0310
USER: NPHTORLAN

NORTH PHILADELPHIA HEALTH SYSTEM
Month End Check Register

For Month Ended 12/31/16

PAGE:        7
DATE:   1/06/17
TIME: 15:13:01

| DATE PAID  PAYEE | | GROSS AMOUNT | DISCOUNT | W/H TAXES | NET AMOUNT | DISC LOST | CHECK | STATUS |
|-----------------|------------|--------------|-----------|------------|-------------|-----------|--------|---------|
| HOSPITAL | GROSS TOTAL | DISC TAKEN | W/H TAXES | NET TOTAL | DISC. NOT TAKEN | | | |
| VOID | .00 | .00 | .00 | .00 | .00 | | | |
| MANUAL | .00 | .00 | .00 | .00 | .00 | | | |
| REGULAR | 389,122.16 | .00 | .00 | 389,122.16 | .00 | | | |
| ELECTRONIC | .00 | .00 | .00 | .00 | .00 | | | |
| DEMAND | .00 | .00 | .00 | .00 | .00 | | | |
| TOTAL | 389,122.16 | .00 | .00 | 389,122.16 | .00 | | | |

TOTAL # OF VOID CHECKS:        0
TOTAL # OF MANUAL CHECKS:        0
TOTAL # OF REGULAR CHECKS:      113
TOTAL # OF ELECTRONIC CHECKS:        0
TOTAL # OF DEMAND CHECKS:        0
TOTAL # OF CHECKS:      113

APMONTH

USER:  NPHTORLAN

Month End Check Register

For Month Ended 12/31/16

PAGE:        8
DATE:  1/06/17
TIME: 15:13:01

| DATE PAID | PAYEE | GROSS AMOUNT | DISCOUNT | W/H TAXES | NET AMOUNT | DISC LOST | CHECK | STATUS |
|-----------|-------|-------------|----------|-----------|------------|-----------|-------|--------|

| GRAND TOTAL | GROSS TOTAL | DISC TAKEN | W/H TAXES | NET TOTAL | DISC. NOT TAKEN |
|-------------|-------------|------------|-----------|-----------|-----------------|
| VOID | .00 | .00 | .00 | .00 | .00 |
| MANUAL | .00 | .00 | .00 | .00 | .00 |
| REGULAR | 389,122.16 | .00 | .00 | 389,122.16 | .00 |
| ELECTRONIC | .00 | .00 | .00 | .00 | .00 |
| DEMAND | .00 | .00 | .00 | .00 | .00 |
| TOTAL | 389,122.16 | .00 | .00 | 389,122.16 | .00 |

```
TOTAL # OF VOID CHECKS:          0
TOTAL # OF MANUAL CHECKS:        0
TOTAL # OF REGULAR CHECKS:     113
TOTAL # OF ELECTRONIC CHECKS:    0
TOTAL # OF DEMAND CHECKS:        0
TOTAL # OF CHECKS:             113
```

AP0P75

USER:   NPHTORLAN

MONITOR A/P MONTH END CLOSE

PAGE:         1
DATE:   1/06/17
TIME:   15:12:55

| HOSPITAL | POST RECURRING ENTRIES | CLOSING MONTH END DATE | NEXT MONTH END CLOSE DATE |
|----------|------------------------|------------------------|---------------------------|
| 0310     | N                      | 12/31/16               | 1/31/17                   |

*** E N D    O F    R E P O R T ***

ATTACHMENT TWO

LITIGATION RECORDS

FEDERAL, STATE AND OTHER TRIBUNALS

North Philadelphia Health System
*Open Asserted Professional Liability Matters*

| Entity | Claimant | Insured Co-Defendants | License Number | Specialty | Location of Occurrence | Policy Year | Self-Insured Period | Other Defendants | Specialty | Status | Venue | Docket Number | County of Occurrence | GATEWAY File No. | GATEWAY Analyst | Date of Incident | Date Received |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SJH | Atkerson, Philip | North Philadelphia Health System | N/A | N/A | N/A | 2015 | Eff.: 7/1/15-7/1/16 | | N/A | OA | Philadelphia | 4236 | Philadelphia | P15-002-NPHS-B | Conte | 9/28/2014 | 12/10/2015 |
| SJH | Beaver, Bernice | North Philadelphia Health System | N/A | N/A | N/A | 2015 | Eff.: 7/1/15-7/1/16 | Drexel University Physicians | N/A | OA | Philadelphia | 1584 | Philadelphia | P15-003-NPHS-B | Conte | 5/24/2013 | 10/20/2015 |
| ~~SJH~~ | ~~Byrd, Luther (Decd.)~~ | ~~N/A~~ | ~~N/A~~ | ~~N/A~~ | ~~N/A~~ | ~~2013~~ | ~~Eff.: 7/1/13-7/1/14~~ | ~~Xenia Hospice & Paliative Care~~ ~~Susan Corley~~ ~~Michael Titaynesky~~ ~~Richard Koblentz~~ | ~~Owner of Xenia~~ ~~Owner of Xenia~~ ~~Owner of Xenia~~ | ~~OA~~ | ~~Philadelphia~~ | ~~2118~~ | ~~Philadelphia~~ | ~~P14-009-NPHS-B~~ | ~~Conte~~ | ~~6/6/2012~~ | ~~6/2/2014~~ |
| SJH | Caffee, Ella | North Philadelphia Health System Subha Baby, RN (Shares with SJH) | N/A | N/A | Patient's room | 2014 | Eff.: 7/1/14-7/1/15 | Ram, Nand MD Girard Internal Medicine | N/A | OA | Philadelphia | 1768 | Philadelphia | P15-001-NPHS-B | Conte | 5/18/2013 | 5/21/2015 |
| SJH | Dixon, Faith (Decd.) | N/A | N/A | N/A | N/A | 2015 | Eff.: 7/1/15-7/1/16 | Sayeed, Mohammed MD Waples, Charles MD | Pulmonology Internal Medicine | OA | Philadelphia | 2339 | Philadelphia | P15-004-NPHS-B | Conte | 6/24/2013 | 10/29/2015 |
| SJH | Subjano, Evangeline (Decd.) | North Philadelphia Health System | N/A | N/A | N/A | 2015 | Eff.: 7/1/15-7/1/16 | Vansant, Monika Teresa D.O. Berger, Neil, D.O. | | OA | Philadelphia | 1313 | Philadelphia | P16-001-PHS-B | Conte | | 1/4/2016 |
| SJH | Young, Lauren Hill (a minor) | North Philadelphia Health System | N/A | N/A | ED | 2013 | Eff.: 7/1/13-7/1/14 | Uddoh, Christopher MD Private Physicians Specialty Clinic **(Dismissed)** Ross, Marisa MD Maternal Fetal Medicine Bhambhani, Sumita MD Temple Univ Hospital, Inc. Temple Univ Health System Foundation Temple Univ. Physicians & Surgeons Temple University Physicians Temple Univ Hospital Anesthesiology Dept Temple Univ School of Medicine Temple Univ of the Commonwealth System of Higher Education a/k/a Temple Univ Hospital | N/A | OA | Philadelphia | 1100 | Philadelphia | P13-004-NPHS-B | Conte | 9/8/2010 | 11/14/2013 |

# IN THE COURT OF COMMON PLEAS OF PENNSYLVANIA
## CITY AND COUNTY OF PHILADELPHIA

| | | |
|---|---|---|
| PHILIP ATKERSON, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | CASE NO. 151104236 |
| | ) | |
| vs. | ) | NOVEMBER TERM, 2015 |
| | ) | |
| NORTH PHILADELPHIA HEALTH SYSTEM | ) | No. 4236 |
| d/b/a ST. JOSEPH'S HOSPITAL | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Filed and Attested by the
Office of Judicial Records
05 JAN 2017 08:43 am
E. FORTE

## SUGGESTION OF BANKRUPTCY

COMES NOW the Defendant, NORTH PHILADELPHIA HEALTH SYSTEM d/b/a ST. JOSEPH'S HOSPITAL, through its undersigned attorney, and would show the Court:

1.    It has filed a petition for relief under Title 11, United States Code, in the United States Bankruptcy Court for the Eastern District of Pennsylvania, which bears the Case number 16-18931-mdc.

2.    Relief was ordered on December 30, 2016.

3.    This action is founded on a claim from which a discharge would be a release or that seeks to impose a charge on the property of the estate.

4.    This is for informational purposes only, and does not constitute a notice of appearance by the undersigned.

WHEREFORE, the Defendant suggests that this action has been stayed by the operation of 11 U.S.C. § 362.

/s/ John D. Kutzler
_____
John D. Kutzler
Proposed Corporate and Conflicts Counsel
for the Debtor
Buzby & Kutzler, Attorneys at Law
Suite 100, 1633 W. Girard Avenue
Philadelphia, PA 19130
215-235-2775(v); 215-235-2771(f)
johndkutzler@aol.com

IT IS HERBY CERTIFIED that a copy of the foregoing Suggestion of Bankruptcy was served by electronic filing in the Court system to all counsel of record on January 5, 2017.

/s/ John D. Kutzler
_____
John D. Kutzler
Proposed Corporate and Conflicts Counsel
for the Debtor
Buzby & Kutzler, Attorneys at Law
Suite 100, 1633 W. Girard Avenue
Philadelphia, PA 19130
215-235-2775(v); 215-235-2771(f)
johndkutzler@aol.com

Case ID: 151I04236

## IN THE COURT OF COMMON PLEAS OF PENNSYLVANIA
## CITY AND COUNTY OF PHILADELPHIA

| | | |
|---|---|---|
| BERNICE BEAVER, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 150501584 |
| | ) | |
| vs. | ) | MAY TERM, 2015 |
| | ) | |
| NORTH PHILADELPHIA HEALTH SYSTEM and | ) | No. 1584 |
| ST. JOSEPH'S HOSPITAL, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

*Filed and Attested by the
Office of Judicial Records
05 JAN 2017 08:45 am
C. FORTE*

### SUGGESTION OF BANKRUPTCY

COMES NOW the Defendants, NORTH PHILADELPHIA HEALTH SYSTEM and NORTH PHILADELPHIA HEALTH SYSTEM d/b/a ST. JOSEPH'S HOSPITAL, through their undersigned attorney, and would show the Court:

1.      It has filed a petition for relief under Title 11, United States Code, in the United States Bankruptcy Court for the Eastern District of Pennsylvania, which bears the Case number 16-18931-mdc.

2.      Relief was ordered on December 30, 2016.

3.      This action is founded on a claim from which a discharge would be a release or that seeks to impose a charge on the property of the estate.

4.      This is for informational purposes only, and does not constitute a notice of appearance by the undersigned.

WHEREFORE, the Defendants suggest that this action has been stayed by the operation of 11 U.S.C. § 362.

/s/ John D. Kutzler
John D. Kutzler
Proposed Corporate and Conflicts Counsel
for the Debtor
Buzby & Kutzler, Attorneys at Law
Suite 100, 1633 W. Girard Avenue
Philadelphia, PA 19130
215-235-2775(v); 215-235-2771(f)
johndkutzler@aol.com

Case ID: 150501584

IT IS HERBY CERTIFIED that a copy of the foregoing Suggestion of Bankruptcy was served by electronic filing in the Court system to all counsel of record on January 5, 2017.

/s/ John D. Kutzler

John D. Kutzler
Proposed Corporate and Conflicts Counsel
for the Debtor
Buzby & Kutzler, Attorneys at Law
Suite 100, 1633 W. Girard Avenue
Philadelphia, PA 19130
215-235-2775(v); 215-235-2771(f)
johndkutzler@aol.com

Case ID: 150501584

# IN THE COURT OF COMMON PLEAS OF PENNSYLVANIA
## CITY AND COUNTY OF PHILADELPHIA

| | | |
|---|---|---|
| ELLA CALFEE, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 150501768 |
| | ) | |
| vs. | ) | MAY TERM, 2015 |
| | ) | |
| NORTH PHILADELPHIA HEALTH SYSTEM and | ) | No. 1768 |
| ST. JOSEPH'S HOSPITAL. ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

*Filed and Attested by the
Office of Judicial Records
05 JAN 2017 08:47 am
C. FORTE*

## SUGGESTION OF BANKRUPTCY

COMES NOW the Defendants, NORTH PHILADELPHIA HEALTH SYSTEM and NORTH PHILADELPHIA HEALTH SYSTEM d/b/a ST. JOSEPH'S HOSPITAL, through their undersigned attorney, and would show the Court:

1. It has filed a petition for relief under Title 11, United States Code, in the United States Bankruptcy Court for the Eastern District of Pennsylvania, which bears the Case number 16-18931-mdc.

2. Relief was ordered on December 30, 2016.

3. This action is founded on a claim from which a discharge would be a release or that seeks to impose a charge on the property of the estate.

4. This is for informational purposes only, and does not constitute a notice of appearance by the undersigned.

WHEREFORE, the Defendants suggest that this action has been stayed by the operation of 11 U.S.C. § 362.

/s/ John D. Kutzler
_____
John D. Kutzler
Proposed Corporate and Conflicts Counsel
for the Debtor
Buzby & Kutzler, Attorneys at Law
Suite 100, 1633 W. Girard Avenue
Philadelphia, PA 19130
215-235-2775(v); 215-235-2771(f)
johndkutzler@aol.com

IT IS HERBY CERTIFIED that a copy of the foregoing Suggestion of Bankruptcy was served by electronic filing in the Court system to all counsel of record on January 5, 2017.

/s/ John D. Kutzler
John D. Kutzler
Proposed Corporate and Conflicts Counsel
for the Debtor
Buzby & Kutzler, Attorneys at Law
Suite 100, 1633 W. Girard Avenue
Philadelphia, PA 19130
215-235-2775(v); 215-235-2771(f)
johndkutzler@aol.com

# IN THE COURT OF COMMON PLEAS OF PENNSYLVANIA
## CITY AND COUNTY OF PHILADELPHIA

ANTHONY DIXON, INDIVIDUALLY AND AS )
PERSONAL REPRESENTATIVE OF FAITH DIXON, )
DECEASED, )
                           Plaintiffs, )      CASE NO.  150602339
                           )
                      vs. )      JUNE TERM, 2015
                          )
ST. JOSEPH'S HOSPITAL, ET AL., )      No. 2339
                          )
                          )
               Defendants. )

Filed and Attested by the
Office of Judicial Records
05 JAN 2017 08:48 am
C. FORTE

## SUGGESTION OF BANKRUPTCY

COMES NOW the Defendant, ST. JOSEPH'S HOSPITAL, a registered fictitious name of the NORTH PHILADELPHIA HEALTH SYSTEM, through its undersigned attorney, and would show the Court:

1.     It has filed a petition for relief under Title 11, United States Code, in the United States Bankruptcy Court for the Eastern District of Pennsylvania, which bears the Case number 16-18931-mdc.

2.     Relief was ordered on December 30, 2016.

3.     This action is founded on a claim from which a discharge would be a release or that seeks to impose a charge on the property of the estate.

4.     This is for informational purposes only, and does not constitute a notice of appearance by the undersigned.

WHEREFORE, the Defendant suggests that this action has been stayed by the operation of 11 U.S.C. § 362.

 

/s/ John D. Kutzler
John D. Kutzler
Proposed Corporate and Conflicts Counsel
for the Debtor
Buzby & Kutzler, Attorneys at Law
Suite 100, 1633 W. Girard Avenue
Philadelphia, PA 19130
215-235-2775(v); 215-235-2771(f)
johndkutzler@aol.com

IT IS HERBY CERTIFIED that a copy of the foregoing Suggestion of Bankruptcy was served by electronic filing in the Court system to all counsel of record on January 5, 2017.

/s/ John D. Kutzler
John D. Kutzler
Proposed Corporate and Conflicts Counsel
for the Debtor
Buzby & Kutzler, Attorneys at Law
Suite 100, 1633 W. Girard Avenue
Philadelphia, PA 19130
215-235-2775(v); 215-235-2771(f)
johndkutzler@aol.com

Case ID: 150602339

# IN THE COURT OF COMMON PLEAS OF PENNSYLVANIA
## CITY AND COUNTY OF PHILADELPHIA

|  |  |  |
|---|---|---|
| RAYNOR SUBIJANO, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 151202313 |
| | ) | |
| vs. | ) | DECEMBER TERM, 2015 |
| | ) | |
| NORTH PHILADELPHIA HEALTH SYSTEM and | ) | No. 2313 |
| ST. JOSEPH'S HOSPITAL. ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

*Filed and Attested by the
Office of Judicial Records
05 JAN 2017 08:50 am
C. FORTE*

## SUGGESTION OF BANKRUPTCY

COMES NOW the Defendants, NORTH PHILADELPHIA HEALTH SYSTEM and NORTH PHILADELPHIA HEALTH SYSTEM d/b/a ST. JOSEPH'S HOSPITAL, through their undersigned attorney, and would show the Court:

1. It has filed a petition for relief under Title 11, United States Code, in the United States Bankruptcy Court for the Eastern District of Pennsylvania, which bears the Case number 16-18931-mdc.

2. Relief was ordered on December 30, 2016.

3. This action is founded on a claim from which a discharge would be a release or that seeks to impose a charge on the property of the estate.

4. This is for informational purposes only, and does not constitute a notice of appearance by the undersigned.

WHEREFORE, the Defendants suggest that this action has been stayed by the operation of 11 U.S.C. § 362.


/s/ John D. Kutzler
John D. Kutzler
Proposed Corporate and Conflicts Counsel
for the Debtor
Buzby & Kutzler, Attorneys at Law
Suite 100, 1633 W. Girard Avenue
Philadelphia, PA 19130
215-235-2775(v); 215-235-2771(f)
johndkutzler@aol.com

IT IS HERBY CERTIFIED that a copy of the foregoing Suggestion of Bankruptcy was served by electronic filing in the Court system to all counsel of record on January 5, 2017.

/s/ John D. Kutzler
John D. Kutzler
Proposed Corporate and Conflicts Counsel
for the Debtor
Buzby & Kutzler, Attorneys at Law
Suite 100, 1633 W. Girard Avenue
Philadelphia, PA 19130
215-235-2775(v); 215-235-2771(f)
johndkutzler@aol.com

Case ID: 151202313

# IN THE COURT OF COMMON PLEAS OF PENNSYLVANIA
## CITY AND COUNTY OF PHILADELPHIA

| | | |
|---|---|---|
| LAUREN HILL YOUNG, BY HER GUARDIANS, | ) | |
| | ) | *Filed and Attested by the* |
| Plaintiff, | ) | CASE NO. 131001100 *05 JAN 2017 08:51 am* |
| | ) | *F. FORTE* |
| vs. | ) | OCTOBER TERM, 2013 |
| | ) | |
| NORTH PHILADELPHIA HEALTH SYSTEM and | ) | No. 1100 |
| ST. JOSEPH'S HOSPITAL. ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## SUGGESTION OF BANKRUPTCY

COMES NOW the Defendants, NORTH PHILADELPHIA HEALTH SYSTEM and NORTH
PHILADELPHIA HEALTH SYSTEM d/b/a ST. JOSEPH'S HOSPITAL, through their undersigned attorney,
and would show the Court:

1.    It has filed a petition for relief under Title 11, United States Code, in the United States
Bankruptcy Court for the Eastern District of Pennsylvania, which bears the Case number 16-18931-mdc.

2.    Relief was ordered on December 30, 2016.

3.    This action is founded on a claim from which a discharge would be a release or that seeks to
impose a charge on the property of the estate.

4.    This is for informational purposes only, and does not constitute a notice of appearance by the
undersigned.

WHEREFORE, the Defendants suggest that this action has been stayed by the operation of 11 U.S.C. §
362.

/s/ John D. Kutzler
John D. Kutzler
Proposed Corporate and Conflicts Counsel
for the Debtor
Buzby & Kutzler, Attorneys at Law
Suite 100, 1633 W. Girard Avenue
Philadelphia, PA 19130
215-235-2775(v); 215-235-2771(f)
johndkutzler@aol.com

Case ID: 131001100

IT IS HERBY CERTIFIED that a copy of the foregoing Suggestion of Bankruptcy was served by electronic filing in the Court system to all counsel of record on January 5, 2017.

/s/ John D. Kutzler
John D. Kutzler
Proposed Corporate and Conflicts Counsel
for the Debtor
Buzby & Kutzler, Attorneys at Law
Suite 100, 1633 W. Girard Avenue
Philadelphia, PA 19130
215-235-2775(v); 215-235-2771(f)
johndkutzler@aol.com

North Philadelphia Health System Pending Litigation Eastern District of Pennsylvania
Docketed Suggestions of Bankruptcy January 4, 2017

| Plaintiff: | Court and Docket Number: | Amount Claimed: |
| --- | --- | --- |
| Agfa Health | U.S. District Court No. 16-cv-3284-PBT | $432,200, plus costs |
| Access Systems Integration | U.S. District Court No. 16-cv-3988-ER | $321,113, plus costs |
| 1199C Training Fund | U.S. District Court No. 16-cv-00897-JHS | $276,223 Settlement |
| 1199C Legal Fund | U.S. District Court No. 16-cv-00232-BMS | $45,000 |
| NPHS v. Rahn et al. | U.S. District Court No. 16-cv-03910-JD | Declaratory Judgment/ $200,000 Counterclaim |
| Porter v. NPHS | U.S. District Court No. 16-cv-04229-WB | EEO Claim |
| Thompkins v. NPHS, et al. | U.S. District Court No. 16-cv-02219-JD | EEO Claim |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| AGFA HEALTHCARE CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 16-cv-03284-PBT |
| | ) | |
| v. | ) | |
| | ) | |
| NORTH PHILADELPHIA HEALTH SYSTEM, | ) | |
| | ) | |
| Defendant. | ) | |

## SUGGESTION OF BANKRUPTCY

NOW COMES Plaintiff Agfa Healthcare Corporation, and informs the Court that on December 30, 2016, Defendant North Philadelphia Health System ("NPHS") filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Eastern District of Pennsylvania as Case Number 16-18931. As such, any and all actions against Defendant NPHS should be stayed until the foregoing bankruptcy case is dismissed.

Dated: January 3, 2017                    AGFA HEALTHCARE CORPORATION,

/s/ Nicola G. Suglia
Nicola G. Suglia
Allison L. Domowitch
Fleischer, Fleischer & Suglia, P.C.
Four Greentree Centre 601
Route 73 North, Suite 305
Marlton, NJ 08053
856/489-8977
856/489-6439 (Facsimile)
nsuglia@fleischerlaw.com
adomowitch@fleischerlaw.com

Alex Darcy
C. Randall Woolley
ASKOUNIS & DARCY, P.C.
444 N. Michigan Ave., Suite 3270

Case 2:16-cv-05294-PBT  Document 23  Filed 04/03/17  Page 2 of 2

Chicago, IL 60611
312/784-2400
312/784-2410 (Facsimile)
adarcy@askounisdarcy.com
rwoolley@askounisdarcy.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ACCESS SYSTEMS INTEGRATION, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO.  16-cv-3998-ER |
| | ) | |
| vs. | ) | |
| | ) | |
| NORTH PHILADELPHIA HEALTH SYSTEM, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## SUGGESTION OF BANKRUPTCY

COMES NOW the Defendant, NORTH PHILADELPHIA HEALTH SYSTEM, through its undersigned attorney, and would show the Court:

1.      It has filed a petition for relief under Title 11, United States Code, in the United States Bankruptcy Court for the Eastern District of Pennsylvania, which bears the Case number 16-18931-mdc.

2.      Relief was ordered on December 30, 2016.

3.      This action is founded on a claim from which a discharge would be a release or that seeks to impose a charge on the property of the estate.

4.      This is for informational purposes only, and does not constitute a notice of appearance by the undersigned.

WHEREFORE, the Defendant suggests that this action has been stayed by the operation of 11 U.S.C. § 362.

/s/ John D. Kutzler
_____
John D. Kutzler
Proposed Corporate and Conflicts Counsel
for the Debtor
Buzby & Kutzler, Attorneys at Law
Suite 100, 1633 W. Girard Avenue
Philadelphia, PA 19130
215-235-2775(v); 215-235-2771(f)
johndkutzler@aol.com

Case 2:16-cv-06398-ER   Document 15   Filed 01/04/17   Page 2 of 2

IT IS HERBY CERTIFIED that a copy of the foregoing Suggestion of Bankruptcy was served by electronic filing in the Court system to all counsel of record on January 4, 2017.

/s/ John D. Kutzler
John D. Kutzler
Proposed Corporate and Conflicts Counsel
for the Debtor
Buzby & Kutzler, Attorneys at Law
Suite 100, 1633 W. Girard Avenue
Philadelphia, PA 19130
215-235-2775(v); 215-235-2771(f)
johndkutzler@aol.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PHILADELPHIA HOSPITAL & HEALTH CARE )
EMPLOYEES - DISTRICT 1199C TRAINING AND )
UPGRADING FUND and CHERYL FELDMAN, )
Executive Director, )
               Plaintiffs, )     CASE NO. 16-cv-00897-JHS
 )
          vs. )
 )
NORTH PHILADELPHIA HEALTH SYSTEM, )
 )
          Defendant. )
 )

## SUGGESTION OF BANKRUPTCY

       COMES NOW the Defendant, NORTH PHILADELPHIA HEALTH SYSTEM, through its undersigned attorney, and would show the Court:

       1.     It has filed a petition for relief under Title 11, United States Code, in the United States Bankruptcy Court for the Eastern District of Pennsylvania, which bears the Case number 16-18931-mdc.

       2.     Relief was ordered on December 30, 2016.

       3.     This action is founded on a claim from which a discharge would be a release or that seeks to impose a charge on the property of the estate.

       4.     This is for informational purposes only, and does not constitute a notice of appearance by the undersigned.

       WHEREFORE, the Defendant suggests that this action has been stayed by the operation of 11 U.S.C. § 362.

                     /s/ John D. Kutzler
                     John D. Kutzler
                     Proposed Corporate and Conflicts Counsel
                     for the Debtor
                     Buzby & Kutzler, Attorneys at Law
                     Suite 100, 1633 W. Girard Avenue
                     Philadelphia, PA 19130
                     215-235-2775(v); 215-235-2771(f)
                     johndkutzler@aol.com

Case 2:16-cv-00899-JHS    Document 11    Filed 02/04/17    Page 2 of 2

IT IS HERBY CERTIFIED that a copy of the foregoing Suggestion of Bankruptcy was served by electronic filing in the Court system to all counsel of record on January 4, 2017.

/s/ John D. Kutzler

John D. Kutzler
Proposed Corporate and Conflicts Counsel
for the Debtor
Buzby & Kutzler, Attorneys at Law
Suite 100, 1633 W. Girard Avenue
Philadelphia, PA 19130
215-235-2775(v); 215-235-2771(f)
johndkutzler@aol.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NICOLE NICHOLAS, AS ADMINISRATOR ) 
OF THE DISTRICT 1199C NATIONAL UNION OF ) 
HOSPITAL & HEALTH CARE EMPLOYEES- ) 
DISTRICT GROUP LEGAL SERVICES FUND, ) 
                Plaintiffs, )      CASE NO. 16-cv-00232-BMS

                )

           vs. )

                )

NORTH PHILADELPHIA HEALTH SYSTEM, )

              )

           Defendant. )

## SUGGESTION OF BANKRUPTCY

COMES NOW the Defendant, NORTH PHILADELPHIA HEALTH SYSTEM, through its undersigned attorney, and would show the Court:

1.      It has filed a petition for relief under Title 11, United States Code, in the United States Bankruptcy Court for the Eastern District of Pennsylvania, which bears the Case number 16-18931-mdc.

2.      Relief was ordered on December 30, 2016.

3.      This action is founded on a claim from which a discharge would be a release or that seeks to impose a charge on the property of the estate.

4.      This is for informational purposes only, and does not constitute a notice of appearance by the undersigned.

WHEREFORE, the Defendant suggests that this action has been stayed by the operation of 11 U.S.C. § 362.

                /s/ John D. Kutzler
                John D. Kutzler
                Proposed Corporate and Conflicts Counsel
                for the Debtor
                Buzby & Kutzler, Attorneys at Law
                Suite 100, 1633 W. Girard Avenue
                Philadelphia, PA 19130
                215-235-2775(v); 215-235-2771(f)
                johndkutzler@aol.com

Case 2:16-cv-00232-BMS    Document 15    Filed 04/04/17    Page 2 of 2

IT IS HERBY CERTIFIED that a copy of the foregoing Suggestion of Bankruptcy was served by electronic filing in the Court system to all counsel of record on January 4, 2017.

/s/ John D. Kutzler

John D. Kutzler
Proposed Corporate and Conflicts Counsel
for the Debtor
Buzby & Kutzler, Attorneys at Law
Suite 100, 1633 W. Girard Avenue
Philadelphia, PA 19130
215-235-2775(v); 215-235-2771(f)
johndkutzler@aol.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NORTH PHILADELPHIA HEALTH SYSTEM, | ) | |
| | ) | CASE NO.  16-cv-03910-JD |
| Plaintiff and Cross-Claim Defendant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CHRISTOPHER RAHN AND CHRISTINE PASIEKA, | ) | |
| | ) | |
| Defendants and Cross-Claimants. | ) | |
| | ) | |
| | ) | |

## SUGGESTION OF BANKRUPTCY

COMES NOW the Defendant, NORTH PHILADELPHIA HEALTH SYSTEM, through its undersigned attorney, and would show the Court:

1.      It has filed a petition for relief under Title 11, United States Code, in the United States Bankruptcy Court for the Eastern District of Pennsylvania, which bears the Case number 16-18931-mdc.

2.      Relief was ordered on December 30, 2016.

3.      This action is founded on a claim from which a discharge would be a release or that seeks to impose a charge on the property of the estate.

4.      This is for informational purposes only, and does not constitute a notice of appearance by the undersigned.

WHEREFORE, the Defendant suggests that this action has been stayed by the operation of 11 U.S.C. § 362.

/s/ John D. Kutzler
John D. Kutzler
Proposed Corporate and Conflicts Counsel
for the Debtor
Buzby & Kutzler, Attorneys at Law
Suite 100, 1633 W. Girard Avenue
Philadelphia, PA 19130
215-235-2775(v); 215-235-2771(f)
johndkutzler@aol.com

IT IS HERBY CERTIFIED that a copy of the foregoing Suggestion of Bankruptcy was served by electronic filing in the Court system to all counsel of record on January 4, 2017.

/s/ John D. Kutzler
John D. Kutzler
Proposed Corporate and Conflicts Counsel
for the Debtor
Buzby & Kutzler, Attorneys at Law
Suite 100, 1633 W. Girard Avenue
Philadelphia, PA 19130
215-235-2775(v); 215-235-2771(f)
johndkutzler@aol.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NORTH PHILADELPHIA HEALTH SYSTEM,** | **CIVIL ACTION** |
| **Plaintiff,** | |
| **v.** | |
| | **NO.  16-3910** |
| **CHRISTOPHER RAHN, and CHRISTINE PASIEKA,** | |
| **Defendants.** | |

### O R D E R

      **AND NOW**, this 4th day of January, 2017, upon consideration of the Suggestion of Bankruptcy (Document No. 21, filed January 4, 2017), the Court noting from the Suggestion of Bankruptcy that plaintiff, North Philadelphia Health System, filed a Voluntary Petition for Relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Eastern District of Pennsylvania, Case No. 16-18931-MDC, on December 30, 2016, and that, pursuant to § 362 of the United States Bankruptcy Code, all proceedings in this case are automatically stayed, and good cause appearing, **IT IS ORDERED** as follows:

1. All proceedings in this case are **STAYED** until further order of the Court;

2. The Clerk of Court shall **TRANSFER** the case to the Civil Suspense File;

3. The Clerk shall **MARK** the case **CLOSED FOR STATISTICAL PURPOSES**;

4. The Court shall **RETAIN** jurisdiction over the case and the case shall be **RETURNED** to the Court's active docket when there are no impediments to further proceedings and the case may proceed to final disposition;

5. The entry of this Order is **WITHOUT PREJUDICE** to the rights of any party to request that the case be returned to the Court's active docket; and,

6.   The parties, through counsel, shall file and serve a joint status report with respect to the

bankruptcy at six (6) month intervals or more frequently if warranted by the circumstances.  One

copy of each status report shall be served on the Court (Chambers, Room 12613) when the

original is filed.

**BY THE COURT:**

**/s/ Hon. Jan E. DuBois**

**DuBOIS, JAN E., J.**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHEN PORTER, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO.  16-cv-04229-WB |
| | ) | |
| vs. | ) | |
| | ) | |
| NORTH PHILADELPHIA HEALTH SYSTEM, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## SUGGESTION OF BANKRUPTCY

COMES NOW the Defendant, NORTH PHILADELPHIA HEALTH SYSTEM, through its undersigned attorney, and would show the Court:

1.      It has filed a petition for relief under Title 11, United States Code, in the United States Bankruptcy Court for the Eastern District of Pennsylvania, which bears the Case number 16-18931-mdc.

2.      Relief was ordered on December 30, 2016.

3.      This action is founded on a claim from which a discharge would be a release or that seeks to impose a charge on the property of the estate.

4.      This is for informational purposes only, and does not constitute a notice of appearance by the undersigned.

WHEREFORE, the Defendant suggests that this action has been stayed by the operation of 11 U.S.C. § 362.

/s/ John D. Kutzler
John D. Kutzler
Proposed Corporate and Conflicts Counsel
for the Debtor
Buzby & Kutzler, Attorneys at Law
Suite 100, 1633 W. Girard Avenue
Philadelphia, PA 19130
215-235-2775(v); 215-235-2771(f)
johndkutzler@aol.com

IT IS HERBY CERTIFIED that a copy of the foregoing Suggestion of Bankruptcy was served by electronic filing in the Court system to all counsel of record on January 4, 2017.


/s/ John D. Kutzler
John D. Kutzler
Proposed Corporate and Conflicts Counsel
for the Debtor
Buzby & Kutzler, Attorneys at Law
Suite 100, 1633 W. Girard Avenue
Philadelphia, PA 19130
215-235-2775(v); 215-235-2771(f)
johndkutzler@aol.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KAREN THOMPKINS, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 16-cv-02219-JD |
| | ) | |
| vs. | ) | |
| | ) | |
| NORTH PHILADELPHIA HEALTH SYSTEM, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## SUGGESTION OF BANKRUPTCY

COMES NOW the Defendant, NORTH PHILADELPHIA HEALTH SYSTEM, through its undersigned attorney, and would show the Court:

1.     It has filed a petition for relief under Title 11, United States Code, in the United States Bankruptcy Court for the Eastern District of Pennsylvania, which bears the Case number 16-18931-mdc.

2.     Relief was ordered on December 30, 2016.

3.     This action is founded on a claim from which a discharge would be a release or that seeks to impose a charge on the property of the estate.

4.     This is for informational purposes only, and does not constitute a notice of appearance by the undersigned.

WHEREFORE, the Defendant suggests that this action has been stayed by the operation of 11 U.S.C. § 362.

/s/ John D. Kutzler
John D. Kutzler
Proposed Corporate and Conflicts Counsel
for the Debtor
Buzby & Kutzler, Attorneys at Law
Suite 100, 1633 W. Girard Avenue
Philadelphia, PA 19130
215-235-2775(v); 215-235-2771(f)
johndkutzler@aol.com

IT IS HERBY CERTIFIED that a copy of the foregoing Suggestion of Bankruptcy was served by electronic filing in the Court system to all counsel of record on January 4, 2017.

/s/ John D. Kutzler

John D. Kutzler
Proposed Corporate and Conflicts Counsel
for the Debtor
Buzby & Kutzler, Attorneys at Law
Suite 100, 1633 W. Girard Avenue
Philadelphia, PA 19130
215-235-2775(v); 215-235-2771(f)
johndkutzler@aol.com

North Philadelphia Health System Pending Litigation Philadelphia Court of Common Pleas
<u>Docketed Suggestions of Bankruptcy January 4, 2017</u>

| <u>Plaintiff</u>: | <u>Court and Docket Number</u>: | <u>Amount Claimed</u>: |
| --- | --- | --- |
| City of Philadelphia | Phila. CCP No. 1608T0596 | $137,000 Sheriff Sale |
| Simplex Grinnell | Phila. CCP No. 160902174 | $57,407, plus costs |
| Bio-Medical Applications | Phila. CCP No. 161001059 | $240,475, plus costs |
| Wanda Hall (Trip and Fall) | Phila. CCP No. 151104100 | $130,000 Settlement Not Filed |
| Quest Diagnostics | Phila. C.C.P. No. 161003939 | $33,349, plus costs |
| Steven Leverette (Trip and Fall) | Phila. C.C.P. No. 161103114 | Arbitration; under $50,000 |
| Angela Deanes (Trip and Fall) | Phila. C.C.P. No. 160203981 | Consent Judgment $14,000 |

## IN THE COURT OF COMMON PLEAS OF PENNSYLVANIA
## CITY AND COUNTY OF PHILADELPHIA

| | | |
|---|---|---|
| CITY OF PHILADELPHIA, | ) | |
| (Water Revenue Bureau) | ) | |
| Plaintiff, | ) | CASE NO. 1608T0596 |
| | ) | |
| vs. | ) | AUGUST TERM, 2016 |
| | ) | |
| NORTH PHILADELPHIA HEALTH SYSTEM, | ) | No. 0596 |
| | ) | |
| Defendant. | ) | |
| | ) | |

*Filed and Attested by the
Office of Judicial Records
04 JAN 2017 05:40 am
O. OSTROWSKI*

### SUGGESTION OF BANKRUPTCY

COMES NOW the Defendant, NORTH PHILADELPHIA HEALTH SYSTEM, through its undersigned attorney, and would show the Court:

1.     It has filed a petition for relief under Title 11, United States Code, in the United States Bankruptcy Court for the Eastern District of Pennsylvania, which bears the Case number 16-18931-mdc.

2.     Relief was ordered on December 30, 2016.

3.     This action is founded on a claim from which a discharge would be a release or that seeks to impose a charge on the property of the estate.

4.     This is for informational purposes only, and does not constitute a notice of appearance by the undersigned.

WHEREFORE, the Defendant suggests that this action has been stayed by the operation of 11 U.S.C. § 362.

/s/ John D. Kutzler
_____
John D. Kutzler
Proposed Corporate and Conflicts Counsel
for the Debtor
Buzby & Kutzler, Attorneys at Law
Suite 100, 1633 W. Girard Avenue
Philadelphia, PA 19130
215-235-2775(v); 215-235-2771(f)
johndkutzler@aol.com

Dated: January 4, 2017

Case ID: 1608T0596

IT IS HERBY CERTIFIED that a copy of the foregoing Suggestion of Bankruptcy was served by electronic filing in the Court system to all counsel of record on January 4, 2017.


/s/ John D. Kutzler
John D. Kutzler
Proposed Corporate and Conflicts Counsel
for the Debtor
Buzby & Kutzler, Attorneys at Law
Suite 100, 1633 W. Girard Avenue
Philadelphia, PA 19130
215-235-2775(v); 215-235-2771(f)
johndkutzler@aol.com

Case ID: 1608T0596

BY: JAMES ZWOLAK, DIVISONAL DEPTUY
ATTORNEY IDENTIFICATION  NO.  57408
1401 JFK BLV.
MSB, 5th FL.
PHILADELPHIA, PENNSYLVANIA 19102
(215 686-0523



CITY OF PHILADELPHIA &
SCHOOL DISTRICT OF PHILADELPHIA            :        COURT OF COMMON PLEAS
                                                    PHILADELPHIA COUNTY
            vs.                            :

                                           :        CP No. 1608t0596

NORTH PHILA. HEALTH


## PRAECIPE TO DISCONTINUE WITHOUT PREJUDICE


TO THE PROTHONOTARY**:**

        Please mark the above-captioned matter discontinued without prejudice.

                                    CITY OF PHILADELPHIA
                                    SOZI PEDRO TULANTE
                                    City Solicitor



                                    By: _____
                                        James Zwolak
                                        Divisional Deputy City Solicitor


Date:   January 4, 2017

A. BARRECA

Case ID: 1608T0596

# IN THE COURT OF COMMON PLEAS OF PENNSYLVANIA
## CITY AND COUNTY OF PHILADELPHIA

SIMPLEX GRINNELL,                                )
                                                 )
                   Plaintiff,                    )    CASE NO. 160902174
                                                 )
              vs.                                )    SEPTEMBER TERM, 2016
                                                 )
NORTH PHILADELPHIA HEALTH SYSTEM,                )    No. 2174
                                                 )
                   Defendant.                    )
_____          )

Filed and Attested by the
Office of Judicial Records
04 JAN 2017 05:12 am
OSTROWSKI

## SUGGESTION OF BANKRUPTCY

COMES NOW the Defendant, NORTH PHILADELPHIA HEALTH SYSTEM, through its undersigned attorney, and would show the Court:

1.      It has filed a petition for relief under Title 11, United States Code, in the United States Bankruptcy Court for the Eastern District of Pennsylvania, which bears the Case number 16-18931-mdc.

2.      Relief was ordered on December 30, 2016.

3.      This action is founded on a claim from which a discharge would be a release or that seeks to impose a charge on the property of the estate.

4.      This is for informational purposes only, and does not constitute a notice of appearance by the undersigned.

WHEREFORE, the Defendant suggests that this action has been stayed by the operation of 11 U.S.C. § 362.

/s/ John D. Kutzler
_____
John D. Kutzler
Proposed Corporate and Conflicts Counsel
for the Debtor
Buzby & Kutzler, Attorneys at Law
Suite 100, 1633 W. Girard Avenue
Philadelphia, PA 19130
215-235-2775(v); 215-235-2771(f)
johndkutzler@aol.com

Case ID: 160902174

IT IS HERBY CERTIFIED that a copy of the foregoing Suggestion of Bankruptcy was served by electronic filing in the Court system to all counsel of record on January 4, 2017.


/s/ John D. Kutzler
John D. Kutzler
Proposed Corporate and Conflicts Counsel
for the Debtor
Buzby & Kutzler, Attorneys at Law
Suite 100, 1633 W. Girard Avenue
Philadelphia, PA 19130
215-235-2775(v); 215-235-2771(f)
johndkutzler@aol.com

Case ID: 160902174

# IN THE COURT OF COMMON PLEAS OF PENNSYLVANIA
## CITY AND COUNTY OF PHILADELPHIA

| | | |
|---|---|---|
| BIO-MEDICAL APPLICATIONS, INC., | ) | |
| Plaintiff, | ) | CASE NO. 161001059 |
| | ) | |
| vs. | ) | OCTOBER TERM, 2016 |
| | ) | |
| NORTH PHILADELPHIA HEALTH SYSTEM, | ) | No. 1059 |
| | ) | |
| Defendant. | ) | |
| | ) | |

Filed and Attested by the
Office of Judicial Records
02 JAN 2017 05:14 am
J. OSTROWSKI

## SUGGESTION OF BANKRUPTCY

COMES NOW the Defendant, NORTH PHILADELPHIA HEALTH SYSTEM, through its undersigned attorney, and would show the Court:

1.     It has filed a petition for relief under Title 11, United States Code, in the United States Bankruptcy Court for the Eastern District of Pennsylvania, which bears the Case number 16-18931-mdc.

2.     Relief was ordered on December 30, 2016.

3.     This action is founded on a claim from which a discharge would be a release or that seeks to impose a charge on the property of the estate.

4.     This is for informational purposes only, and does not constitute a notice of appearance by the undersigned.

WHEREFORE, the Defendant suggests that this action has been stayed by the operation of 11 U.S.C. § 362.

/s/ John D. Kutzler
John D. Kutzler
Proposed Corporate and Conflicts Counsel
for the Debtor
Buzby & Kutzler, Attorneys at Law
Suite 100, 1633 W. Girard Avenue
Philadelphia, PA 19130
215-235-2775(v); 215-235-2771(f)
johndkutzler@aol.com

IT IS HERBY CERTIFIED that a copy of the foregoing Suggestion of Bankruptcy was served by electronic filing in the Court system to all counsel of record on January 3, 2017.

/s/ John D. Kutzler

John D. Kutzler
Proposed Corporate and Conflicts Counsel
for the Debtor
Buzby & Kutzler, Attorneys at Law
Suite 100, 1633 W. Girard Avenue
Philadelphia, PA 19130
215-235-2775(v); 215-235-2771(f)
johndkutzler@aol.com

Case ID: 161001059

# IN THE COURT OF COMMON PLEAS OF PENNSYLVANIA
## CITY AND COUNTY OF PHILADELPHIA

|  |  |  |
|---|---|---|
| WANDA HALL, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 151104100 |
| | ) | |
| vs. | ) | NOVEMBER TERM, 2015 |
| | ) | |
| NORTH PHILADELPHIA HEALTH SYSTEM, | ) | No. 4100 |
| | ) | |
| Defendant. | ) | |
| | ) | |

*Filed and Attested by the
Office of Judicial Records
04 JAN 2017 05:17 am
O. OSTROWSKI*

## SUGGESTION OF BANKRUPTCY

COMES NOW the Defendant, NORTH PHILADELPHIA HEALTH SYSTEM, through its undersigned attorney, and would show the Court:

1.      It has filed a petition for relief under Title 11, United States Code, in the United States Bankruptcy Court for the Eastern District of Pennsylvania, which bears the Case number 16-18931-mdc.

2.      Relief was ordered on December 30, 2016.

3.      This action is founded on a claim from which a discharge would be a release or that seeks to impose a charge on the property of the estate.

4.      This is for informational purposes only, and does not constitute a notice of appearance by the undersigned.

WHEREFORE, the Defendant suggests that this action has been stayed by the operation of 11 U.S.C. § 362.

/s/ John D. Kutzler
_____
John D. Kutzler
Proposed Corporate and Conflicts Counsel
for the Debtor
Buzby & Kutzler, Attorneys at Law
Suite 100, 1633 W. Girard Avenue
Philadelphia, PA 19130
215-235-2775(v); 215-235-2771(f)
johndkutzler@aol.com

Case ID: 151104100

IT IS HERBY CERTIFIED that a copy of the foregoing Suggestion of Bankruptcy was served by electronic filing in the Court system to all counsel of record on January 4, 2017.


/s/ John D. Kutzler
John D. Kutzler
Proposed Corporate and Conflicts Counsel
for the Debtor
Buzby & Kutzler, Attorneys at Law
Suite 100, 1633 W. Girard Avenue
Philadelphia, PA 19130
215-235-2775(v); 215-235-2771(f)
johndkutzler@aol.com

Case ID: 151104100

# IN THE COURT OF COMMON PLEAS OF PENNSYLVANIA
## CITY AND COUNTY OF PHILADELPHIA

| | | |
|---|---|---|
| QUEST DIAGNOSTICS, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 161003939 |
| | ) | |
| vs. | ) | OCTOBER TERM, 2016 |
| | ) | |
| NORTH PHILADELPHIA HEALTH SYSTEM, | ) | No. 3939 |
| | ) | |
| Defendant. | ) | |
| | ) | |

*Filed and Attested by the
Office of Judicial Records
04 JAN 2017 05:25 am
G. OSTROWSKI*

## SUGGESTION OF BANKRUPTCY

COMES NOW the Defendant, NORTH PHILADELPHIA HEALTH SYSTEM, through its undersigned attorney, and would show the Court:

1.      It has filed a petition for relief under Title 11, United States Code, in the United States Bankruptcy Court for the Eastern District of Pennsylvania, which bears the Case number 16-18931-mdc.

2.      Relief was ordered on December 30, 2016.

3.      This action is founded on a claim from which a discharge would be a release or that seeks to impose a charge on the property of the estate.

4.      This is for informational purposes only, and does not constitute a notice of appearance by the undersigned.

WHEREFORE, the Defendant suggests that this action has been stayed by the operation of 11 U.S.C. § 362.

/s/ John D. Kutzler
John D. Kutzler
Proposed Corporate and Conflicts Counsel
for the Debtor
Buzby & Kutzler, Attorneys at Law
Suite 100, 1633 W. Girard Avenue
Philadelphia, PA 19130
215-235-2775(v); 215-235-2771(f)
johndkutzler@aol.com

IT IS HERBY CERTIFIED that a copy of the foregoing Suggestion of Bankruptcy was served by electronic filing in the Court system to all counsel of record on January 4, 2017.

/s/ John D. Kutzler
John D. Kutzler
Proposed Corporate and Conflicts Counsel
for the Debtor
Buzby & Kutzler, Attorneys at Law
Suite 100, 1633 W. Girard Avenue
Philadelphia, PA 19130
215-235-2775(v); 215-235-2771(f)
johndkutzler@aol.com

Case ID: 161003939

## IN THE COURT OF COMMON PLEAS OF PENNSYLVANIA
## CITY AND COUNTY OF PHILADELPHIA

| | | |
|---|---|---|
| STEVEN LEVERETTE, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 161103114 |
| | ) | |
| vs. | ) | NOVEMBER TERM, 2016 |
| | ) | |
| NORTH PHILADELPHIA HEALTH SYSTEM, | ) | No. 3114 |
| | ) | |
| Defendant. | ) | ARBITRATION CASE |
| | ) | |

*Filed and Attested by the
Office of Judicial Records
04 JAN 2017 05:28 am
OSTROWSKI*

### SUGGESTION OF BANKRUPTCY

COMES NOW the Defendant, NORTH PHILADELPHIA HEALTH SYSTEM, through its undersigned attorney, and would show the Court:

1.    It has filed a petition for relief under Title 11, United States Code, in the United States Bankruptcy Court for the Eastern District of Pennsylvania, which bears the Case number 16-18931-mdc.

2.    Relief was ordered on December 30, 2016.

3.    This action is founded on a claim from which a discharge would be a release or that seeks to impose a charge on the property of the estate.

4.    This is for informational purposes only, and does not constitute a notice of appearance by the undersigned.

WHEREFORE, the Defendant suggests that this action has been stayed by the operation of 11 U.S.C. § 362.

/s/ John D. Kutzler
_____
John D. Kutzler
Proposed Corporate and Conflicts Counsel
for the Debtor
Buzby & Kutzler, Attorneys at Law
Suite 100, 1633 W. Girard Avenue
Philadelphia, PA 19130
215-235-2775(v); 215-235-2771(f)
johndkutzler@aol.com

IT IS HERBY CERTIFIED that a copy of the foregoing Suggestion of Bankruptcy was served by electronic filing in the Court system to all counsel of record on January 4, 2017.

/s/ John D. Kutzler
John D. Kutzler
Proposed Corporate and Conflicts Counsel
for the Debtor
Buzby & Kutzler, Attorneys at Law
Suite 100, 1633 W. Girard Avenue
Philadelphia, PA 19130
215-235-2775(v); 215-235-2771(f)
johndkutzler@aol.com

Case ID: 161103114

# IN THE COURT OF COMMON PLEAS OF PENNSYLVANIA
## CITY AND COUNTY OF PHILADELPHIA

ANGELA DEANES,                 )

                                    )

          Plaintiff,      )     CASE NO. 160203981

                                    )

          vs.          )     FEBRUARY TERM, 2016

                                    )

NORTH PHILADELPHIA HEALTH SYSTEM,    )     No. 3981

                                    )

          Defendant.     )     ARBITRATION CASE

_____ )

*Filed and Attested by the
Office of Judicial Records
04 JAN 2017 05:19 am
E. OSTROWSKI*

## SUGGESTION OF BANKRUPTCY

COMES NOW the Defendant, NORTH PHILADELPHIA HEALTH SYSTEM, through its undersigned attorney, and would show the Court:

1.     It has filed a petition for relief under Title 11, United States Code, in the United States Bankruptcy Court for the Eastern District of Pennsylvania, which bears the Case number 16-18931-mdc.

2.     Relief was ordered on December 30, 2016.

3.     This action is founded on a claim from which a discharge would be a release or that seeks to impose a charge on the property of the estate.

4.     This is for informational purposes only, and does not constitute a notice of appearance by the undersigned.

WHEREFORE, the Defendant suggests that this action has been stayed by the operation of 11 U.S.C. § 362.

                              /s/ John D. Kutzler
                              _____
                              John D. Kutzler
                              Proposed Corporate and Conflicts Counsel
                              for the Debtor
                              Buzby & Kutzler, Attorneys at Law
                              Suite 100, 1633 W. Girard Avenue
                              Philadelphia, PA 19130
                              215-235-2775(v); 215-235-2771(f)
                              johndkutzler@aol.com

Dated: January 4, 2017

IT IS HERBY CERTIFIED that a copy of the foregoing Suggestion of Bankruptcy was served by electronic filing in the Court system to all counsel of record on January 4, 2017.


/s/ John D. Kutzler
John D. Kutzler
Proposed Corporate and Conflicts Counsel
for the Debtor
Buzby & Kutzler, Attorneys at Law
Suite 100, 1633 W. Girard Avenue
Philadelphia, PA 19130
215-235-2775(v); 215-235-2771(f)
johndkutzler@aol.com

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Case ID: 160203981

North Philadelphia Health System Pending Litigation Miscellaneous Jurisdictions
<u>Docketed Suggestions of Bankruptcy January 4, 2017</u>

| <u>Plaintiff</u>: | <u>Court and Docket Number</u>: | <u>Amount Claimed</u>: |
|---|---|---|
| Keystone Quality Transport | Delaware CCP No. 2016-4856 | $142,500 Settlement Collection Action |
| Kermit Brown (Employee) | EEOC Charge No 530-2016-00668 | Gender Based Retaliation |
| Hercules Williams (Employee) | EEOC Charge No. 530-2016-01673 | Race Based Retaliation |
| Maurice Berry (Former Employee) | EEOC Charge No. 530-2015-03875 | Settled Claim; Money Due |

# Buzby & Kutzler

## Attorneys at Law

New Jersey Office

Richard J. Buzby, Jr.* +
John D. Kutzler*

*Members N.J. & Pa. Bars
+ Practice limited to N.J.

Suite 100, 1633 W. Girard Avenue
Philadelphia, Pennsylvania 19130
Telephone   (215) 235-2775
Fax          (215) 235-2771

_____
1310 Avenue A
Manahawkin, N.J. 08050
1-800-975-3336 Tel.
(609) 978-7198 Tel./Fax

January 4, 2017

Angela L. Martinez, Esquire
Office of Judicial Support
Court of Common Pleas
County of Delaware
Government Center, Room 126
201 W. Front Street
Media, PA 19063

      Re:    Keystone Quality Transport Company v.
            North Philadelphia Health System and Girard Medical Center
            Civil Complaint Docket No. 2016-4856
            Suggestion of Bankruptcy for Defendants

To the Office of Judicial Support:

      Please file the accompanying Suggestion of Bankruptcy in this matter.  Thank you.

            Very truly yours,

            /s/  John D. Kutzler

            John D. Kutzler

cc:    Mr. George J. Walmsley III, President & CEO, North Philadelphia Health System
      Timothy Berger, Esquire, Counsel for Plaintiff (by e-mail only)

clerkofthecourt010417kqtvnphs

# IN THE COURT OF COMMON PLEAS OF PENNSYLVANIA
# COUNTY OF DELAWARE

| | | |
|---|---|---|
| KEYSTONE QUALITY TRANSPORT COMPANY, | ) | |
| | ) | CASE NO.  2016-4856 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| NORTH PHILADELPHIA HEALTH SYSTEM, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## SUGGESTION OF BANKRUPTCY

COMES NOW the Defendant, NORTH PHILADELPHIA HEALTH SYSTEM, through its undersigned attorney, and would show the Court:

1.      It has filed a petition for relief under Title 11, United States Code, in the United States Bankruptcy Court for the Eastern District of Pennsylvania, which bears the Case number 16-18931-mdc.

2.      Relief was ordered on December 30, 2016.

3.      This action is founded on a claim from which a discharge would be a release or that seeks to impose a charge on the property of the estate.

4.      This is for informational purposes only, and does not constitute a notice of appearance by the undersigned.

WHEREFORE, the Defendant suggests that this action has been stayed by the operation of 11 U.S.C. § 362.

/s/ John D. Kutzler
John D. Kutzler
Proposed Corporate and Conflicts Counsel
for the Debtor
Buzby & Kutzler, Attorneys at Law
Suite 100, 1633 W. Girard Avenue
Philadelphia, PA 19130
215-235-2775(v); 215-235-2771(f)
johndkutzler@aol.com

Dated: January 4, 2017

IT IS HERBY CERTIFIED that a copy of the foregoing Suggestion of Bankruptcy was served January 4, 2017 by U.S.P.S. prepaid mail on the Plaintiff's counsel of record.

/s/ John D. Kutzler

John D. Kutzler
Proposed Corporate and Conflicts Counsel
for the Debtor
Buzby & Kutzler, Attorneys at Law
Suite 100, 1633 W. Girard Avenue
Philadelphia, PA 19130
215-235-2775(v); 215-235-2771(f)
johndkutzler@aol.com

# BEFORE THE
# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

|  |  |  |
|---|---|---|
| | : | |
| | : | |
| Kermit Brown, | : | |
|     Charging Party, | : | |
| | : | |
| v. | : | EEOC No. 530-2016-00668 |
| | : | |
| North Philadelphia Health System, | : | |
|     Respondent. | : | |

## SUGGESTION OF BANKRUPTCY

COMES NOW the Defendant, NORTH PHILADELPHIA HEALTH SYSTEM, through its undersigned attorney, and would show the Court:

1.      It has filed a petition for relief under Title 11, United States Code, in the United States Bankruptcy Court for the Eastern District of Pennsylvania, which bears the Case number 16-18931-mdc.

2.      Relief was ordered on December 30, 2016.

3.      This action is founded on a claim from which a discharge would be a release or that seeks to impose a charge on the property of the estate.

4.      This is for informational purposes only, and does not constitute a notice of appearance by the undersigned.

WHEREFORE, the Defendant suggests that this action has been stayed by the operation of 11 U.S.C. § 362.

/s/ John D. Kutzler
John D. Kutzler
Proposed Corporate and Conflicts Counsel
for the Debtor
Buzby & Kutzler, Attorneys at Law
Suite 100, 1633 W. Girard Avenue
Philadelphia, PA 19130
215-235-2775(v); 215-235-2771(f)
johndkutzler@aol.com

IT IS HERBY CERTIFIED that a copy of the foregoing Suggestion of Bankruptcy was served by electronic message to the EEOC on January 4, 2017.

/s/ John D. Kutzler
John D. Kutzler
Proposed Corporate and Conflicts Counsel
for the Debtor
Buzby & Kutzler, Attorneys at Law
Suite 100, 1633 W. Girard Avenue
Philadelphia, PA 19130
215-235-2775(v); 215-235-2771(f)
johndkutzler@aol.com

-----Original Message-----
From: johndkutzler <johndkutzler@aol.com>
To: CYNTHIA.LOCKE <CYNTHIA.LOCKE@EEOC.GOV>
Sent: Sat, Jan 7, 2017 7:01 pm
Subject: Re: Hercules Williams v. NPHS, EEOC Charge 530-2015-01673 - NPHS Suggestion of
Bankruptcy attached. JDK.

-----Original Message-----
From: CYNTHIA LOCKE <CYNTHIA.LOCKE@EEOC.GOV>
To: johndkutzler <johndkutzler@aol.com>
Sent: Thu, Sep 1, 2016 7:13 pm
Subject: Hercules Williams v. NPHS, EEOC Charge 530-2015-01673

Mr. Kutzler,

I'm sending you this letter providing you with a date for submission of your position statement to EEOC.

Thank you for participating in mediation; I am sorry that we were not able to reach the resolution we have
envisioned.

Best wishes,
Cynthia

Cynthia Locke, Federal Mediator
Philadelphia District Office, EEOC
Direct Dial (215) 440-2821
Fax (215) 440-2822
cynthia.locke@eeoc.gov

# BEFORE THE
# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

|  |  |  |
|---|---|---|
|  | : |  |
|  | : |  |
| Hercules Williams, | : |  |
| Charging Party, | : |  |
|  | : |  |
| v. | : | EEOC No. 530-2016-01673 |
|  | : |  |
| North Philadelphia Health System, | : |  |
| Respondent. | : |  |

## SUGGESTION OF BANKRUPTCY

COMES NOW the Defendant, NORTH PHILADELPHIA HEALTH SYSTEM, through its undersigned attorney, and would show the Court:

1.      It has filed a petition for relief under Title 11, United States Code, in the United States Bankruptcy Court for the Eastern District of Pennsylvania, which bears the Case number 16-18931-mdc.

2.      Relief was ordered on December 30, 2016.

3.      This action is founded on a claim from which a discharge would be a release or that seeks to impose a charge on the property of the estate.

4.      This is for informational purposes only, and does not constitute a notice of appearance by the undersigned.

WHEREFORE, the Defendant suggests that this action has been stayed by the operation of 11 U.S.C. § 362.

/s/ John D. Kutzler
John D. Kutzler
Proposed Corporate and Conflicts Counsel
for the Debtor
Buzby & Kutzler, Attorneys at Law
Suite 100, 1633 W. Girard Avenue
Philadelphia, PA 19130
215-235-2775(v); 215-235-2771(f)
johndkutzler@aol.com

IT IS HERBY CERTIFIED that a copy of the foregoing Suggestion of Bankruptcy was served by electronic message to the EEOC on January 7, 2017.

/s/ John D. Kutzler
John D. Kutzler
Proposed Corporate and Conflicts Counsel
for the Debtor
Buzby & Kutzler, Attorneys at Law
Suite 100, 1633 W. Girard Avenue
Philadelphia, PA 19130
215-235-2775(v); 215-235-2771(f)
johndkutzler@aol.com

-----Original Message-----
From: johndkutzler <johndkutzler@aol.com>
To: CYNTHIA.LOCKE <CYNTHIA.LOCKE@EEOC.GOV>
Cc: samueldion <samueldion@aol.com>; samanthab1845 <samanthab1845@gmail.com>
Sent: Sat, Jan 7, 2017 6:49 pm
Subject: Re: Maurice Berry v. NPHS, EEOC Charge No. 530-2015-03875 - Suggestion of Bankruptcy,
North Philadelphia Health System attached.

## Buzby & Kutzler, Attorneys at Law

1633 West Girard Avenue, Suite 100
Philadelphia, Pennsylvania 19130
Telephone 215-235-2775 or 1-800-975-3336
Fax 215-235-2771
and
1310 Avenue A, Manahawkin, New Jersey 08050
Telephone and Fax 609-978-7198
*johndkutzler@aol.com*

**PLEASE NOTE OUR NEW PHILADELPHIA MAILING ADDRESS**

**Confidentiality Notice**

This message is being sent by or on behalf of a lawyer.  It is intended exclusively for the individual or
entity to which it is addressed.  This communication may contain information that is proprietary, privileged,
confidential or otherwise legally exempt from disclosure.  If you are not the named addressee, you are not
authorized to read, print, retain, copy or disseminate this message or any part of it.  If you have received
this message in error, please notify the sender immediately by e-mail and delete all copies of this
message.

# BEFORE THE
# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

|  |  |  |
|---|---|---|
|  | : |  |
|  | : |  |
| Maurice Berry, | : |  |
|     Charging Party, | : |  |
|  | : |  |
| v. | : | EEOC No. 530-2015-03875 |
|  | : |  |
| North Philadelphia Health System, | : |  |
|     Respondent. | : |  |

## SUGGESTION OF BANKRUPTCY

COMES NOW the Defendant, NORTH PHILADELPHIA HEALTH SYSTEM, through its undersigned attorney, and would show the Court:

1.      It has filed a petition for relief under Title 11, United States Code, in the United States Bankruptcy Court for the Eastern District of Pennsylvania, which bears the Case number 16-18931-mdc.

2.      Relief was ordered on December 30, 2016.

3.      This action is founded on a claim from which a discharge would be a release or that seeks to impose a charge on the property of the estate.

4.      This is for informational purposes only, and does not constitute a notice of appearance by the undersigned.

WHEREFORE, the Defendant suggests that this action has been stayed by the operation of 11 U.S.C. § 362.

/s/ John D. Kutzler
John D. Kutzler
Proposed Corporate and Conflicts Counsel
for the Debtor
Buzby & Kutzler, Attorneys at Law
Suite 100, 1633 W. Girard Avenue
Philadelphia, PA 19130
215-235-2775(v); 215-235-2771(f)
johndkutzler@aol.com

IT IS HERBY CERTIFIED that a copy of the foregoing Suggestion of Bankruptcy was served by electronic message to the EEOC and Charging Party's Counsel on January 7, 2017.

/s/ John D. Kutzler
John D. Kutzler
Proposed Corporate and Conflicts Counsel
for the Debtor
Buzby & Kutzler, Attorneys at Law
Suite 100, 1633 W. Girard Avenue
Philadelphia, PA 19130
215-235-2775(v); 215-235-2771(f)
johndkutzler@aol.com

ATTACHMENT TWO

DIRECTOR LISTINGS

JANUARY 2016 AND JANUARY 2017

 

# NORTH PHILADELPHIA HEALTH SYSTEM
# BOARD OF DIRECTORS' TERMS
# JANUARY 2016

**2017**
Rev. Ralph Blanks
Ahmeenah Young
Dominic Cermele
Gerri Walker

George J. Walmsley III
Larry Wolk, MD (Ex-Officio)

**2018**
Sr. Mary Aquinas
Dominic Sabatini
Folasade Olanipekun-Lewis

**2019**
The Hon. Eugene Maier
William Vanore
John Meacham
James Cuorato

1524 W. Girard Avenue                Philadelphia, Pennsylvania  19130                (215) 787-9001

NORTH PHILADELPHIA
HEALTH SYSTEM
*We care for the community.*

# NORTH PHILADELPHIA HEALTH SYSTEM
# BOARD OF DIRECTORS' TERMS
# JANUARY 2017

**2018**
Dominic Sabatini
Folasade Olanipekun-Lewis

**2019**
The Hon. Eugene Maier
William Vanore
John Meacham
James Cuorato
Juan Ramos
The Hon. Felice Stack
Ray Pescatore

**2020**
Rev. Ralph Blanks
Gerri Walker

George J. Walmsley III
Miles Ladenheim, MD (Ex-Officio)

**Resignations**
Sr. Mary Aquinas - July 2016
Ahmeenah Young – October 2016