UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| NORTH PHILADELPHIA HEALTH | : | |
| SYSTEM | : | BANKRUPTCY NO. 16-cv-18931-MDC |
| | : | |
| Debtor | : | |

### PRAECIPE WITHDRAWING PROOF OF CLAIM
### NUMBER 6 FILED BY KAREN THOMPKINS

Kindly mark as withdrawn Karen Thompkins' Proof of Claim Number 6 in the amount of $8,035,704.00 as this claim has been satisfied. Karen Thompkins' Claim number 6 was filed on January 17, 2017.

Dated:  Philadelphia, Pennsylvania
        January 4, 2019

                              DEREK SMITH LAW GROUP, PLLC

                              By /s Caroline Miller
                                  Caroline Miller
                                  1835 Market Street, Suite 2950
                                  Philadelphia, PA 19103
                                  (215) 391-4790
                                  caroline@dereksmithlaw.com
                                  *Attorneys for Plaintiff*



FILED
JAN - 4 2019
BY_____ TIMOTHY McGRATH, CLERK
                          DEP. CLERK

1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  :  CHAPTER 11
NORTH PHILADELPHIA HEALTH  :
SYSTEM  :
 :  BANKRUPTCY NO. 16-cv-18931-MDC
 :
Debtor  :

## SATISFACTION OF PROOF OF CLAIM NUMBER 6 FILED BY KAREN THOMPKINS

**NOTICE IS HEREBY GIVEN** that the Proof of Claim filed by Karen Thompksin, on January 17, 2017, and assigned Proof of Claim number 6 has been satisfied as of the date of this Notice and should any remaining balance exist on the debt, said balance has been forgiven. Accordingly, kindly mark Proof of Claim 6 as satisfied at this time.

Dated:   Philadelphia, Pennsylvania
         January 4, 2019

DEREK SMITH LAW GROUP, PLLC

By /s Caroline Miller
   Caroline Miller
   1835 Market Street, Suite 2950
   Philadelphia, PA 19103
   (215) 391-4790
   caroline@dereksmithlaw.com
   *Attorneys for Plaintiff*

FILED
JAN - 4 2019
TIMOTHY McGRATH, CLERK
BY                    DEP/CLERK

1