UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA
(Philadelphia)

Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Suite 400, Philadelphia, PA 19107

### CHANGE OF PAYMENT ADDRESS - CREDITOR

In re: North Philadelphia Health System   Case Number: 16-18931
Chapter 11

FEB 29 2024

TIMOTHY MCGRATH, CLERK

Creditor's Name: Cerner Corporation
Enter related claim number(s) if any: Claim No. 53-1   Dollar Amount: $684,673.97

| Previous Payment Address: | New Payment Address |
|---|---|
| Cerner Corporation<br>1005 Convention Plaza<br>C/O US BANK SL-MO_C1WS<br>St Louis, MO 63101<br>Phone: 8162010633<br>Email: jeff.ohair@oracle.comc | Oracle America Inc.<br>2975 Regent Blvd Suite 100<br>Lockbox Services – 203448<br>Irving TX 75063<br>Phone: 8162010633<br>Email: jeff.ohair@oracle.com |

Change requested by: Ruiqiao Wen, Attorney in Fact for Cerner Corporation

Mailing Address
Stinson LLP
1775 Pennsylvania Avenue N.W., Suite 800
Washington, DC 20006-4605
Phone: 202-234-6908
Email: ruiqiao.wen@stinson.com

Signature and Date:   Ruiqiao Wen   02/26/2024

Under penalty of perjury, I declare that the information I have provided in this form is true and correct and I am authorized to execute this form on behalf of the creditor.